# Exhibit A

**Barbara Chin**
617 348 4405
bchin@mintz.com



# MINTZ

One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

March 29, 2019

**MASTER'S CAP**

***VIA FEDEX***

**Company HQ: Massachusetts**

Premium Processing Service
USCIS Vermont Service Center
Attn: I-129 H-1B Master's Cap
30 Houghton Street
St. Albans, VT 05478

| Re: | **I-129 / H-1B Petition for a Nonimmigrant Worker** | |
|---|---|---|
| | **Petitioner:** | **Curriculum Associates, LLC** |
| | **Beneficiary:** | **Keerthi Kambhampati** |

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find the following:

1. Form I-907, Premium Processing with filing fee of **$1,410**;
2. Signed G-28, Notice of Appearance, and filing fees of **$460** (Form I-129), **$1,500** (ACWIA Fee) and **$500** (Anti-Fraud Fee);
3. Forms I-129, H Supplement and I-129 H-1B Data Collection and Filing Fee Exemption Supplement; and,
4. Petitioner's letter of support with Exhibits 1-6.

We are also including a duplicate copy of the above for expedited verification by the Kentucky Consular Center (KCC).

Thank you for your consideration and if you should need anything further, please do not hesitate to contact me at (617) 348-4405.

Respectfully yours,

Barbara Chin
Practice Group Associate

BOSTON   LONDON   LOS ANGELES   NEW YORK   SAN DIEGO   SAN FRANCISCO   WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

**CA 0001**



# Request for Premium Processing Service

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-907**
OMB No. 1615-0048
Expires 04/30/2020

| For USCIS Use Only | Request Physically Received by USCIS | Returned | Resubmitted | Receipt |
|---|---|---|---|---|
| | Date | Date | Date | |
| | Date | Date | Date | Action Block |
| | Remarks | | | |

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 or Form G-28I is attached. | Attorney State Bar Number (if applicable) **82500** | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About the Person Filing This Request

1. Alien Registration Number (A-Number) (if any)

   ▶ A-

2. USCIS Online Account Number (if any)

   ▶

3. Family Name (Last Name) | Given Name (First Name) | Middle Name

   **Chin** | **Barbara** |

4. Company or Organization Named in the Related Case (If filed on behalf of a company or organization)

   **Curriculum Associates, LLC**

5. Mailing Address

   In Care Of Name

   **C/o: Barbara Chin, Mintz Levin**

   Street Number and Name | Apt. ☐ Ste. ☐ Flr. ☐ Number

   **One Financial Center**

   City or Town | State | ZIP Code

   **Boston** | **MA** | **02111**

   *USPS ZIP Code Lookup*

   Province | Postal Code | Country

   | | **United States**

6. Is your current mailing address the same as your physical address? ☒ Yes ☐ No

   If you answered "No" to **Item Number 6.**, provide your physical address in **Item Number 7.**

CA 0002

## Part 1. Information About the Person Filing This Request (continued)

7. Physical Address

Street Number and Name

Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town

State

ZIP Code

Province

Postal Code

Country

8. Request for Premium Processing Service (select **only one** box):

☐ I am the **petitioner** who is filing or has filed a petition eligible for Premium Processing Service.

☒ I am the attorney or accredited representative **for the petitioner** who is filing or has filed a petition eligible for Premium Processing Service. (Complete and submit Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or Form G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, if Form G-28 or Form G-28I has not been submitted with the petition.)

☐ I am the **applicant** who is filing or has filed an application eligible for Premium Processing Service.

☐ I am the attorney or accredited representative **for the applicant** who is filing or has filed an application eligible for Premium Processing Service. (Complete and submit Form G-28 or Form G-28I, if Form G-28 or Form G-28I has not been submitted with the application.)

## Part 2. Information About the Request

| 1. Form Number of Related Petition or Application | 2. Receipt Number of Related Petition or Application | 3. Classification or Eligibility Requested |
|---|---|---|
| I-129 | FILED CONCURRENTLY | H-1B |

4. Petitioner or Applicant in the Related Case

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Curriculum Associates, LLC | | |

5. Beneficiary in the Related Case

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Kambhampati | Keerthi | |

6. Name of Point of Contact for the Company or Organization

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Bradford | Jill | |

Position Title

Vice President, General Counsel

7. Company or Organization IRS Employer Identification Number (EIN) (if any)

26-3954988

CA 0003

## Part 2. Information About the Request (continued)

**8.**   Address of Petitioner, Applicant, Company, or Organization Named in Related Case

| Street Number and Name | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| 153 Rangeway Rd. | ☐ | ☐ | ☐ | |

| City or Town | State | ZIP Code |
|---|---|---|
| North Billerica | MA | 01862 |

| Province | Postal Code | Country |
|---|---|---|
| | | USA |

## Part 3. Requestor's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-907 Instructions before completing this section.

I understand that U.S. Citizenship and Immigration Services (USCIS) will refund the Premium Processing Service fee to the person listed in **Part 1.** of this request if USCIS does not take an action on the related case within 15 calendar days after the appropriate USCIS office physically receives this request. I understand that case actions include a referral for investigation of suspected fraud, misrepresentation, or the issuance of an approval notice, a request for evidence, a notice of intent to deny, or a denial notice.

### Requestor's Statement

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

**1.**   Requestor's Statement Regarding the Interpreter

**A.** ☒  I can read and understand English, and I have read and understand every question and instruction on this request and my answer to every question.

**B.** ☐  The interpreter named in **Part 4.** read to me every question and instruction on this request and my answer to every question in [                    ], a language in which I am fluent, and I understood everything.

**2.**   Requestor's Statement Regarding the Preparer

☐  At my request, the preparer named in **Part 5.,** [                    ], prepared this request for me based only upon information I provided or authorized.

### Requestor's Contact Information

**3.**   Requestor's Daytime Telephone Number

(617) 348-4405

**4.**   Requestor's Mobile Telephone Number (if any)

N/A

**5.**   Requestor's Fax Number (if any)

(617) 542-2241

**6.**   Requestor's Email Address (if any)

bchin@mintz.com

### Requestor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this request, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

CA 0004

## Part 3.  Requestor's Statement, Contact Information, Declaration, Certification, and Signature (continued)

I certify, under penalty of perjury, that all of the information in my request and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my request and that all of this information is complete, true, and correct.

### Requestor's Signature

7.  Requestor's Signature

Date of Signature (mm/dd/yyyy)

3/29/2019

**NOTE TO ALL REQUESTORS:**  If you do not completely fill out this request or fail to submit required documents listed in the Instructions, USCIS may deny your request.

## Part 4.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.  Interpreter's Family Name (Last Name)                    Interpreter's Given Name (First Name)

2.  Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

3.  Street Number and Name                                    Apt.  Ste.  Flr.  Number

☐  ☐  ☐

City or Town                                                  State          ZIP Code

Province                        Postal Code       Country

### Interpreter's Contact Information

4.  Interpreter's Daytime Telephone Number          5.  Interpreter's Mobile Telephone Number (if any)

6.  Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and                                    , which is the same language specified in **Part 3.**,

**Item B.** in **Item Number 1.**, and I have read to this requestor in the identified language every question and instruction on this request and his or her answer to every question.  The requestor informed me that he or she understands every instruction, question, and answer on the request, including the **Requestor's Declaration and Certification**, and has verified the accuracy of every answer.

Form I-907  10/01/18                                                                                        Page 4 of 7

CA 0005

## Part 4. Interpreter's Contact Information, Certification, and Signature (continued)

### *Interpreter's Signature*

7.  Interpreter's Signature                                                      Date of Signature (mm/dd/yyyy)

## Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Request, if Other Than the Requestor

Provide the following information about the preparer.

### *Preparer's Full Name*

1.  Preparer's Family Name (Last Name)                    Preparer's Given Name (First Name)

2.  Preparer's Business or Organization Name (if any)

### *Preparer's Mailing Address*

3.  Street Number and Name                                          Apt.  Ste.  Flr.  Number

    City or Town                                                          State       ZIP Code

    Province                        Postal Code         Country

### *Preparer's Contact Information*

4.  Preparer's Daytime Telephone Number        5.  Preparer's Mobile Telephone Number (if any)

6.  Preparer's Email Address (if any)

### *Preparer's Statement*

7.A. ☐ I am not an attorney or accredited representative but have prepared this request on behalf of the requestor with the requestor's consent.

B. ☐ I am an attorney or accredited representative and my representation of the requestor in this case

☐ extends ☐ does not extend beyond the preparation of this request.

**NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28 or Form G-28I with this request.

CA 0006

## Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Request, if Other Than the Requestor (continued)

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this request at the request of the requestor.  The requestor then reviewed this completed request and informed me that he or she understands all of the information contained in, and submitted with, his or her request, including the **Requestor's Declaration and Certification,** and that all of this information is complete, true, and correct.  I completed this request based only on information that the requestor provided to me or authorized me to obtain or use.

### Preparer's Signature

8.    Preparer's Signature                                                                            Date of Signature (mm/dd/yyyy)

CA 0007

## Part 6. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.**  Family Name (Last Name)          Given Name (First Name)          Middle Name

**2.**  A-Number (if any) ▶ **A-**

**3.A.** Page Number   **3.B.** Part Number   **3.C.** Item Number

**3.D.**

**4.A.** Page Number   **4.B.** Part Number   **4.C.** Item Number

**4.D.**

**5.A.** Page Number   **5.B.** Part Number   **5.C.** Item Number

**5.D.**

CA 0008



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)    **Chin**

**2.b.** Given Name (First Name)    **Barbara**

**2.c.** Middle Name

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name    **One Financial Center**

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town    **Boston**

**3.d.** State **MA**    **3.e.** ZIP Code **02111**

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country    **UNITED STATES OF AMERICA**

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number    **6173484405**

**5.** Mobile Telephone Number (if any)

**6.** Email Address (if any)    **bchin@mintz.com**

**7.** Fax Number (if any)    **6175422241**

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority    **Massachusetts**

**1.b.** Bar Number (if applicable)    **82500**

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)    **Mintz**

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with _____ , the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

CA 0009

<div style="display: flex;">
<div>

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**I-129 H-1B for Keerthi Kambhampati**

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ [ ]

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☒ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)    **Bradford**

**6.b.** Given Name (First Name)    **Jill**

**6.c.** Middle Name    [ . ]

**7.a.** Name of Entity (if applicable)

**Curriculum Associates LLC**

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**Vice President, General Counsel**

**8.** Client's USCIS Online Account Number (if any)

▶ [ ]

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- [ ]

</div>
<div>

## Client's Contact Information

**10.** Daytime Telephone Number

**9783394388**

**11.** Mobile Telephone Number (if any)

**9787707211**

**12.** Email Address (if any)

**jbradford@cainc.com**

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name    **153 Rangeway Rd.**

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.    [ ]

**13.c.** City or Town    **North Billerica**

**13.d.** State    **MA**        **13.e.** ZIP Code    **01862**

**13.f.** Province    [ ]

**13.g.** Postal Code    [ ]

**13.h.** Country

**USA**

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

</div>
</div>

CA 0010

| Part 4. Client's Consent to Representation and Signature (continued) | Part 5. Signature of Attorney or Accredited Representative |
|---|---|

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

**2.b.** Date of Signature (mm/dd/yyyy)    03/21/19

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy)    3/29/2019

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

CA 0011

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a**  Family Name (Last Name)  **Bradford**

**1.b.**  Given Name (First Name)  **Jill**

**1.c.**  Middle Name

**2.a.**  Page Number  **2.b.**  Part Number  **2.c.**  Item Number

**2.d.**

**3.a.**  Page Number  **3.b.**  Part Number  **3.c.**  Item Number

**3.d.**

**4.a.**  Page Number  **4.b.**  Part Number  **4.c.**  Item Number

**4.d.**

**5.a.**  Page Number  **5.b.**  Part Number  **5.c.**  Item Number

**5.d.**

**6.a.**  Page Number  **6.b.**  Part Number  **6.c.**  Item Number

**6.d.**

Form G-28   09/17/18

Page 4 of 4

**CA 0012**



## Petition for a Nonimmigrant Worker

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|

Class: _____
No. of Workers: _____
Job Code: _____
Validity Dates: _____
From: _____
To: _____

☐ **Classification Approved**
☐ Consulate/POE/PFI Notified
At: _____
☐ Extension Granted
☐ COS/Extension Granted

► **START HERE - Type or print in black ink.**

### Part 1.   Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.** If you are a company or an organization filing this petition, complete **Item Number 2.**

**1.   Legal Name of Individual Petitioner**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

**2.   Company or Organization Name**

Curriculum Associates, LLC

**3.   Mailing Address of Individual, Company or Organization**

In Care Of Name

Jill Bradford, VP, General Counsel

Street Number and Name | Apt. Ste. Flr. ☐ ☐ ☐ | Number

153 Rangeway Rd.

City or Town | State | ZIP Code

North Billerica | MA | 01862

Province | Postal Code | Country

| | | USA

**4.   Contact Information**

Daytime Telephone Number | Mobile Telephone Number | Email Address (if any)

(978) 339-4388 | (978) 770-7211 | jbradford@cainc.com

**5.   Other Information**

Federal Employer Identification Number (FEIN) | Individual IRS Tax Number | U.S. Social Security Number (if any)

► 26-3954988 | ► | ►

CA 0013

**Part 2.  Information About This Petition** (See instructions for fee information)

1. **Requested Nonimmigrant Classification** (Write classification symbol): **H-1B**

2. **Basis for Classification** (select **only one** box):
   - ☒ a.  New employment.
   - ☐ b.  Continuation of previously approved employment without change with the same employer.
   - ☐ c.  Change in previously approved employment.
   - ☐ d.  New concurrent employment.
   - ☐ e.  Change of employer.
   - ☐ f.  Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary.  If none exists, indicate "None."**

   ► Y S C 1 7 9 0 1 2 6 4 0 3

4. **Requested Action** (select only one box):
   - ☐ a.  Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted.  (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
   - ☒ b.  Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations).  This is available only when you check "New Employment" in **Item Number 2.**, above.
   - ☐ c.  Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - ☐ d.  Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - ☐ e.  Extend the status of a nonimmigrant classification based on a free trade agreement.  (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
   - ☐ f.  Change status to a nonimmigrant classification based on a free trade agreement.  (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.)    ► 1

**Part 3.  Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for.  Complete the blocks below.  Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. **If an Entertainment Group, Provide the Group Name**

2. **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Kambhampati | Keerthi |  |

3. **Provide all other names the beneficiary has used.**  Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

4. **Other Information**

Date of birth (mm/dd/yyyy) 01/28/1991    Gender ☐ Male  ☒ Female    U.S. Social Security Number (if any) ► 6 9 6 9 0 7 7 4 7

CA 0014

## Part 3. Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number)

► A-

Country of Birth

India

Province of Birth

Country of Citizenship or Nationality

India

5. **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)

02/16/2019

I-94 Arrival-Departure Record Number

► 7 3 7 4 3 5 0 6 0 5 6

Passport or Travel Document Number

K1824911

Date Passport or Travel Document Issued (mm/dd/yyyy)

01/25/2012

Date Passport or Travel Document Expires (mm/dd/yyyy)

01/25/2022

Passport or Travel Document Country of Issuance

India

Current Nonimmigrant Status

F-1

Date Status Expires or D/S (mm/dd/yyyy) D/S

Student and Exchange Visitor Information System (SEVIS) Number (if any)

N0011059698

Employment Authorization Document (EAD) Number (if any)

140-094-773 (YSC1790126403) F-1 STEM OPT

6. **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name

1986 Middlesex St

Apt. Ste. Flr.  Number

☒ ☐ ☐  25

City or Town

Lowell

State

MA

ZIP Code

01851

## Part 4. Processing Information

1.  If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

   a. **Type of Office** (select only one box):  ☒ Consulate    ☐ Pre-flight inspection    ☐ Port of Entry

   b. **Office Address (City)**

   Hyderabad

   c. **U.S. State or Foreign Country**

   India

   d. **Beneficiary's Foreign Address**

   Street Number and Name

   Anand Nagar Colony, Khairtabad

   Apt. Ste. Flr.  Number

   ☐ ☐ ☐  6-3-612/1

   City or Town

   Hyderabad

   State

   Province

   Telangana

   Postal Code

   500004

   Country

   India

2.  Does each person in this petition have a valid passport?  ☒ Yes    ☐ No. If no, go to **Part 9.** and type or print your explanation.

CA 0015

## Part 4. Processing Information (continued)

3.  Are you filing any other petitions with this one?
    ☐ Yes. If yes, how many? ▶ [        ]    ☒ No

4.  Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition? Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at **www.cbp.gov/i94** instead of filing an application for a replacement/initial I-94.

    ☐ Yes. If yes, how many? ▶ [        ]    ☒ No

5.  Are you filing any applications for dependents with this petition?
    ☐ Yes. If yes, how many? ▶ [        ]    ☒ No

6.  Is any beneficiary in this petition in removal proceedings?
    ☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s).    ☒ No

7.  Have you ever filed an immigrant petition for any beneficiary in this petition?
    ☐ Yes. If yes, how many? ▶ [        ]    ☒ No

8.  Did you indicate you were filing a new petition in **Part 2.**?
    ☒ Yes. If yes, answer the questions below.    ☐ No. If no, proceed to **Item Number 9.**

    a.  Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
        ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.  ☒ No

    b.  Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
        ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.  ☒ No

9.  Have you ever previously filed a nonimmigrant petition for this beneficiary?
    ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☒ No

10. If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
    ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☐ No  **N/A**

11.a. Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
    ☐ Yes. If yes, proceed to **Item Number 11.b.**    ☒ No

11.b. If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent. Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

    **N/A**

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1.  Job Title
    **Senior Quality Assurance Engineer**

2.  LCA or ETA Case Number
    **I-200-19075-576481**

CA 0016

## Part 5. Basic Information About the Proposed Employment and Employer (continued)

3. Address where the beneficiary(ies) will work if different from address in **Part 1.**

Street Number and Name

N/A (Same as Part 1 above)

Apt. Ste. Flr.  ☐ ☐ ☐  Number

City or Town

State        ZIP Code

4. Did you include an itinerary with the petition? ☐ Yes ☒ No

5. Will the beneficiary(ies) work for you off-site at another company or organization's location? ☐ Yes ☒ No

6. Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)? ☐ Yes ☒ No

7. Is this a full-time position? ☒ Yes ☐ No

8. If the answer to **Item Number 7.** is no, how many hours per week for the position? ▶

9. Wages: $ 109,233.97   per (Specify hour, week, month, or year) ▶ Year

10. Other Compensation (Explain)

   Standard company benefits.

11. Dates of intended employment  From: (mm/dd/yyyy) 10/01/2019   To: (mm/dd/yyyy) 09/01/2022

12. Type of Business

Education and curriculum software provider

13. Year Established

2008

14. Current Number of Employees in the United States

880

15. Gross Annual Income

$208.620 Million

16. Net Annual Income

See enclosed

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☒ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

CA 0017

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

1.  **Name and Title of Authorized Signatory**

    Family Name (Last Name)

    **Bradford**

    Given Name (First Name)

    **Jill**

    Title

    **Vice President, General Counsel**

2.  **Signature and Date**

    Signature of Authorized Signatory

    Date of Signature
    (mm/dd/yyyy) 03/21/19

3.  **Signatory's Contact Information**

    Daytime Telephone Number

    **(978) 339-4388**

    Email Address (if any)

    **jbradford@cainc.com**

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

1.  **Name of Preparer**

    Family Name (Last Name)

    **Chin**

    Given Name (First Name)

    **Barbara**

2.  **Preparer's Business or Organization Name** (if any)

    (If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

    **Mintz Levin Cohn Ferris Glovsky and Popeo PC**

CA 0018

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner (continued)

3. **Preparer's Mailing Address**

Street Number and Name

One Financial Center

| Apt. | Ste. | Flr. | Number |
|------|------|------|--------|
| ☐ | ☐ | ☐ | |

City or Town

Boston

State: MA

ZIP Code: 02111

Province

Postal Code

Country: United States

4. **Preparer's Contact Information**

Daytime Telephone Number: (617) 348-4405

Fax Number: (617) 542-2241

Email Address (if any): bchin@mintz.com

### Preparer's Declaration

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

5. **Signature and Date**

Signature of Preparer

Date of Signature (mm/dd/yyyy): 9/29/2019

CA 0019

## Part 9.  Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.    A-Number    ▶ **A-** [ ][ ][ ][ ][ ][ ][ ][ ][ ]

2.    **Page Number**                          **Part Number**                          **Item Number**

N/A

3.    **Page Number**                          **Part Number**                          **Item Number**

N/A

4.    **Page Number**                          **Part Number**                          **Item Number**

N/A

CA 0020



# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

1. Name of the Petitioner

**Curriculum Associates, LLC**

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

2.a. Name of the Beneficiary

**Kambhampati, Keerthi**

**OR**

2.b. Provide the total number of beneficiaries

3. List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
| --- | --- | --- |
| | From | To |
| **Beneficiary has never held H or L status.** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. Classification sought (select **only one** box):

☒ **a.** H-1B Specialty Occupation

☐ **b.** H-1B1 Chile and Singapore

☐ **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

☐ **d.** H-1B3 Fashion model of distinguished merit and ability

☐ **e.** H-2A Agricultural worker

☐ **f.** H-2B Non-agricultural worker

☐ **g.** H-3 Trainee

☐ **h.** H-3 Special education exchange visitor program

5. Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?
☐ Yes    ☒ No

6. Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?
☐ Yes    ☒ No

7.a. Does any beneficiary in this petition have ownership interest in the petitioning organization?
☐ Yes. If yes, please explain in **Item Number 7.b.**    ☒ No

CA 0021

**7.b.** Explanation
N/A

## Section 1.  Complete This Section If Filing for H-1B Classification

**1.** Describe the proposed duties.
Please see enclosed Petitioner's letter of support.

**2.** Describe the beneficiary's present occupation and summary of prior work experience.
Please see enclosed Petitioner's letter of support.

### Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment.  I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times.  If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| | Jill Bradford, VP, General Counsel | 03/21/17 |

### Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | Jill Bradford, VP, General Counsel | 03/21/10 |

### Statement for H-1B U.S. Department of Defense Projects Only

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification

**1.** Employment is:  (select **only one** box)

☐ **a.** Seasonal     ☐ **b.** Peak load     ☐ **c.** Intermittent     ☐ **d.** One-time occurrence

**2.** Temporary need is:  (select **only one** box)

☐ **a.** Unpredictable     ☐ **b.** Periodic     ☐ **c.** Recurrent annually

CA 0022



# H-1B and H-1B1 Data Collection and
# Filing Fee Exemption Supplement

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

**1.** Name of the Petitioner

Curriculum Associates, LLC

**2.** Name of the Beneficiary

Keerthi Kambhampati

## Section 1.  General Information

**1.** **Employer Information** - (select all items that apply)

   **a.** Is the petitioner an H-1B dependent employer? ☐ Yes ☒ No

   **b.** Has the petitioner ever been found to be a willful violator? ☐ Yes ☒ No

   **c.** Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? ☒ Yes ☐ No

      **c.1.** If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? ☒ Yes ☐ No

      **c.2.** Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? ☒ Yes ☐ No

   **d.** Does the petitioner employ 50 or more individuals in the United States? ☒ Yes ☐ No

      **d.1.** If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? ☐ Yes ☒ No

**2.** **Beneficiary's Highest Level of Education** (select only one box)

☐ **a.** NO DIPLOMA

☐ **b.** HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)

☐ **c.** Some college credit, but less than 1 year

☐ **d.** One or more years of college, no degree

☐ **e.** Associate's degree (for example: AA, AS)

☐ **f.** Bachelor's degree (for example: BA, AB, BS)

☒ **g.** Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

☐ **h.** Professional degree (for example: MD, DDS, DVM, LLB, JD)

☐ **i.** Doctorate degree (for example: PhD, EdD)

**3.** Major/Primary Field of Study

Computer Science

**4.** Rate of Pay Per Year

$109,233.97

**5.** DOT Code

0 3 9

**6.** NAICS Code

5 1 1 1 9

## Section 2.  Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional **$1,500** or **$750** American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

**1.** Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)? ☐ Yes ☒ No

**2.** Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)? ☐ Yes ☒ No

CA 0023

## Section 2.  Fee Exemption and/or Determination (continued)

**3.** Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?  ☐ Yes  ☒ No

**4.** Is this the second or subsequent request for an extension of stay that this petitioner has filed for this alien?  ☐ Yes  ☒ No

**5.** Is this an amended petition that does not contain any request for extensions of stay?  ☐ Yes  ☒ No

**6.** Are you filing this petition to correct a USCIS error?  ☐ Yes  ☒ No

**7.** Is the petitioner a primary or secondary education institution?  ☐ Yes  ☒ No

**8.** Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution?  ☐ Yes  ☒ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

**9.** Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?  ☐ Yes  ☒ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750.** If you answered no, then you are required to pay an additional ACWIA fee of **$1,500.**

**NOTE:** A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee. For petitions filed on or after December 18, 2015, an additional fee of **$4,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement. This $4,000 fee was mandated by the provisions of Public Law 114-113.

The Fraud Prevention and Detection Fee and Public Law 114-113 fee do not apply to H-1B1 petitions. **These fees, when applicable, may not be waived.** You must include payment of the fees when you submit this form. Failure to submit the fees when required will result in rejection or denial of your submission. Each of these fees should be paid by separate checks or money orders.

## Section 3.  Numerical Limitation Information

**1.** Specify the type of H-1B petition you are filing. (select **only one** box):

☐ **a.** CAP H-1B Bachelor's Degree          ☐ **c.** CAP H-1B1 Chile/Singapore

☒ **b.** CAP H-1B U.S. Master's Degree or Higher          ☐ **d.** CAP Exempt

**2.** If you answered **Item Number 1.b.** "**CAP H-1B U.S. Master's Degree or Higher**," provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):

**a.** Name of the United States Institution of Higher Education

> The University of Massachusetts Lowell

**b.** Date Degree Awarded          **c.** Type of United States Degree

> 05/14/2016          Master's of Science in Computer Science

**d.** Address of the United States institution of higher education

| Street Number and Name | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| One University Ave | ☐ | ☒ | ☐ | 208 |

| City or Town | State | ZIP Code |
|---|---|---|
| Lowell | MA | 01854 |

CA 0024

## Section 3.  Numerical Limitation Information (continued)

3. If you answered **Item Number 1.d.** "**CAP Exempt**," you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

☐ **a.** The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).

☐ **b.** The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in 8 CFR 214.2(h)(8)(ii)(F)(2).

☐ **c.** The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(8)(ii)(F)(3).

☐ **d.** The beneficiary will be employed at a qualifying cap exempt institution, organization or entity pursuant to 8 CFR 214.2(h)(8)(ii)(F)(4).

☐ **e.** The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.

☐ **f.** The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.

☐ **g.** The beneficiary of this petition has been counted against the cap and **(1)** is applying for the remaining portion of the 6 year period of admission, or **(2)** is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).

☐ **h.** The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

## Section 4.  Off-Site Assignment of H-1B Beneficiaries

1. The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification sought.    ☐ Yes  ☒ No

   If no, do not complete **Item Numbers 2.** and **3.**

2. Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification.    ☐ Yes  ☐ No

3. The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations.    ☐ Yes  ☐ No

CA 0025

# Curriculum Associates

March 29, 2019

Premium Processing Service
USCIS Vermont Service Center
Attn: I-129 H-1B Master's Cap
30 Houghton Street
St. Albans, VT 05478

RE:     **I-129/H-1B Master's Cap Petition for a Nonimmigrant Worker**
       **Petitioner:**            **Curriculum Associates, LLC**
       **Beneficiary:**          **Keerthi Kambhampati**
       **Specialty Occupation: Senior Quality Assurance Engineer**

Dear Sir or Madam:

This letter is submitted in support of our H-1B petition request on behalf of Ms. Keerthi Kambhampati, a citizen of India, so that she may serve our company in the specialty occupation of Senior Quality Assurance Engineer for a temporary period from October 1, 2019 to September 1, 2022. She will be compensated at a base annual salary of $109,233.97 for her services. Attached at **Exhibit 1** are copies of the Beneficiary's I-94 record, passport biographic page, Form I-20s, F-1 visa, EADs, and recent paystubs, evidencing her current F-1 STEM OPT status.

### Petitioner: Curriculum Associates, LLC

Curriculum Associates, LLC is a rapidly growing education company committed to making classrooms better places for teachers and students. We believe that all children have the chance to succeed, and this drives the decisions our engineering, product development, and service teams make every day. Our award-winning products, including cloud-based i-Ready®, provide teachers and administrators with flexible resources that deliver meaningful assessments and data-driven, differentiated instruction for children. We serve millions of students with our i-Ready®, Ready®, and BRIGANCE® programs because of our laser focus on our customers' needs over our own bottom line, and a belief that thoughtful and continuous innovation leads to a positive impact on classrooms and measureable growth for children. Descriptive and product information relating to Curriculum Associates is enclosed at **Exhibit 2.**

### The Position Offered: Senior Quality Assurance Engineer

At this time, Curriculum Associates, LLC seeks to employ Ms. Kambhampati as a full-time Senior Quality Assurance Engineer at our headquarters in North Billerica, Massachusetts. In this role, Ms. Kambhampati will be a member of our Quality Assurance team of professionals. She will be responsible for designing, developing, and executing quality assurance test plans to

CA 0026

# Curriculum Associates

identify software problems and their causes for our enterprise wide multi-tiered software solutions within an Agile SDLC environment. She will continuously deliver high quality SaaS to ensure increased product use.

Ms. Kambhampati will design, develop and test quality assurance test plans for our award-winning education software applications, within an Agile software development life cycle, as it relates to Curriculum's objectives and interests. Ms. Kambhampati will utilize the theoretical body of knowledge and the technical skills gained in her Bachelor's of Science degree program in Information Technology to perform the complex technical tasks of the position. Ms. Kambhampati's related courses include: Mathematical Foundation of Computer Science; Advanced Data Structures and Algorithms; Digital Logic Design; Unix & Shell Programming; Automata and Compiler Design; Microprocessor and Interfacing; Distributed Databases; Software Testing Methodologies; Multimedia and Application Development; Network Programming; Embedded Systems; Mobile Computing; C Programing and Data Structures; Computer Organization; Object Orientated Programming; Database Management Systems; Software Engineering; Web Technologies; and, Data Warehousing and Data Mining.

Specifically, her duties will include the following:

| Job Duties: | Percentage of Time Spent % |
|---|---|
| • Test web applications from front end to back end with working knowledge of several related technologies (HTML, XML, CSS, JavaScript, HTTP, SSL, REST, Web Browsers, Flash, JEE, Web Servers, Application Servers)<br>   o Execute the test plans and apply the iReady product knowledge to uncover all the software defects.<br>   o Perform Functional, Systems Integration, Regression and Automation testing at various phases of the development and test cycles using different internal environments (dev-cdn, Mack, Tow, Staging and Production).<br>   o Validate the database implementation and design updates with the effective SQL queries.<br>   o Validate the APIs to make sure the data transfer is happening properly between the front and back end and the product modules. | 25% |
| • Develop high level test plans for products from which lower level test plans can be defined and assigned to others for development;<br>   o Develop detailed test plans for new Reading styles/renderers, used to develop new lessons for iReady and get it reviewed with the subject matter experts. | 20% |

CA 0027

# Curriculum Associates

| | | |
|---|---|---|
| • Responsible for test management, test development, and/or test processes;<br>    ○ Manage and maintain the test case and all test relevant documents using the test management tool JIRA and confluence pages. Make sure to adhere the test process and contribute to continuous improvements.<br>    ○ Architect, develop and maintain extensible test automation framework and test scripts for the iReady product using Selenium WebDriver, Java and Junit and maintain the framework. | 20% |
| • Work with the development team to understand new product features for the purpose of designing and developing test cases;<br>    ○ Participate in code walkthrough meetings and work with the development team to deeply understand Reading Comprehension renderers/styles features and design the test cases to cover all possible use cases. | 5% |
| • Stay up-to-date with new technologies, operating systems, automated testing tools, etc. in order to maintain an awareness of technological advances;<br>    ○ Stay up-to-date with new technologies, operating systems, automated testing tools by taking the necessary internal/external trainings, and participate in the tech discussions and self-study. | 5% |
| • Design and contribute quality requirements for software test plans, and ensure testability for system. Participate in the design specifications;<br>    ○ Participate in all the iReady requirement and design review meetings and provide the inputs to fix the ambiguity points with the product and domain knowledge. | 5% |
| • Technical Leadership:<br>    ○ Provide technical training on CA specific automation technology to junior team members or members who are new to CA.<br>    ○ Follow-up on all training sessions with one-on-one mentorship required and play a direct role in code reviews and pull-requests. | 20% |

## Specialty Occupation Requirements

At Curriculum Associates, LLC, the minimum requirements for the position of Senior Quality Assurance Engineer requires at least a Bachelor's degree (or foreign equivalent) in Computer Science, Information Technology, or a closely related field and relevant experience.

It is Curriculum Associates, LLC's standard practice to require a Bachelor's degree (or the foreign equivalent) in Computer Science, Information Technology, or a closely related field, for Senior Quality Assurance Engineer position, as the position requires the execution of complex technical tasks, such as, development and execution of software test plans in order to identify software problems and their causes within an Agile software development life cycle. A Bachelor's degree in Computer Science, Information Technology, or a closely related field is normally the minimum requirement for same or similar positions. Furthermore, this degree requirement is

CA 0028

# Curriculum Associates

common to the industry, particularly education and curriculum software provider companies, like Curriculum Associates, LLC's, Inc. Please note, this is not an entry-level position, but a senior position requiring at least three years of relevant experience. See **Exhibit 3** for LinkedIn pages and educational credentials of other Senior Quality Assurance Engineers at Curriculum Associates, LLC, showing the positon requires at least a Bachelor's degree (or the foreign equivalent) in Computer Science, Information Technology, or a closely related field.

The Senior Quality Assurance Engineer position at Curriculum Associates, LLC's, Inc. is a specialty occupation based on the specialized and complex nature of the job duties that require the application of complex theoretical and practical knowledge in software development and execution of test plans, which are associated with the attainment of at least a Bachelor's degree (or the foreign equivalent) in Computer Science, Information Technology, or a closely related field. Without at least the attainment of a Bachelor's level degree, the Senior Quality Assurance Engineer would not be able to comprehend and grasp many of the technical tasks involved in the performance of the duties.

The attainment of a bachelor's degree in Bachelor's degree in Computer Science, Information Technology, or the equivalent in education and/or professional experience is the minimum requirement for entry into the position of Senior Quality Assurance Engineer. The Occupational Information Network (O*NET), developed for the U.S. Department of Labor by the National O*NET Consortium, also classifies the position of Software Senior Quality Assurance Engineers and Testers (15-1199.01), the closest O*NET listing to our position, to have an S.V.P. range of 7 and above, which generally indicates an occupation requiring at least a bachelor's degree as a minimum qualification for entry. Also, under the percentage of respondents, the majority (70%) required at least a Bachelor's degree to perform the duties of this position. Relevant excerpts from The Occupational Information Network (O*NET) is submitted as **Exhibit 4**.

Based on the foregoing, is respectfully submitted that the position of Senior Quality Assurance Engineer qualifies as a "specialty occupation" under 8 C.F.R. §214.2(h) (4)(iii)(A).

### The Beneficiary: Ms. Keerthi Kambhampati

Ms. Kambhampati is well qualified for the position of Senior Quality Assurance Engineer with Curriculum Associates. She was awarded a Master's of Science in Computer Science from The University of Massachusetts Lowell. She also earned a Bachelor of Information Technology in the Jawaharlal Nehru Technological University in Hyderabad, India. Her bachelor's degree has

CA 0029

# Curriculum Associates

been independently evaluated to be the equivalent of a U.S. Bachelor's degree in Information Technology from an institute of higher education. Please see **Exhibit 5** for copies of Ms. Kambhampati's educational documents and credential evaluation.

In addition to the qualifications set forth above, Ms. Kambhampati has relevant experience. She is currently employed by Curriculum Associates, LLC, in the instant position since the conclusion of her degree program, pursuant to her valid F-1 STEM OPT status.

## Terms of Employment

Please note that we have filed and obtained a certified Labor Condition Application ("LCA") from the U.S. Department of Labor in connection with this petition, and we will abide by the terms of the LCA for the duration of Ms. Kambhampati's employment by us in H-1B status. A copy of our signed and certified Labor Condition Application is enclosed as **Exhibit 6**.

As Senior Quality Assurance Engineer, Ms. Kambhampati's work will be a part of the regular business of Curriculum Associates, LLC, which will control her work completely, including having the ability to hire and fire her, and to supervise her work. Ms. Kambhampati will be paid directly by Curriculum Associates, LLC and be provided standard company benefits. These terms and conditions of employment will continue to exist throughout the requested H-1B validity period.

## Conclusion

Based on the foregoing and the enclosed supporting documentation, we respectfully request that you approve this petition on behalf of Ms. Keerthi Kambhampati so she may serve our organization on a temporary period in the specialty occupation of Senior Quality Assurance Engineer. If you should need any further information or documentation, please feel free to contact the undersigned or our counsel for this matter, Barbara Chin, at 617-348-4405.

Sincerely,

Jill Levine Bradford
VP, General Counsel

# EXHIBIT 1

CA 0031

2/21/2019                                                   I94 - Official Website

 For: **KEERTHI KAMBHAMPATI**


## U.S. Customs and Border Protection
Securing America's Borders

### Most Recent I-94

**Admission (I-94) Record Number : 73743506056**

**Most Recent Date of Entry: 2019 February 16**

**Class of Admission : F1**

**Admit Until Date : D/S**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | **KAMBHAMPATI** |
| First (Given) Name : | **KEERTHI** |
| Birth Date : | **1991 January 28** |
| Passport Number : | **K1824911** |
| Country of Issuance : | **India** |

> Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2019

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

CA 0032



भारत गणराज्य REPUBLIC OF INDIA

| भाँति / Type | देश कोड / Country Code | पासपोर्ट सं./ Passport No. |
|---|---|---|
| P | IND | K 1824911 |

उपनाम / Surname
**KAMBHAMPATI**

दिया गया नाम / Given Name(s)
**KEERTHI**

| राष्ट्रीयता / Nationality | लिंग / Sex | जन्म तिथि / Date of Birth |
|---|---|---|
| INDIAN | F | 28/01/1991 |

जन्म स्थान / Place of Birth
**VISAKHAPATNAM**

जारी करने का स्थान / Place of Issue
**HYDERABAD**

| जारी करने की तिथि / Date of Issue | समाप्ति की तिथि / Date of Expiry |
|---|---|
| 25/01/2012 | 24/01/2022 |

```
P<INDKAMBHAMPATI<<KEERTHI<<<<<<<<<<<<<<<<<<<<
K1824911<6IND9101287F2201247<<<<<<<<<<<<<<<<8
```

CA 0033



CA 0034

पंजीकरण

विदेशों में रहने वाले भारतीय नागरिकों को सलाह दी जाती है कि वे निकटतम भारतीय मिशन/केन्द्र में अपना पंजीकरण कराएं।

चेतावनी-(

यह पासपोर्ट भारत सरकार की सम्पत्ति है। इस पासपोर्ट के धारक ने किसी पासपोर्ट अधिकारी से इसके धारक को यदि कोई सूचना मिलती है, जिसमें पासपोर्ट लौटाने की मांग भी शामिल है, तो उसका तुरंत अनुपालन किया जाए।

यह पासपोर्ट इसका धारक किसी भी देश से बाहर न भेजा जाए। यह पासपोर्ट धारक या अपने द्वारा अधिकृत व्यक्ति के कब्जे में ही होना चाहिए। इसमें किसी भी प्रकार का परिवर्तन या इसके द्वारा नहीं की जानी चाहिए।

पासपोर्ट गुम हो जाने, नष्ट हो जाने अथवा नष्ट हो जाने पर इसकी तुरन्त भारत में निकटतम पासपोर्ट अधिकारी को अथवा यदि पासपोर्ट धारक विदेश में है तो निकटतम भारतीय मिशन/केन्द्र और स्थानीय पुलिस को तत्काल दी जानी चाहिए। विस्तृत छानबीन के बाद ही डुप्लीकेट पासपोर्ट जारी किया जाएगा।

REGISTRATION

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGISTER THEMSELVES AT THE NEAREST INDIAN MISSION/POST.

CAUTION

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF INDIA. ANY COMMUNICATION RECEIVED BY THE HOLDER FROM A PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IMMEDIATELY.

THIS PASSPORT SHOULD NOT BE SENT OUT OF ANY COUNTRY BY POST. THIS SHOULD BE IN THE CUSTODY EITHER OF THE HOLDER OR OF A PERSON AUTHORISED BY THE HOLDER. IT MUST NOT BE ALTERED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF THIS PASSPORT SHOULD BE IMMEDIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN INDIA, OR IF THE HOLDER IS ABROAD, TO THE NEAREST INDIAN MISSION/POST AND TO THE LOCAL POLICE. ONLY AFTER EXHAUSTIVE ENQUIRIES SHALL A DUPLICATE PASSPORT BE ISSUED.

36

पिता / कानूनी अभिभावक का नाम / Name of Father / Legal Guardian

**KAMBHAMPATI VENKATESWARLU**

माता का नाम / Name of Mother

**KAMBHAMPATI SARADA**

पति का पत्नी का नाम / Name of Spouse

पता / Address

**FLAT NO B-206,RENUKA APARTMENT**

**ANAND NAGAR KHAIRATABAD**

**HYDERABAD, Pin-500004**

पुराने पासपोर्ट का नं. और इसके जारी होने की तिथि एवं स्थान / Old Passport No. with Date and Place of Issue

फाईल नं. / File No.

**HYDH02110711**



UNITED STATES OF AMERICA    EMPLOYMENT AUTHORIZATION CARD

Surname
**KAMBHAMPATI**
Given Name
**KEERTHI**
USCIS#                    Category    Card#
**140-094-773    C03C    YSC1790126403**
Country of Birth
**India**
Terms and Conditions
**Stu: Stem Opt Only**
Date of Birth                Sex
**28 JAN 1991    F**

fingerprint not available

Valid From:        **05/14/17**
Card Expires:      **05/13/19**
**NOT VALID FOR REENTRY TO U.S.**

CA 0036

 29829900



**U.S. Citizenship
and Immigration
Services**

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

FORM I-766 Rev. (10-2014)

92          If found, drop in any US Mailbox.  USPS: Mail to USCIS, 7 Product Way, Lees Summit, MO 64002

IAUSA1400947733YSC1790126403<<
9101287F1905135IND<<<<<<<<<<<7
KAMBHAMPATI<<KEERTHI<<<<<<<<<<

CA 0037



CA 0038



28673673

U.S. Citizenship
and Immigration
Services

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

I-766 Rev. (10-2016)

31    If found, drop in any US Mailbox. USPS: Mail to USCIS, PO Box 87521, Lincoln, NE 68501-8521

IAUSA1400947733YSC1690033812<<
9101287F1705139IND<<<<<<<<<<<1
KAMBHAMPATI<<KEERTHI<<<<<<<<<<

CA 0039



CA 0040

27398638



U.S. Citizenship
and Immigration
Services

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

FORM I-766 Rev. (10-2010)

81      If found, drop in any USPS mailbox. USPS Mail to USCIS, 79 Lower Welden Street, St Albans, VT 05479-0001.

IAUSA1400947733EAC1690075107<<
9101287F1605077IND<<<<<<<<<<<<4
KAMBHAMPATI<<KEERTHI<<<<<<<<<<

CA 0041

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0011059698

| SURNAME/PRIMARY NAME<br>Kambhampati | GIVEN NAME<br>Keerthi | Class of Admission |
| --- | --- | --- |
| PREFERRED NAME<br>Keerthi Kambhampati | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>INDIA | COUNTRY OF CITIZENSHIP<br>INDIA | |
| DATE OF BIRTH<br>28 JANUARY 1991 | ADMISSION NUMBER | ACADEMIC AND LANGUAGE |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME<br>Keerthi Kambhampati | |

### SCHOOL INFORMATION

| SCHOOL NAME<br>University of Massachusetts Lowell<br>University of Massachusetts Lowell | SCHOOL ADDRESS<br>One University Avenue, Suite 208, Lowell, MA 01854 |
| --- | --- |
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Sasha Maria Johnson<br>International Student & Scholar Administrator | SCHOOL CODE AND APPROVAL DATE<br>BOS214F00998000<br>24 JANUARY 2003 |

### PROGRAM OF STUDY

| EDUCATION LEVEL<br>MASTER'S | MAJOR 1<br>Computer Science 11.0701 | MAJOR 2<br>None 00.0000 |
| --- | --- | --- |
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE<br>04 AUGUST 2014 |
| START OF CLASSES<br>03 SEPTEMBER 2014 | PROGRAM START/END DATE<br>03 SEPTEMBER 2014 - 07 MAY 2016 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
| --- | --- | --- | --- |
| Tuition and Fees | $ 23,976 | Personal Funds | $ 0 |
| Living Expenses | $ 12,643 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family Funding | $ 36,619 |
| Other | $ | On-Campus Employment | $ |
| TOTAL | $ 36,619 | TOTAL | $ 36,619 |

### REMARKS

STEM Extension is recommended on page 2.

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

X _____    DATE ISSUED        PLACE ISSUED
SIGNATURE OF: Sasha Maria Johnson, International Student    02 March 2017    Lowell, MA
& Scholar Administrator

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

X _____    03/02/2017
SIGNATURE OF: Keerthi Kambhampati    DATE

X _____
NAME OF PARENT OR GUARDIAN    SIGNATURE    ADDRESS (city/state or province/country)    DATE

ICE Form I-20 (3/31/2018)    Page 1 of 3

CA 0042

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0011059698 (F-1)    NAME: Keerthi Kambhampati

### EMPLOYMENT AUTHORIZATIONS

| TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|---|---|---|---|---|
| POST-COMPLETION OPT | FULL TIME | APPROVED | 15 JUNE 2016 | 13 MAY 2017 |
| STEM OPT | FULL TIME | REQUESTED | 14 MAY 2017 | 14 MAY 2019 |

### EMPLOYER INFORMATION

| TYPE | | AUTHORIZATION DATES | |
|---|---|---|---|
| POST-COMPLETION OPT | | 15 JUNE 2016 - 13 MAY 2017 | |

| EMPLOYER NAME | START DATE | END DATE | CITY & STATE |
|---|---|---|---|
| Curriculum Associates | 13 FEBRUARY 2017 | | North Billerica, MA |
| Footbridge IT | 27 JUNE 2016 | 10 FEBRUARY 2017 | ANDOVER, MA |

| TYPE | | AUTHORIZATION DATES | |
|---|---|---|---|
| STEM OPT | | 14 MAY 2017 - 14 MAY 2019 | |

| EMPLOYER NAME | START DATE | END DATE | CITY & STATE |
|---|---|---|---|
| Curriculum Associates | 14 MAY 2017 | 14 MAY 2019 | NORTH BILLERICA, MA |

### CHANGE OF STATUS/CAP-GAP EXTENSION

### AUTHORIZED REDUCED COURSE LOAD

### CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| | 07 MAY 2016 |

### TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

ICE Form I-20 (3/31/2018)

Page 2 of 3

CA 0043

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0011059698

| SURNAME/PRIMARY NAME<br>Kambhampati | GIVEN NAME<br>Keerthi | **CLASS** |
|---|---|---|
| PREFERRED NAME<br>Keerthi Kambhampati | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>INDIA | COUNTRY OF CITIZENSHIP<br>INDIA | |
| DATE OF BIRTH<br>28 JANUARY 1991 | ADMISSION NUMBER | **ACADEMIC AND** |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME<br>Keerthi Kambhampati | **LANGUAGE** |

## SCHOOL INFORMATION

| SCHOOL NAME<br>University of Massachusetts Lowell<br>University of Massachusetts Lowell | SCHOOL ADDRESS<br>Wannalancit Business Center, Suite 354, Lowell, MA<br>01854 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Sasha Maria Johnson<br>International Student & Scholar Administrator | SCHOOL CODE AND APPROVAL DATE<br>BOS214F00998000<br>24 JANUARY 2003 |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>MASTER'S | MAJOR 1<br>Computer Science 11.0701 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| NORMAL PROGRAM LENGTH<br>24 Months | PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient |
| PROGRAM START DATE<br>03 SEPTEMBER 2014 | PROGRAM END DATE<br>07 MAY 2016 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 23,976 | Personal Funds | $ 0 |
| Living Expenses | $ 12,643 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family Funding | $ 36,619 |
| Other | $ | On-Campus Employment | $ |
| TOTAL | $ 36,619 | TOTAL | $ 36,619 |

## REMARKS

Post OPT is recommended on page 2.

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| X _Sasha Maria_ | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Sasha Maria Johnson, International Student<br>& Scholar Administrator | 23 March 2016 | Lowell, MA |

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

| X _K. Keerthi_ | 03/24/2016 |
|---|---|
| SIGNATURE OF: Keerthi Kambhampati | DATE |

| | X | | |
|---|---|---|---|
| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country) | DATE |

ICE Form I-20 (3/31/2018)                                          Page 1 of 3

CA 0044

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0011059698 (F-1)          NAME: Keerthi Kambhampati

### EMPLOYMENT AUTHORIZATIONS

| AUTHORIZATION TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|---|---|---|---|---|
| PRE-COMPLETION OPT | PART TIME | APPROVED | 06 MARCH 2016 | 07 MAY 2016 |
| POST-COMPLETION OPT | FULL TIME | REQUESTED | 15 JUNE 2016 | 14 MAY 2017 |

### CHANGE OF STATUS/CAP-GAP EXTENSION

### AUTHORIZED DROP BELOW FULL COURSE OF STUDY

### TRAVEL ENDORSEMENT

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| Sasha Marie Johnson | Intl Student Advisor | X Sash Marie | 3/23/16 | Lowell MA |
| | | X | | |
| | | X | | |
| | | X | | |

ICE Form I-20 (3/31/2018)                                    Page 2 of 3

CA 0045

**Department of Homeland Security**

U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20-A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa (unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports. DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

CA 0046

| Department of Homeland Security<br>U.S. Immigration and Customs Enforcement | I-20, Certificate of Eligibility for Nonimmigrant Student Status<br>OMB NO. 1653-0038 |
|---|---|

## SEVIS ID: N0011059698

| SURNAME/PRIMARY NAME<br>Kambhampati | GIVEN NAME<br>Keerthi | **CLASS** |
|---|---|---|
| PREFERRED NAME<br>Keerthi Kambhampati | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>INDIA | COUNTRY OF CITIZENSHIP<br>INDIA | |
| DATE OF BIRTH<br>28 JANUARY 1991 | ADMISSION NUMBER | **ACADEMIC AND** |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME<br>Keerthi Kambhampati | **LANGUAGE** |

## SCHOOL INFORMATION

| SCHOOL NAME<br>University of Massachusetts Lowell<br>University of Massachusetts Lowell | SCHOOL ADDRESS<br>Wannalancit Business Center, Suite 354, Lowell, MA 01854 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Patrick Trouve<br>International Student & Scholar Advisor | SCHOOL CODE AND APPROVAL DATE<br>BOS214F00998000<br>24 JANUARY 2003 |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>MASTER'S | MAJOR 1<br>Computer Science 11.0701 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| NORMAL PROGRAM LENGTH<br>24 Months | PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient |
| PROGRAM START DATE<br>03 SEPTEMBER 2014 | PROGRAM END DATE<br>07 MAY 2016 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 23,976 | Personal Funds | $ 0 |
| Living Expenses | $ 12,643 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family Funding | $ 36,619 |
| Other | $ | On-Campus Employment | $ |
| TOTAL | $ 36,619 | TOTAL | $ 36,619 |

## REMARKS

Shorten program. Full-time CPT and Part-time Pre-Completion OPT is recommended on page 2.

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above-named school and am authorized to issue this form.

| X ⟨signature⟩ | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Patrick Trouve, International Student & Scholar Advisor | 22 December 2015 | Lowell, MA |

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

| X ⟨signature⟩ | 12/22/2015 |
|---|---|
| SIGNATURE OF: Keerthi Kambhampati | DATE |

| NAME OF PARENT OR GUARDIAN | X<br>SIGNATURE | ADDRESS (city/state or province/country) | DATE |
|---|---|---|---|

ICE Form I-20 (3/31/2018)                                                                          Page 1 of 3

CA 0047

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0011059698 (F-1)          NAME: Keerthi Kambhampati

### EMPLOYMENT AUTHORIZATIONS

| AUTHORIZATION TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|---|---|---|---|---|
| CPT | FULL TIME | APPROVED | 04 JANUARY 2016 | 18 JANUARY 2016 |
| PRE-COMPLETION OPT | PART TIME | REQUESTED | 08 FEBRUARY 2016 | 07 MAY 2016 |

### EMPLOYER INFORMATION

| TYPE | | AUTHORIZATION DATES |
|---|---|---|
| CPT | | 04 JANUARY 2016 - 18 JANUARY 2016 |

| EMPLOYER NAME | START DATE | END DATE | CITY & STATE |
|---|---|---|---|
| Randstad | 04 JANUARY 2016 | 18 JANUARY 2016 | Rockland, MA |

### CHANGE OF STATUS/CAP-GAP EXTENSION

### AUTHORIZED DROP BELOW FULL COURSE OF STUDY

### TRAVEL ENDORSEMENT

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| PATRICIA PRICE | INT'L ADVISER | X | 12/22/15 | Lowell, MA |
| | | X | | |
| | | X | | |
| | | X | | |

ICE Form I-20 (3/31/2018)                                                                 Page 2 of 3

CA 0048

**Department of Homeland Security**

U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status

OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa(unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months.To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested.The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

ICE Form I-20 (3/31/2018)

Page 3 of 3

CA 0049

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0011059698

| SURNAME/PRIMARY NAME<br>Kambhampati | GIVEN NAME<br>Keerthi | CLASS |
|---|---|---|
| PREFERRED NAME<br>Keerthi Kambhampati | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>INDIA | COUNTRY OF CITIZENSHIP<br>INDIA | |
| DATE OF BIRTH<br>28 JANUARY 1991 | ADMISSION NUMBER | ACADEMIC AND |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | LEGACY NAME<br>Keerthi Kambhampati | LANGUAGE |

## SCHOOL INFORMATION

| SCHOOL NAME<br>University of Massachusetts Lowell<br>University of Massachusetts Lowell | SCHOOL ADDRESS<br>Wannalancit Business Center,Lowell,MA 01854 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Patrick Trouve<br>International Student & Scholar Advisor | SCHOOL CODE AND APPROVAL DATE<br>BOS214F00998000<br>24 JANUARY 2003 |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>MASTER'S | MAJOR 1<br>Computer Science 11.0701 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| NORMAL PROGRAM LENGTH<br>24 Months | PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient |
| PROGRAM START DATE<br>03 SEPTEMBER 2014 | PROGRAM END DATE<br>31 MAY 2016 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $   23,976 | Personal Funds | $        0 |
| Living Expenses | $   12,643 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family Funding | $   36,619 |
| Other | $ | On-Campus Employment | $ |
| TOTAL | $   36,619 | TOTAL | $   36,619 |

## REMARKS

Part-time CPT is recommended on page 2.

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| X _____ | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Patrick Trouve, International Student &<br>Scholar Advisor | 04 September 2015 | Lowell,MA |

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

X K. Keerthi                                           09|10|2015
SIGNATURE OF: Keerthi Kambhampati                        DATE

                           X _____
NAME OF PARENT OR GUARDIAN    SIGNATURE          ADDRESS (city/state or province/country)    DATE

ICE Form I-20 (3/31/2018)                                                    Page 1 of 3

CA 0050

| Department of Homeland Security | I-20, Certificate of Eligibility for Nonimmigrant Student Status |
|---|---|
| U.S. Immigration and Customs Enforcement | OMB NO. 1653-0038 |

## SEVIS ID: N0011059698 (F-1)    NAME: Keerthi Kambhampati

### EMPLOYMENT AUTHORIZATION

| EMPLOYMENT STATUS | TYPE |
|---|---|
| APPROVED - PART TIME | CPT |

| EMPLOYMENT START DATE | EMPLOYMENT END DATE |
|---|---|
| 04 SEPTEMBER 2015 | 18 DECEMBER 2015 |

| EMPLOYER NAME | EMPLOYER LOCATION |
|---|---|
| Azimuth Systems | 35 Nagog Mall, Acton, MA 01720 |

COMMENTS
Part-time CPT is recommended to allow the student to gain work experience in his/her field of study within an academic context, integral to his/her degree.

### CHANGE OF STATUS/CAP-GAP EXTENSION

| REQUESTED VISA TYPE | REQUEST/PETITION STATUS | RECEIPT NUMBER | BENEFIT START DATE/REQUEST DATE |
|---|---|---|---|

### EVENT HISTORY

| EVENT NAME | EVENT DATE |
|---|---|
| Registration | 26 SEPTEMBER 2014 |

### OTHER AUTHORIZATIONS

| AUTHORIZATION | START DATE | END DATE |
|---|---|---|
| CPT Employment | 04 SEPTEMBER 2015 | 18 DECEMBER 2015 |

### TRAVEL ENDORSEMENT

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

| SCHOOL OFFICIAL | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| *[signature]* | *INT'L ADVISOR* | X *[signature]* | 09/04/15 | Lowell, MA |
| | | X | | |
| | | X | | |
| | | X | | |

CA 0051

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa (unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States.

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO.

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** The Department of Homeland Security (DHS) requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** The Department of Homeland Security (DHS) may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and The Department of Homeland Security use this information to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

ICE Form I-20 (3/31/2018)

Page 3 of 3

CA 0052

**U.S. Department of Justice**

Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students   (OMB NO. 1653-0038)

**Page 1**

Please read Instructions on Page 2
This page must be completed and signed in the U.S. by a designated school official.

**SEVIS**

| For Immigration Official User | Student's Copy N0011059698 |
|---|---|

1. Family Name (surname): Kambhampati

First (given) Name: Keerthi    Middle Name:

Country of birth: INDIA    Date of birth(mo/day/year): 01/28/1991

Country of citizenship: INDIA    Admission number:

2. School (School district) name:
University of Massachusetts Lowell
University of Massachusetts Lowell

School Official to be notified of student's arrival in U.S.(Name and Title):
Patrick Trouve
International Student & Scholar Advisor

School address (include zip code):
Wannalancit Business Center
Suite 354
Lowell, MA 01854-5132

School code (including 3-digit suffix, if any) and approval date:
BOS214F00998000 _____ approved on 01/24/2003

Visa issuing post    Date Visa Issued

Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
Continued attendance at this school.

4. Level of education the student is pursuing or will pursue in the United States:
MASTER'S

5. The student named above has been accepted for a full course of study at this school, majoring in **Computer Science**.
The student is expected to report to the school no later than 09/03/2014 and complete studies not later than 05/31/2016. The normal length of study is 24 months.

6. English proficiency:
This school requires English proficiency.
The student has the required English proficiency.

7. This school estimates the student's average costs for an academic term of 9 (up to 12) months to be:
a. Tuition and fees         $ 23,976.00
b. Living expenses          $ 12,643.00
c. Expenses of dependents (0    ) $ 0.00
d. Other (specify):         $ 0.00
   Total                    $ 36,619.00

8. This school has information showing the following as the student's means of support, estimated for an academic term of 9 months (Use the same number of months given in item 7).
a. Student's personal funds       $ 0.00
b. Funds from this school         $ 0.00
   Specify type:
c. Funds from another source      $ 36,619.00
   Specify type: Family Funding
d. On-campus employment           $ 0.00
   Total                          $ 36,619.00

9. Remarks: Full-time CPT is recommended on page 3.

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

| Patrick Trouve | | International Student & Scholar Advisor | 06/09/2015 | Lowell, MA |
|---|---|---|---|---|
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

| Keerthi Kambhampati | x keerthi | 04/09/2015 |
|---|---|---|
| Name of Student | Signature of Student | Date |

| | | | | |
|---|---|---|---|---|
| Name of parent or guardian | Signature of parent or guardian | Address (city) | (State or Province) (Country) | (Date) |
| If student under 18 | | | | |

Form I-20 A-B (Rev. 04-27-88)N

For Official Use Only
Microfilm Index Number

CA 0053

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

**1. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form.** Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3(k) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

**2. ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student; b) an F-1 transfer student; c) an F-1 student advancing to a higher educational level at the same institution; d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

**When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.**

**3. ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents is to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

**4. REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

**The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.**

**5. CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

**6. ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

**1. Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. **The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.**

**2. ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

Form I-20 A-B (Rev. 04-27-88)N

**3. SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

**4. REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

**5. TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

**6. EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

**7. EMPLOYMENT.** As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

**8. Notice of Address.** If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

**9. Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

**10. Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States whil pursuing a full course of study. You are required to attach documentary evidence of means of support.

**11. Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

**12. Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

**AUTHORITY FOR COLLECTING.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536; and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503.

CA 0054

Page 3

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

SEVIS

FAMILYNAME: Kambhampati _____ FIRST NAME: ___Keerthi_____

Primary Major: 11.0701   Computer Science

Student Employment Authorization:

| | | | |
|---|---|---|---|
| Employment Status: | FULL TIME | Type: | CPT |
| Duration of Employment - From (Date): 06/09/2015 | | To (Date): 08/31/2015 | |
| Employer Name: | Azimuth Systems | | |
| Employer Location: | 35 Nagog Park | | |
| | Acton, MA 01720 | | |

Student's Copy

N0011059698



Comments:   Full-time CPT is recommended to allow the student to gain work experience in his/her field of study within an academic context, integral to his/her degree.

Event History
Event Name:                                                      Event Date:
Registration                                                      09/26/2014

Current Authorizations:                                    Start Date:        End Date:
CPT Employment                                             06/09/2015      08/31/2015

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

Name of School:
Patrick Trouve

| Name of School Official | Signature of Designated School Official | International Student & - Scholar Advisor | 06/09/2015 | Lowell, MA |
|---|---|---|---|---|
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

Form I-20 A-B (Rev. 04-27-88)N

CA 0055

**U.S. Department of Justice**

Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students   (OMB NO. 1653-0038)

Page 1

Please read Instructions on Page 2
This page must be completed and signed in the U.S. by a designated school official.

SEVIS

**1.** Family Name (surname):
Kambhampati

First (given) Name:             Middle Name:
Keerthi

Country of birth:              Date of birth(mo/day/year):
INDIA                          01/28/1991

Country of citizenship:        Admission number:
INDIA

For Immigration Official User

Student's Copy
N0011059698

**2.** School (School district) name:
University of Massachusetts Lowell
University of Massachusetts Lowell

School Official to be notified of student's arrival in U.S.(Name and Title):
Stacey Chadwick
International Admissions Processor

School address (include zip code):
883 Broadway St.
Suite 203
Lowell, MA 01854-5132

School code (including 3-digit suffix, if any) and approval date:
BOS214F00998000                    approved on   01/24/2003

Visa issuing post          Date Visa Issued

Reinstated, extension granted to:

**3.** This certificate is issued to the student named above for:
Initial attendance at this school.

**4.** Level of education the student is pursuing or will pursue in the United States:

MASTER'S

**5.** The student named above has been accepted for a full course of study at this
school, majoring in Computer Science                          .
The student is expected to report to the school no later than 09/03/2014
and complete studies not later than 05/31/2016      . The normal length of
study is       24       months.

**6.** English proficiency:
This school requires English proficiency.
The student has the required English proficiency.

**7.** This school estimates the student's average costs for an academic term of
    9      (up to 12) months to be:
a.  Tuition and fees                    $        23,976.00
b.  Living expenses                     $        12,643.00
c.  Expenses of dependents ( 0    )     $            0.00
d.  Other (specify):                    $            0.00
        Total                           $        36,619.00

**8.** This school has information showing the following as the student's
means of support, estimated for an academic term of _9_
months (Use the same number of months given in item 7).
a.  Student's personal funds       $            0.00
b.  Funds from this school          $            0.00
    Specify type:_____
c.  Funds from another source       $        36,619.00
    Specify type: Family Funding
d.  On-campus employment            $            0.00
            Total                   $        36,619.00

**9.** Remarks: _____
_____
_____
_____

**10.** School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form
and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of
the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the
execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student
will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized
to issue this form.                                       International Admission-

Stacey Chadwick      [signature]                          s Processor              02/26/2014   Lowell, MA
Name of School Official    Signature of Designated School Official      Title              Date Issued    Place Issued (city and state)

**11.** Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on
page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I
seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this
form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine
my nonimmigrant status.

Keerthi Kambhampati           [signature] K. Keerthi                          22 | 05 | 2014
Name of Student               Signature of Student                           Date

Name of parent or guardian    Signature of parent or guardian    Address (city)    (State or Province) (Country)    (Date)
If student under 18

Form I-20 A-B (Rev. 04-27-88)N

For Official Use Only
Microfilm Index Number

CA 0056

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

1. **The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form.** Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3(k) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

2. **ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student; b) an F-1 transfer student; c) an F-1 student advancing to a higher educational level at the same institution; d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

**When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.**

3. **ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents is to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

4. **REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

**The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.**

5. **CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

6. **ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

1. **Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. **The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.**

2. **ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

3. **SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

4. **REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

5. **TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

6. **EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

7. **EMPLOYMENT.** As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

8. **Notice of Address.** If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

9. **Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

10. **Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States whil pursuing a full course of study. You are required to attach documentary evidence of means of support.

11. **Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

12. **Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

**AUTHORITY FOR COLLECTING.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536; and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503.

Form I-20 A-B (Rev. 04-27-88)N

CA 0057

Page 3

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING
IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY
IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

**SEVIS**

FAMILYNAME: Kambhampati ............................... FIRST NAME: ___ Keerthi ..........

Primary Major: 11.0701 ___ Computer Science

Student Employment Authorization:

Employment Status:                                    Type:
Duration of Employment - From (Date):                 To (Date):
Employer Name:
Employer Location:

Comments:

Student's Copy

N0011059698

Event History
Event Name:                                           Event Date:

Current Authorizations:                               Start Date:        End Date:

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States.
Each certification signature is valid for one year.

Name of School:

Stacey Chadwick                                        International Admission-    02/26/2014    Lowell, MA
                                                       s Processor
Name of School Official    Signature of Designated School Official    Title                Date Issued    Place Issued (city and state)

Name of School Official    Signature of Designated School Official    Title                Date Issued    Place Issued (city and state)

Name of School Official    Signature of Designated School Official    Title                Date Issued    Place Issued (city and state)

Name of School Official    Signature of Designated School Official    Title                Date Issued    Place Issued (city and state)

Form I-20 A-B (Rev. 04-27-88)N

**CA 0058**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| NDB | 001457 | 262 | | 0000120127 | 1 |

*CURRICULUM ASSOCIATES, LLC.*
*153 RANGEWAY RD*
*N. BILLERICA, MA 01862*

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 03/02/2019 |
| Period Ending: | 03/15/2019 |
| Pay Date: | 03/20/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:       0
   MA:           0

**KEERTHI KAMBHAMPATI**
**1986 MIDDLESEX ST**
**APARTMENT 25**
**LOWELL MA 01851**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 3653.31 | 80.00 | 3,653.31 | 21,919.86 |
| Bonus | | | | 9,974.00 |
| **Gross Pay** | | | **$3,653.31** | 31,893.86 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.88 | 23.28 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 978-667-8000

| Deductions | Statutory | | |
|-----------|-----------|---|---|
| | Federal Income Tax | -601.65 | 5,804.18 |
| | MA State Income Tax | -181.12 | 1,590.41 |
| | **Other** | | |
| | Disability | -6.76 | 40.56 |
| | Pretax Dental | -3.90* | 23.40 |
| | Pretax Health | -62.84* | 377.04 |
| | **Net Pay** | **$2,797.04** | |
| | Checking | -1,000.00 | |
| | Checking | -1,797.04 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,586.57

© 2000 ADP, LLC

CURRICULUM ASSOCIATES, LLC.
153 RANGEWAY RD
N. BILLERICA, MA 01862

| | |
|---|---|
| Advice number: | 00000120127 |
| Pay date: | 03/20/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEERTHI KAMBHAMPATI | xxxxxx5985 | xxxx xxxx | $1,000.00 |
| | xxxx5605 | xxxx xxxx | $1,797.04 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

CA 0059

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| NDB | 001457 | 262 | | 0000100123 | 1 |

*CURRICULUM ASSOCIATES, LLC.*
*153 RANGEWAY RD*
*N. BILLERICA, MA 01862*

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 02/16/2019 |
| Period Ending: | 03/01/2019 |
| Pay Date: | 03/06/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
　Federal:　　　0
　MA:　　　　　0

**KEERTHI  KAMBHAMPATI**
**1986  MIDDLESEX  ST**
**APARTMENT  25**
**LOWELL  MA  01851**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 3653.31 | 80.00 | 3,653.31 | 18,266.55 |
| Gross Pay | | | $3,653.31 | 18,266.55 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Group Term Life | 3.88 | 19.40 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 978-667-8000

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -601.65 | 3,008.25 |
| | MA State Income Tax | -181.12 | 905.60 |
| | **Other** | | |
| | Disability | -6.76 | 33.80 |
| | Pretax Dental | -3.90* | 19.50 |
| | Pretax Health | -62.84* | 314.20 |
| | Net Pay | $2,797.04 | |
| | Checking | -1,000.00 | |
| | Checking | -1,797.04 | |
| | Net Check | $0.00 | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,586.57

© 2000 ADP, LLC

CURRICULUM ASSOCIATES, LLC.
153 RANGEWAY RD
N. BILLERICA, MA 01862

| | |
|---|---|
| Advice number: | 00000100123 |
| Pay date: | 03/06/2019 |

Deposited to the account of
**KEERTHI  KAMBHAMPATI**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx5985 | XXXX XXXX | $1,000.00 |
| xxxx5605 | XXXX XXXX | $1,797.04 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

CA 0060

# EXHIBIT 2

CA 0061

# Curriculum Associates

Massachusetts





## Our Programs

Our products were designed to deliver the rich insight, powerful instruction, and comprehensive support that educators trust and rely on to help students at all levels, from all backgrounds, achieve their greatest possible gains.





**CA 0062**





Flexible, standards-based instruction and practice for reading and mathematics.

LEARN MORE ▶





Actionable assessments and engaging instruction that drive student gains.

LEARN MORE ▶

# *i-Ready* Supports Student Growth

Hear educators and students describe how *i-Ready* makes classrooms better places and supports student growth.



GIVE US FEEDBACK

## What We Do







### DATA-DRIVEN CLASSROOMS

Rich, easy-to-access data drives instruction and enables a common language that unites.

SOLUTION DETAILS ▶

### DIFFERENTIATING INSTRUCTION IN READING AND MATHEMATICS

Making it a reality means knowing where to start and what to do next.

SOLUTION DETAILS ▶

### BLENDED MATHEMATICS CURRICULUM

Building conceptual understanding and problem solving with data-driven insights.

SOLUTION DETAILS ▶



FIND OUT HOW

## Curriculum Associates Is Different

We listen to educators, act on their input, and provide best-in-class support.

LEARN MORE











Contact Your Local Rep.

Brian O'Mara  |  BOMara@cainc.com  |  (978) 844-4883

CA 0064

Case 1:20-cv-10456-PBS    Document 1-1    Filed 03/06/20    Page 66 of 211

ABOUT US     CAREERS     SUPPORT     CORRELATIONS     EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

HOW TO ORDER     SHIPPING AND RETURNS     SITEMAP     PRIVACY POLICY     TERMS OF USE



Copyright 2019 Curriculum Associates®

GIVE US FEEDBACK

**CA 0065**

CA 0066

# Curriculum Associates

☰ | Massachusetts | |



Home / What We Do / Data-Driven Classrooms

## 👥 Data-Driven Classrooms



### The Challenge

When California's Common Core State Standards were ab[...] change, the Oak Grove School District realized its existing benchr assessments didn't align with the new standards. After evaluating several programs, the team decided on *i-Ready*, because they saw application not only as a districtwide benchmarking tool but also a way classroom teachers could gather data about their students' performance and monitor growth.

Of course, classrooms are not driven by data alone—they're driver teachers whose time is limited, valuable, and best used working w students. The Oak Grove team had found that assessment and instruction programs varied widely and often posed challenges--teachers could not always easily access and understa data, and assessment data didn't always closely link to recommendations for instruction. They needed a program that wouldn't require too much extra work—one that would make it

GIVE US FEEDBACK

Case 1:20-cv-10456-PBS   Document 1-1   Filed 03/06/20   Page 67 of 211

simpler for teachers to assess their students' strengths and gaps and to share data with students. A program that could do this would help teachers work with students to set goals, develop action plans, and together, celebrate growth.

Oak Grove found their criteria were met with *i-Ready*. Amy Boles, Director of Educational Services, described how Oak Grove found the support they needed to begin building data-driven classrooms: "*i-Ready* has been a wonderful tool for us so we can have those conversation around how students are doing throughout the year, not just at the end of the year after the summative assessments."

## Our Philosophy

When students engage with teachers around data and participate in setting personal goals, they feel empowered in their learning. As students see the gains they're making, their confidence grows and their relationship with their teacher strengthens. A data-driven culture starts to form—one in which students and educators share a common understanding of data that drives instruction and teachers and administrators share a strong commitment to the success of every student.

Our programs were designed based on the principle that when students take ownership of their learning, they progress at a faster rate and are motivated to achieve. We believe that data can be transformative in making this happen. When educators can combine a deeper knowledge of students' individual needs with effective and engaging instruction and practice that addresses these specific needs, they are best able to support students and help them make progress toward proficiency and growth.

> "We have found with students of all ages … [they] can be taught that their intellectual skills are things that can be cultivated … When they are taught this, they seem naturally to become more eager for challenges, harder working, and more able to cope with obstacles."
> —Carol Dweck, Author of Mindset: The New Psychology of Success



## Our Solution

*i-Ready* is the realization of our philosophy that personalize and student growth thrive in a data-driven classroom. In a program, *i-Ready* integrates powerful assessments and rich with effective and engaging instruction and practice resou address students' individual needs. As a result, teachers ar empowered every day to make more informed instructional decis while every student has access to a personal path to growth.

One Oak Grove teacher reflected on using *i-Ready* in her own data driven classroom, "The data allows me to delve deeper with my individual students, and in that way, it fosters a human connectior that builds trust and inspires us all to be our best."

GIVE US FEEDBACK

## Programs







### i-Ready Assessment

Tools to pinpoint student strengths and areas of need and to measure proficiency of on-grade level standards.

LEARN MORE ▶

### i-Ready Instruction

Online, personalized instruction and practice promote productive struggle to help learners at all levels achieve proficiency.

LEARN MORE ▶

### Ready Instruction

Flexible, standards-based instructi and practice for reading and mathematics.

LEARN MORE ▶



**District Story**

Read how Miami-Dade County manifested a data culture

READ THE STUDY



**Success Story**

Find out how i-Ready helped Bronson Elementary turn its learning scores around

READ THE STUDY

GIVE US FEEDBACK



**Classroom Engagement**

Hear how i-Ready helps engage students, build confidence, and support teacher-student relationships.

WATCH THE VIDEO

**Growth Mindset**

Learn how educators use i-Ready to set goals and conference with students to build a growth mindset.

WATCH THE VIDEO

 Voices from Educators

"Learning is a constant journey. *i-Ready* provides an avenue in which the teacher and student can see and note the journey, the learnir that's happening with students."

CA 0068

—District Math Coach, Oak Grove SD, CA

"We get to pull data and look at it month to month and celebrate where we're seeing gains and celebrate the bright spots across campι
Teachers get lifted up by that."

—Principal, Sakamoto School

"I use *i-Ready* data in several different ways. From the minute the Diagnostic's done, I'll use it to start my instructional groupings. Every v
I'll check to see how the kids are performing. Are they passing each domain and each standard?"

—Kindergarten Teacher, Ledesma Elementary

"*i-Ready*'s different than learning in class because *i-Ready* knows exactly what you need. I like seeing the numbers . . . and when I improv
get really happy. That means *i-Ready* is helping me a lot."

—6th Grade Student, Sakamoto School



**Contact Your Local Rep.**

Brian O'Mara  |  BOMara@cainc.com  |  (978) 844-4883

ABOUT US        CAREERS        SUPPORT        CORRELATIONS        EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

GIVE US
FEEDBACK

HOW TO ORDER  |  SHIPPING AND RETURNS  |  SITEMAP  |  PRIVACY POLICY  |  TERMS OF USE



Copyright 2019 Curriculum Associates®

# Curriculum Associates



| ☰ | Massachusetts |



Home / What We Do / Differentiating Instruction for Reading & Mathematics

 # Differentiating Instruction for Reading and Mathem[atics]

GIVE US FEEDBACK



## The Challenge

Bronson Elementary Principal Cheryl Beauchamp always w[orked]
toward an "A" grade on student assessments. So, she refused to st[and]
by as her school slipped from a "B" to a "C" on Florida's new Florid[a]
Standards Assessments (FSA) test. Even her teachers were frustra[ted.]
For all the hard work teachers and students put in, the results wer[en't]
showing it. There had to be a disconnect for students that was
keeping them from progressing. Principal Beauchamp needed
questions answered.

Chances are, in a classroom of 25 students, there are 25 learning
levels and styles that go along with them. While "differentiating
instruction" is a term claimed by any number of programs, truly
delivering on its promise leaves teachers asking, "Where do I begi[n?]"

CA 0070

## Our Philosophy

As a company founded by educators, we've always been driven by one simple truth: programs must rise to the challenge of offering equitable access to high-quality instruction. We believe that one of the first steps is starting with data that provides visibility into the learning; data that reaches beyond what teachers may observe; and data that is not just rich, but razor sharp in its insight and that is delivered in user-friendly formats so that all educators can benefit from it at a glance.

We believe that to utilize data to its best advantage, it must directly correlate to targeted instruction teachers can trust, so that individuals, small groups, and whole classes of learners get exactly the materials they need, and teachers don't lose valuable time seeking them out.



*"i-Ready allows us to stop teaching to the middle and drill down to the individual needs of each child and that is so helpful to the teacher."*

*—Cheryl Beauchamp, Principal, Bronson Elementary*



## The Solution

Years of research, classroom experience, and educator partnershi have led us to create assessment tools that "see" what the human cannot. This insight complements—with surgical precision—what . educator knows about her students and immediately allows her to connect to multiple, targeted instructional materials built from the same company. And having both reading and mathematics materi; available in the same best-in-class program saves time and energy both educators and students.

Used in combination or as separate products, the *Ready* suite of mathematics and reading programs, *i-Ready* assessment and personalized Online Instruction, and the remarkably usefu resources in the *Teacher Toolbox* give teachers a complete programs that were fundamentally designed to work toget enhance their instruction and lead to student growth.

**GIVE US FEEDBACK**

Bronson Elementary school realized it themselves, seeing percent jump in student achievement after using *i-Ready Assessme* and *i-Ready Instruction*. Within one year, they rose a whole grade on the Florida Standards Assessments. As they saw the results of their har work, teachers became completely excited about what the program had to offer. And for schools around the country, the *Ready* and *i-Ready* programs are proving to deliver on the promise of differentiated instruction in reading and mathematics classrooms, helping students of ev level, from every background, grow and achieve more.

## Programs





CA 0071



## i-Ready Assessment

Tools to pinpoint student strengths and areas of need and to measure proficiency of on-grade level standards.

LEARN MORE ▶



## i-Ready Instruction

Online, personalized instruction and practice promote productive struggle to help learners at all levels achieve proficiency.

LEARN MORE ▶



## Ready Reading

Teacher-led instruction and practice puts an emphasis on close reading of complex, authentic texts from a wide range of genres.

LEARN MORE ▶



## Ready Mathematics

A top-rated K–8 program by EdReports combines rigorous instruction and engaging practice to build strong mathemat habits.

LEARN MORE ▶

GIVE US
FEEDBACK

## Making Differentiated Instruction a Reality

*i-Ready* helps teachers differentiate instruction and accelerate student growth.



JENAY ENNA

CA 0072



 Voices from Educators

"*i-Ready* has made differentiating instruction so much easier for me. From the minute they take that test, it groups them into profiles; I see exactly what they need and work with that group, and then reassess."

—Teacher, Bronson Elementary, Grade K

"The *Ready Teacher Toolbox* has been a fantastic resource for our teachers so that they can see lessons and resources based on student needs at different grade levels and quickly access them as a tool for differentiation."

—District Administrator, K–8, Oak Grove, CA

"I love that *i-Ready* challenges students at their level and gives teachers and parents specific feedback as to the exact standards/skill: individual students need to work on for mastery of grade-level expectations."

—Teacher, Grades 3–5

GIVE US
FEEDBACK



**Contact Your Local Rep.**

Brian O'Mara | BOMara@cainc.com | (978) 844-4883

ABOUT US        CAREERS        SUPPORT        CORRELATIONS        EVENTS

CA 0073

Differentiated Instruction | Curriculum Associates

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

HOW TO ORDER    SHIPPING AND RETURNS    SITEMAP    PRIVACY POLICY    TERMS OF USE



Copyright 2019 **Curriculum Associates**®

GIVE US
FEEDBACK

**CA 0074**

# Curriculum Associates

☰    Massachusetts



Home / What We Do / Blended Mathematics Curriculum

 # Blended Mathematics Curriculum

## The Challenge

Plummeting test scores set Oregon's Redmond School District in search of instruction that would help students progress to proficie__
state standards. The district's interim "stopgap" solution was burdensome and time consuming and lacked the coherence and rigor they kne
was required. *Ready Mathematics* curriculum was their hands-down choice, offering all their students the rigor they knew they wanted withi
format that would engage young learners.

## Our Philosophy

We believe that all students can not only become standards-proficient but also engaged mathematicians. Solid mathematics routines must l
integrated into instruction to enable students to be both strong, independent thinkers and active contributors in classroom discourse. Story
problems with real-world application introduce topics and the teacher assumes the role of discussion facilitator, leaving much of the explair
questioning, and debating to the students themselves.

CA 0075

## Our Solution

*Ready Mathematics* is a rigorous, yet reachable mathematics program that, when layered with *i-Ready*, offers a fully integrated blended learn program. This innovative solution was built from scratch by a print and digital development team to align to the standards and to work toge seamlessly. When *Ready* is implemented with *i-Ready* as a complementary digital program, teachers get robust data to guide their instructio while each student receives a personalized online instruction path to complement the instruction and practice in *Ready Mathematics*.



For districts like Redmond, and for districts around the country, *Ready Mathematics* has helped raise standards proficiency ratings. Develop through years of in-classroom learning and research, *Ready Mathematics* addresses key shifts, including Focus and Coherence and Rigor and Mathematical Practices. Its formula for mathematics learning success is proven to build the mathematics foundation young learners requir







CA 0076

 Voices From Educators

*"Ready Mathematics* guides our teachers to be facilitators, allowing our students to work at a higher level of cognitive demand."

—District Administrator, GA

"The math conversations our kids have are amazing! They have so many strategies to solve problems!"

—School Administrator, TN

"It teaches my kids to be problem solvers and truly have a deep understanding of the content."

—Grade 3 Teacher, KY



**Contact Your Local Rep.**

Brian O'Mara   |   BOMara@cainc.com   |   (978) 844-4883

**ABOUT US**     **CAREERS**     **SUPPORT**     **CORRELATIONS**     **EVENTS**

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

GIVE US FEEDBACK

HOW TO ORDER   |   SHIPPING AND RETURNS   |   SITEMAP   |   PRIVACY POLICY   |   TERMS OF USE



Copyright 2019 Curriculum Associates®

# Curriculum Associates

Massachusetts



Home / Programs / i-Ready

## i-Ready

- Take the Tour
- Assessments
- Online Instruction
- Teacher Resources
- How It Works
- Professional Development & Support

## Actionable Insights. Engaging Instruction.

*i-Ready* makes the promise of differentiated instruction a practical reality for teachers and stud designed to get students excited about learning, and to support teachers in the challenge of me needs of all learners. Through the power of one intuitive system whose pieces were built from t up to work together, teachers have the tools they need to ensure students are on the road to pr

In a single program, *i-Ready*:

- integrates powerful assessments and rich insights with effective and engaging instruction in read and mathematics to address students' individual needs.
- empowers teachers every day to make more informed instructional decisions.
- motivates students with access to their own personalized path to growth.

I-READY USER LOGIN

GIVE US FEEDBACK

## Programs

CA 0078



## Assessment Suite

Tools to pinpoint student strengths and areas of need and to measure proficiency of on-grade-level standards.

LEARN MORE ▶



## Online Instruction

Online, personalized instruction and practice promote productive struggle to help learners at all levels achieve proficiency.

LEARN MORE ▶



## Teacher Resources

Actionable resources linked to student needs for differentiated and on-grade-level instruction.

LEARN MORE ▶



## Teacher Toolbox

Provides educators with access to thousands of digi[tal] resources to differentiate instruction to each stude[nt]

LEARN MORE ▶

GIVE US
FEEDBACK

## Instruction That Fits into the Classroom

*i-Ready* helps teachers enhance classroom learning for all students.



CA 0079



# We Asked Educators What They Needed. Then We Built It.

Pinpointing learners' strengths and gaps and then locating the right instructional resources is a big task for teachers. i-Ready's fully integrat platform streamlines the challenge of differentiating instruction through an all-in-one program that delivers data-driven insights linked to suggested instruction for the whole class, small groups and individual students.



### DATA-DRIVEN CLASSROOMS

Rich, easy-to-access data drives instruction and enables a common language that unites.

**SOLUTION DETAILS** ▶



### DIFFERENTIATING INSTRUCTION IN READING AND MATHEMATICS

Making it a reality means knowing where to start and to do next.

**SOLUTION DETAILS** ▶

GIVE US FEEDBACK

# i-Ready's Reach

The number of students now actively using i-Ready!

# 6.5M+

CA 0080







Contact Your Local Rep.

Brian O'Mara   |   BOMara@cainc.com   |   (978) 844-4883

ABOUT US      CAREERS      SUPPORT      CORRELATIONS      EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

GIVE US
FEEDBACK

HOW TO ORDER    |    SHIPPING AND RETURNS    |    SITEMAP    |    PRIVACY POLICY    |    TERMS OF USE



Copyright 2019 Curriculum Associates®

CA 0081

# Curriculum Associates

≡    Massachusetts



Home / Programs / Ready

## Ready

Mathematics

Reading-ELA

Writing

Teacher Toolbox

Professional
Development and
Support

## Ready Programs

Students have the opportunity to shine when they are challenged by rigorous yet reachable ins the classroom. *Ready* was designed to give K–8 students of all levels that opportunity with acce engaging instruction. The *Ready* programs use a problem solving-based approach that strength students' learning muscles and builds conceptual understanding through reasoning, practice, a productive discussion using real-world scenarios.

Through *Ready Mathematics*, *Ready Reading*, and *Ready Writing*, learners of all levels become active participants in their own learning, fortified by deep knowledge and reasoning skills that stay with them their years ahead. Teachers get the guidance and tools they need to help them meet the needs of all learners, while strengthening their instructional practice.

GIVE US FEEDBACK

## Programs





CA 0082



## Ready Mathematics

A top-rated K–8 program by EdReports combines rigorous instruction and engaging practice to build strong mathematical habits.

LEARN MORE ▶



## Ready Reading

Teacher-led instruction and practice puts an emphasis on cl reading of complex, authentic texts from a wide range of genres.

LEARN MORE ▶



## Ready Writing

Aligned to the writing and content area standards, students learn to use writing as a tool for thinking and communicating.

LEARN MORE ▶



## Teacher Toolbox

Provides educators with access to thousands of digi resources to differentiate instruction to each studer

LEARN MORE ▶

GIVE US FEEDBACK

# How Ready Helps Teachers and Students

Ready programs support teachers in differentiating instruction for small groups and individuals, enabling all students to receive the instruct they need to build their confidence and help them grow. Ready Mathematics is also providing teachers a K–8 whole class blended mathema curriculum solution that has been top-rated by EdReports.org.

**CA 0083**





### DIFFERENTIATING INSTRUCTION IN READING AND MATHEMATICS

Making it a reality means knowing where to start and what to do next.

SOLUTION DETAILS  ▶

### BLENDED MATHEMATICS CURRICULUM

Building conceptual understanding and problem solving with data-driven insights.

SOLUTION DETAILS  ▶



Ready's Reach

3.5 million students across the U.S. have access to Ready materials in their classrooms

3.5M



Ready Works

In a 2018 study, New York state students who had access to Ready books outperformed students who did not.

READ THE RESEARCH



"I'm happy with Ready Mathematics and Reading for the ease of use and the alignment to standards."

—Teacher, GA, Grades 6–8

GIVE US FEEDBACK



"Students learn tools that they will use for the rest of their educational careers."

—Teacher, WA, Grades 3–5



"Ready reaches my students in areas that I might have missed."

—Teacher, NC, Grades 6–8

CA 0084



**Contact Your Local Rep.**

Brian O'Mara  |  BOMara@cainc.com  |  (978) 844-4883

ABOUT US        CAREERS        SUPPORT        CORRELATIONS        EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

HOW TO ORDER    |    SHIPPING AND RETURNS    |    SITEMAP    |    PRIVACY POLICY    |    TERMS OF USE



Copyright 2019 Curriculum Associates®

# Curriculum Associates

≡      Massachusetts



Welcome to BRIGANCE

Home / Programs / BRIGANCE

## Assessment through a Different Lens

When it came to his students, Albert H. Brigance loved sharing good news. Beginning his career as a school psychologist in the 1970 that assessment tools tended to emphasize what students didn't know and couldn't do. He wanted to change the conversation.

Al envisioned assessments with a different emphasis—in-depth skill sequences that would reveal what students did know and could results that could be easily shared with families while supporting their dedicated teachers in planning instruction and monitoring progress.

From Al's vision grew our first BRIGANCE product, the Inventory of Basic Skills, and from there, BRIGANCE evolved into an industry-leadir publisher of screeners, assessment tools, and instructional materials for Early Childhood and Special Education professionals.

GIVE US FEEDBACK





CA 0086


**BRIGANCE** EARLY CHILDHOOD

Are they ready for kindergarten? These developmental screening and assessment inventories, plus correlated lesson ideas, will help you see what kids know so you can plan where to go.

LEARN MORE ▶


**BRIGANCE** HEAD START

Intended for children enrolled in Head Start, our developmental screening, assessment, and instruction tools are aligned to the program's goals and requirements.

LEARN MORE ▶


**BRIGANCE** SPECIAL EDUCATION

Assessment inventories that suppc exceptional students at every leve throughout their school career anc beyond, aiding educators with pinpointing PLOP and PLAAFP anc writing IEPs.

LEARN MORE ▶



Free Tools

Our free tools make life easier for educators.

VIEW FREE TOOLS

GIVE US FEEDBACK



Contact Your Local Rep.

Brian O'Mara | BOMara@cainc.com | (978) 844-4883

ABOUT US    CAREERS    SUPPORT    CORRELATIONS    EVENTS

CA 0087

BRIGANCE® | Curriculum Associates

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

HOW TO ORDER | SHIPPING AND RETURNS | SITEMAP | PRIVACY POLICY | TERMS OF USE



Copyright 2019 Curriculum Associates®

GIVE US FEEDBACK

https://www.curriculumassociates.com/products/brigance

3/26/2019

**CA 0088**

# Curriculum Associates

≡  | Massachusetts



Home / Research and Efficacy

## Research and Efficacy

Our assessment and instruction programs are backed by the industry's most practical and applicable efficacy research. Every progra provide starts with an extensive research base and then begins a constant cycle of research, review, and improvement. The end resu of programs proven to help your students succeed.

GIVE US FEEDBACK

## ESSA Evidence for i-Ready® and Ready®

*i-Ready* and *Ready* are backed by timely research conducted in diverse educational settings. This research meets the criteria for ESSA Level Evidence, qualifying these programs for School Improvement funding.

 

CA 0089

LEARN MORE

LEARN MORE

WATCH THE VIDEO

# Linking Studies

The *i-Ready Diagnostic* is highly correlated with leading national and state summative tests.



*i-Ready Diagnostic* and the Smarter Balanced Assessment Consortium (SBAC)

READ THE RESEARCH



*i-Ready Diagnostic* and Partnership for Assessment of Readiness for College and Careers (PARCC)

READ THE RESEARCH



*i-Ready Diagnostic* and North Carolina End-of-Grade (EOG) Tests

READ THE RESEARCH



*i-Ready Diagnostic* and New York State Testing Program (NYSTP)

READ THE RESEARCH



*i-Ready Diagnostic* and TNReady

READ THE RESEARCH



*i-Ready Diagnostic* and Ohio's State Tests (OST)

READ THE RESEARCH

GIVE US FEEDBACK



*i-Ready Diagnostic* and Mississippi Academic Assessment Program (MAAP)

READ THE RESEARCH



*i-Ready Diagnostic* and Michigan Student Test of Educational Progress (M-STEP)

READ THE RESEARCH

**CA 0090**

## Grounded in Research

*i-Ready*'s assessment and instructional solutions were built from the ground up to be true to the details, rigor, and intent of college and care ready standards.





### The Assessment Experts behind i-Ready Diagnostic

Meet the technical advisors who help build the *i-Ready Diagnostic*.

LEARN MORE

### The Research Base for i-Ready Instruction

Read the research that underlies *i-Ready*'s instructional approach.

LEARN MORE





GIVE US FEEDBACK

### The Science behind i-Ready's Adaptive Assessment

Learn about the underlying theory and research support for *i-Ready Diagnostic*.

LEARN MORE

## Contact Your Local Rep.

Brian O'Mara  |  BOMara@cainc.com  |  (978) 844-4883

CA 0091

Research & Efficacy | Curriculum Associates



ABOUT US    CAREERS    SUPPORT    CORRELATIONS    EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

HOW TO ORDER    SHIPPING AND RETURNS    SITEMAP    PRIVACY POLICY    TERMS OF USE



Copyright 2019 Curriculum Associates®

GIVE US FEEDBACK

**CA 0092**

# Curriculum Associates



≡    Massachusetts

Home / Working with Us / Our Team

## Our Values

## Our Team

# Our Team Is Passionate about Education

Our wildly talented and deeply dedicated team members have been united around a common p
since 1969: to make classrooms better places for teachers and students. From industry-leading
support professionals to a cutting-edge tech team, our staff (many of whom are former educato
their diverse perspectives, rich experience, and a service-obsessed mindset to their work every



GIVE US
FEEDBACK



Jeff King, Software Engineer



Antoinette Noel, Lead Account Manager

"I've always been passionate about education, but when I
became a mom and struggled to find the right environment and
resources for my son, it drove home for me just how important

CA 0093

"As a former teacher, I appreciate how much effort teachers spend to meet the diverse needs of their students. As a result, it's extremely inspiring and rewarding to know that the product we build at CA helps empower teachers to do what they do best!"

to new levels, and provide our students with effective differentiation in the classroom. Leading focused and purposeful professional development is my passion, knowing every day Curriculum Associates is living our mission—making classrooms better for teachers and students. Together we can help all students achieve their personal best!"

differentiation is in our classrooms. And how hard it is in practi I love that CA's programs support both students and teachers i making grade-level material engaging and accessible, and provide extra challenge where needed. It's not one size fits all—because while that may be easier to do, we know it's not th right thing to do."

"The best part of CA is the people. I get to work with extremely knowledgeable and passionate people every single day. Togeth we build data and reporting products that help teachers in the classroom so they can better focus their precious time to help students learn. How inspiring is that?!"

## Ratio of Service Employees

The percentage of Curriculum Associates employees serving in roles that directly support our customers

## 40%



### Erica Scappaticci, Sales and Service Specialist

"Whether answering questions from a parent, educator, or account team member, our team knows each time we answer the phone or an email that the most minor detail could end up having a major impact—and we take that responsibility seriously. At the end of the day, I feel proud to be making a difference in children's lives!"



GIVE US FEEDBACK

### Phil Laks, Senior Operations Engineer

"We don't just help kids learn. We are always learning and tryin to improve ourselves, too. I feel like I make a difference in something real every day, and I have both the autonomy and support to pursue new ideas and enhancements to keep makin; that difference better."





CA 0094





ABOUT US      CAREERS      SUPPORT      CORRELATIONS      EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

GIVE US FEEDBACK

HOW TO ORDER      SHIPPING AND RETURNS      SITEMAP      PRIVACY POLICY      TERMS OF USE



Copyright 2019 Curriculum Associates®



# Curriculum Associates

☰ | Massachusetts



## Our Team Is Here to Help

Home / Support

# Support

Have a question? Our team is here to help. We are committed to providing the support you need to be successful. Whether by phone through reference documentation, we have the answers you need.

GIVE US
FEEDBACK

## Customer Service

### Telephone:

- Toll Free: (800) 225-0248
- (Mon–Thurs 8:30 a.m.–6:00 p.m. ET and Fri 8:30 a.m.–5:00 p.m. ET)
- Overseas: 1 (978) 667-8000

### Fax:

- Toll Free: (800) 366-1158
- Overseas fax: 1 (978) 667-5706

For questions about purchases, please have your order number handy so we can find your order easily.

### Email:

- About an order: Orders@cainc.con
- General: Info@cainc.com
- Send us a message.

## Technical Support

- Phone: (800) 225-0248
- Mon–Fri 7:00 a.m.–9:00 p.m. ET
- Email: i-ReadySupport@cainc.com

CA 0096

(Note: An email to us will automatically generate a support case for our technical support team.)













**CA 0097**

## For Current Customers

We are committed to providing the support and resources you need to be successful. Our team is continuously crafting new practical, easy-use resources to help you get the most out of *i-Ready* and *Ready*. All of these resources are available at your fingertips 24/7 through our onli portals: *i-Ready Central*, *i-Ready* Family Center, and *Ready Central*.





### i-Ready Central

The support and resources you need to get the most out of i-Ready include videos, tips, planning tools, printable resources, and actionable ideas from other i-Ready educators across the country.

CHECK OUT I-READY CENTRAL ▶

### Ready Central

Implementing a new core mathematics curriculum is made easier when you have the support and resources you need t successful.

CHECK OUT READY CENTRAL ▶



FOR PARENTS

## i-Ready Family Center

Engaging families is a crucial part of a student's success in the classroom. Families can foster a growth mindset at home and help broaden students' network of support. With i-Ready Family Center, families can learn how to support and encourage their child's success with i-Ready.

GIVE US FEEDBACK

CHECK OUT i-READY FAMILY CENTRAL

CA 0098

Supporting You | Curriculum Associates



ABOUT US    CAREERS    SUPPORT    CORRELATIONS    EVENTS

## CONTACT

Main: (800) 225-0248

Customer Service: (800) 225-0248

Technical Support: (800) 225-0248

Media Inquiries: press@cainc.com

## FIND US AT

153 Rangeway Road
North Billerica, MA 01862

HOW TO ORDER  |  SHIPPING AND RETURNS  |  SITEMAP  |  PRIVACY POLICY  |  TERMS OF USE



Copyright 2019 Curriculum Associates®

GIVE US FEEDBACK

https://www.curriculumassociates.com/support                    3/26/2019

**CA 0099**

# EXHIBIT 3

CA 0100

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number EAC1820451495 | | Case Type I129 - PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| Received Date 07/19/2018 | Priority Date | Petitioner CURRICULUM ASSOCIATES LLC, |
| Notice Date 07/31/2018 | Page 1 of 2 | Beneficiary GURUVINA, RAKESH |

| CURRICULUM ASSOCIATES LLC<br>c/o BARBARA CHIN<br>MINTZ<br>ONE FINANCIAL CTR FLR 40<br>BOSTON MA 02111 | Notice Type: Approval Notice<br>Class: H1B<br>Valid from 07/19/2018 to 07/02/2021 |
|---|---|

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt# EAC1820451495
I-94# 970467722 30
NAME GURUVINA, RAKESH
CLASS H1B
VALID FROM 07/19/2018 UNTIL 07/12/2021

PETITIONER
CURRICULUM ASSOCIATES LLC,
153 RANGEWAY RD
NORTH BILLERICA MA 01862

970467722 30

**Receipt Number** EAC1820451495
**US Citizenship and Immigration Services**

**I94 Departure Record**
Petitioner: CURRICULUM ASSOCIATES LLC

| 14. Family Name GURUVINA | |
|---|---|
| 15. First (Given) Name RAKESH | 16. Date of Birth 10/25/1980 |
| 17. Country of Citizenship INDIA | |

FORM I-797A [REV. 08/01/16]

CA 0101

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| EAC1820451495 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 07/19/2018 | | CURRICULUM ASSOCIATES LLC. |
| Notice Date | Page | Beneficiary |
| 07/31/2018 | 2 of 2 | GURUVINA, RAKESH |

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Receipt VOID | VOID | VOID |
|---|---|---|
| I-94# | | |
| NAME VOID | VOID | VOID |
| CLASS | | |
| VALID FROM UNVOID | VOID | |
| PETITIONER VOID | VOID | VOID |
| VOID | VOID | VOID |
| VOID | VOID | VOID |

Receipt Number VOID    VOID
US Citizenship and Immigration Services
VOID    VOID    VOID
I94 Departure Record
Petitioner VOID    VOID    VOID

| 14. Family Name | | |
|---|---|---|
| VOID    VOID | | VOID |
| 15. First (Given) Name | | 16. Date of Birth |
| VOID    VOID | | VOID |
| 17. Country of Citizenship VOID | | |
| VOID    VOID | | VOID |

FORM I-797A (REV. 08/01/16)

CA 0102



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

## EVALUATION OF EDUCATION, TRAINING, AND EXPERIENCE

Name:                    **GURUVINA, Rakesh**

Date:                    June 18, 2018

Degree:                  Bachelor of Engineering
Institution:             Visveswaraiah Technological University, Belgaum
Country:                 India
Date of Award:           February 17, 2005

Employment Experience/Training:    Nine Years and Four Months

Credentials Equivalency:

## BACHELOR OF SCIENCE DEGREE IN COMPUTER INFORMATION SYSTEMS

## BACHELOR OF SCIENCE DEGREE IN ELECTRONIC ENGINEERING

I offer this Evaluation of Education and Professional Experience on behalf of a representative of the above-referenced individual, Rakesh Guruvina. As discussed herein, I find that Mr. Guruvina attained the foreign equivalent degree of a four-year Bachelor of Science Degree in Computer Information Systems and a four-year Bachelor of Science Degree in Electronic Engineering from an accredited college or university in the United States based on his advanced professional experience in the computer field, as well as his completion of a bachelor's program in Electronics and Communication Engineering.

Mr. Guruvina has demonstrated progressively responsible experience in computer information systems, software engineering, application development, computer programming, and related areas. Through his high-level technical experience, as discussed herein, Mr. Guruvina has demonstrated a recognition of expertise in the field of Computer Information Systems. Accordingly, I conclude that Rakesh Guruvina attained the equivalent of a four-year Bachelor of Science Degree in Computer Information Systems and a four-year Bachelor of Science Degree in Electronic Engineering from an accredited institution of higher education in the United States.

My opinion expressed herein is based on my background as an evaluator of foreign academic credentials, extensive experience in the review and analysis of degrees issued by universities throughout the world, prior discussions with officials at universities worldwide, and a review of research materials relating to foreign academic credentials. I have more than twenty-five

**CA 0103**



years of experience in the review and analysis of foreign academic credentials and have completed more than 500,000 evaluations that have been accepted by the United States Citizenship and Immigration Service (USCIS) and related government agencies, as well as various educational institutions and professional licensing boards. I am a member of the American Association of Collegiate Registrars and Admissions Officers (AACRAO), NAFSA: Association of International Educators, the National Association of Graduate Admissions Professionals (NAGAP), and the Association for International Credential Evaluation Professionals (TAICEP), as well as a senior evaluator of The Trustforte Corporation. Thus, I am well-qualified to offer this equivalency evaluation of the academic and experiential credentials of Rakesh Guruvina.

My opinion herein is based on the completion by Mr. Guruvina of approximately nine years and four months of relevant work experience in computer information systems, software engineering, application development, computer programming, and related areas, as well as his completion of a Bachelor of Engineering Degree program at Visveswaraiah Technological University, Belgaum, in India. He has completed approximately nine years and four months of increasingly advanced employment experience and training, concentrated in computer information systems and related disciplines, under the supervision of managers, and together with peers, at a bachelor's-level of practical experience.

Mr. Guruvina entered a Bachelor of Engineering program of study at Visveswaraiah Technological University, Belgaum following his completion of secondary-level studies. Visveswaraiah Technological University, Belgaum is an accredited institution of higher education in India. Admission to the Bachelor of Engineering program at Visveswaraiah Technological University, Belgaum is based on the completion of secondary-level academic studies and competitive entrance examinations. Mr. Guruvina completed a four-year program of required academic studies, including general liberal arts classes and concentrated studies in Electronics and Communication Engineering. Following his completion of the required academic coursework and examinations, on February 17, 2005, Mr. Guruvina was awarded a Diploma for a Bachelor of Engineering Degree by Visveswaraiah Technological University, Belgaum. The nature of the courses and the credit hours involved indicate that he attained the equivalent of a four-year Bachelor of Science Degree in Electronic Engineering from an accredited US college or university.

Following the fulfillment of his university studies, Mr. Guruvina completed approximately nine years and four months of bachelor's-level employment experience and training in the computer field, characterized by increasingly advanced responsibility and complexity under the supervision of managers, and together with peers, at a bachelor's-level of practical experience.

Mr. Guruvina advanced his professional career through progressively responsible duties in the areas of computer information systems, programming, and software engineering. From February, 2009 through August, 2009, Mr. Guruvina was employed by ITC Infotech Pvt. Ltd. In this role, he was responsible for preparing test scenarios, writing scripts to upload data into database tables, linking test cases to business requirements, conducting extensive DATA validations, generating batch processes reports, and creating SQL compare statements.

CA 0104



From August, 2009 through August, 2010, Mr. Guruvina was employed with HCL, where he handled responsibilities including formulating test strategies and system plans, designing high and detailed level design reviews, defining scopes for system and integration testing, writing complex SQL queries, writing JCL and modifying JOB schedulers, executing unit testing, SIT, UAT, and regression testing, and conducting production support for Sev1, Sev2, and Sev3 requests. In this role, he gained expertise in DB2 tables, COBOL, CICS, JCL, VSAM, and SQL.

Subsequently, Mr. Guruvina worked at Tata Consultancy Services, in India, from September, 2010 through June, 2011. In this more advanced role, he was responsible for preparing test plans and test cases, conducting SIT and UAT testing, preparing technical design documents, creating and altering database-related objects, and validating data mainframes with batch testing. Additionally, he logged and re-tested defects, tuned SQL queries, and supported development team to solve DB2-related issues. Mr. Guruvina gained recognized expertise in JCL, UAT, SQL queries, and DB2.

In a progressively more responsible position, Mr. Guruvina served as a Senior System Engineer/IBBA with IBM India Pvt. Ltd. from June, 2011 through May, 2016. In this highly-technical advanced position, Mr. Guruvina worked on NPS and verified test issues, worked on SME for NPS CSRs and SME for HCBO application, wrote test cases and performed model office testing, and validated data with SQL queries. He additionally built use and test cases for NASCO automation procedures, finalized claims adjustments with HEHK, performed backend testing with SQL queries, and developed test scenarios and test cases.

Most recently, from July, 2016 through the present date, Mr. Guruvina served as a QA Engineer with Lucid Technologies. In this position, Mr. Guruvina has been responsible for analyzing user stories, authoring new test lessons, executing functional and regression testing, conducting automated UI testing with Nightwatch.js, and managing and tracking defects. In this position, Mr. Guruvina gained recognized expertise in JIRA, Nightwatch JavaScript, and the Authoring platform.

The foregoing summarizes the work experience gained by Rakesh Guruvina and specifies his responsibilities over a period of nine years and four months of employment experience and training concentrated in computer information systems, software engineering, application development, computer programming, and related areas. The academic competency required to handle the duties required in his professional background clearly is comparable to the academic training of students in bachelor's-level programs in Computer Information Systems. The responsibilities handled by Mr. Guruvina throughout his career are indicative of bachelor's-level coursework in Computer Science, Data Structures, Algorithms, Computer Information Systems, Operating Systems, Programming Languages, Data Science, Data Modeling, Data Extraction, Data Loading, Data Transformation, Java Programming, Technology Management, Database Management Systems, Software Engineering, Web Application Development, Object Oriented Programming, Computer Applications, and related subjects.



As set forth above, Mr. Guruvina completed approximately nine years and four months of work experience and training in positions of progressively increasing responsibility and sophistication, characterized by the theoretical and practical application of specialized knowledge and training by superiors, together with peers, with baccalaureate-level education in Computer Information Systems and related areas. At the equivalency ratio of three years of work experience for one year of college training, promulgated by the US Citizenship and Immigration Services ("USCIS") of the United States Department of Homeland Security, Mr. Guruvina completed, in time equivalence, at least three years of the academic studies required in connection with the attainment of a bachelor's-level degree in Computer Information Systems, in addition to his completion of a bachelor's degree equivalency in Electronic Engineering at Visveswaraiah Technological University, Belgaum. Due to the concentrated nature of his work experience and training in computer information systems, software engineering, application development, computer programming, and related areas, it is my opinion that Mr. Guruvina's background would be comparable to a bachelor's-level major in Computer Information Systems.

I find that Mr. Guruvina's professional experience, as outlined above, is comparable to the academic background gained through a bachelor's-level educational program in Computer Information Systems or a closely related area. By completing approximately nine years and four months of professional experience in the computer field after completing the equivalent of a bachelor's-level degree in Electronic Engineering Mr. Guruvina fulfilled the equivalent of a second bachelor's-level degree equivalency, in the field of Computer Information Systems (in addition to his degree equivalency in Electronic Engineering). In my opinion, the foregoing combination of academic and professional credentials indicates that the candidate gained a level of academic competence equivalent to a Bachelor of Science Degree in Computer Information Systems and a Bachelor of Science Degree in Electronic Engineering from an accredited institution of higher education in the United States.

Accordingly, based on the reputation of Visveswaraiah Technological University, Belgaum, the number of years of coursework, the nature of the coursework, the grades attained in the courses, and the hours of academic coursework, as well as approximately nine years and four months of work experience and training in computer information systems, software engineering, application development, computer programming, and related areas, it is the judgment of The Trustforte Corporation that Mr. Rakesh Guruvina attained the foreign equivalent degree of a four-year Bachelor of Science Degree in Computer Information Systems and a four-year Bachelor of Science Degree in Electronic Engineering from an accredited institution of higher education in the United States, and has developed a recognition of expertise in the field of Computer Information Systems.

This evaluation is based on copies of the original documents provided by Rakesh Guruvina and represented to be authentic and true copies of the original documents. We have no reason to doubt the authenticity and accuracy of these documents. This is a true and correct evaluation to the best of our knowledge and belief, pursuant to requirements of the United States Citizenship and Immigration Services of the United States Department of Homeland Security ("USCIS"). The Trustforte Corporation is a credentials evaluation service and academic advisory firm specializing



in the evaluation of foreign educational credentials. Past academic equivalency evaluations of The Trustforte Corporation have been accepted regularly by the USCIS and various US educational institutions.

Corporate Seal

Barry S. Silberzweig, B.A., J.D., M.B.A., Evaluator; Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO), NAFSA: Association of International Educators, National Association of Graduate Admissions Professionals (NAGAP), Association for International Credential Evaluation Professionals (TAICEP)
*For detailed statement of qualifications and experience of evaluator, see attached resume*

References:
1. International Academic Credentials Handbook, Volume II, Washington, D.C.: AACRAO/NAFSA, 1989.
2. Taylor, Ann [ed.]. *International Handbook of Universities and Other Institutions of Higher Education*, 12th ed. New York: Stockton Press, 1991.
3. U.S. Department of Education, National Center for Education Statistics. *Degrees and Other Awards Conferred by Degree-Granting Institutions: 1995-96.* Washington, D.C.: U.S. Government Printing Office, 1998.
4. *Universities Handbook*, Association of Indian Universities, 26th ed., AIU House, 16 Kotla Marg, New Delhi, India, 1995.
5. INDIA, A PIER World Education Series, Washington DC: AACRAO/NAFSA, 1997.
6. AACRAO EDGE. *AACRAO Computer Database for Global Education (EDGE).* Online database. www.aacraoedge.aacrao.org.
7. Central Intelligence Agency (CIA). *The World Factbook 2008.* Dulles, Virginia: Potomac Books, Inc., December 1, 2007.
8. The American Council on Education's College Credit Recommendation Service (CREDIT). *2004-2005 National Guide to Education Credit for Training Programs.* Westport, CT: Greenwood Publishing Group, Inc., August 30, 2004.
9. NAFSA: Association of International Educators, *Online Guide to Educational Systems Around the World – France*, Kallur, Ravi, Alex, Derrick, Katz, Nancy, May, 2010.
10. Hunt, E. Stephen. *Mapping the World of Education: The Comparative Database System (CDS). Vols 1-3.* Washington, DC: US Department of Education and National Science Foundation, 1994-1997.

CA 0107

*Provided to support the attached evaluation*

# BARRY SILBERZWEIG

## EXPERIENCE

1994-    The Trustforte Corporation
         *President, Evaluator*

Perform evaluations of foreign educational credentials; provide analysis with regard to education, immigration, and legal issues; assist clients with admissions requirements and procedures for college and graduate school programs; oversee research, analysis, and evaluation of foreign academic credentials; establish equivalency policies; manage client relationships; draft position papers and expert opinion letters on credentials equivalency issues.

1992-93    Intercontinental Resources Development, Ltd.
           *Evaluator and General Counsel*

Performed evaluations of foreign educational credentials; negotiated commercial transactions in former Soviet Union; assisted in the establishment of graduate business schools in Republics of the former Soviet Union; advised clients with respect to US Government programs, financing alternatives, and admissions requirements and procedures for college and graduate school programs.

Spring     Sumitomo Corporation (Tokyo, Japan)
Summer     Studied comparative systems of higher education in the United States and Japan;
1991       assisted with requirements and procedures for admission to US college and graduate school programs; trained in investment and project finance, political risk analysis, and export/import management.

1986-1990    Graubard Mollen Horowitz Pomeranz & Shapiro
             *Attorney*

Drafted contracts, pleadings, motions, affidavits, memoranda of law, appellate briefs; negotiated settlements; conducted depositions; argued motions; provided general corporate counseling.

Fall       Federal Judge Henry Bramwell, Eastern District New York
1985       *Student Law Clerk*

Summer     Rosenberg & Estis, P.C.
1985       *Summer Associate*

CA 0108

*Provided to support the attached evaluation*

## EDUCATION

1990-1992    The Columbia Business School
M.B.A., May 1992
Major: International Finance and Marketing Management
Dean's List: Spring 1991, Fall 1991, Spring 1992
Recipient of Fellowship: Center on Japanese Economy and Business
Peer Tutor: Business Finance, Financial Accounting, Operations Research, and Statistics
Asian Business Association: Vice President, Corporate Relations
Member: Japan and International Business Associations

1983-1986    Brooklyn Law School
J.D., May 1986
*Brooklyn Journal of International Law*, Business Editor
Class Standing: Top Quartile
Gerver Award for outstanding achievement in Litigation
Student Bar Association Representative

1978-1982    Hamilton College
B.A., May 1982
Major: History
Graves Prize for graduate with highest cumulative history average
Departmental honors in History
Dean's List several semesters

## ADDITIONAL INFORMATION

Member of Bar: State of New York, Southern and Eastern Districts of New York; Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO), NAFSA: Association of International Educators, National Association of Graduate Admissions Professionals (NAGAP), the Association for International Credential Evaluation Professionals (TAICEP); working knowledge of Japanese and Spanish; basic understanding of Russian.

CA 0109

ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ, ಬೆಳಗಾವಿ

**VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM**

KARNATAKA, INDIA



Certifies that

*RAKESH. G*

ಬ್ಯಾಚಲರ್ ಆಫ್ ಇಂಜಿನಿಯರಿಂಗ್

ಸಮಗ್ರ ಅಗತ್ಯವಾದ ಅಪೇಕ್ಷೆಗಳನ್ನು ಈಡೇರಿಸಿ ಪಂಗಣಿತವಾಗಿರುವ ಕಾರಣ
ಮೇಲೆ ಕಾಣಿಸಿದ ಪದಮೆ ಅವರಿಗೆ ಅಂಗೀಕರಿಸಲಾಗಿದೆ.

*has been duly admitted to the Degree of*

# Bachelor of Engineering

*in recognition of the fulfilment of requirements*

*for the said degree*



ಪರೀಕ್ಷಾ ಕ್ರಮ ಸಂಖ್ಯೆ
University Seat Number          *3PG98EC047*

ವಿ ಷಯ
Subject                         *Electronics & Communication Engineering*

ತ ರಗ
Class                           *Second Class*

D 032810                        ವಿಶ್ವ ವಿದ್ಯಾಲಯದ ಮುದ್ರೆ ಯನ್ವಯಿಸಿ ಕೊಡಲ್ಪಟ್ಟಿದೆ
                                Given under the seal of the University

ಬೆಳಗಾವಿ
Belgaum

ದಿನಾಂಕ
Date     FEB 17, 2005                            ಕುಲಪತಿ
                                                 VICE CHANCELLOR

CA 0110



# Visveswaraiah Technological University, Belgaum
## Karnataka State, INDIA  47978

**TRANSCRIPT AS PER RECORDS**          We do not have GPA scheme of evaluation

Name : RAKESH. G
University Seat No : 3PG98EC047
Year of Entrance : 1998
Year of Leaving : 2003
Degree Received : Bachelor of Engineering
( Electronics & Communication Engineering )

1. Duration of the Course : 4 Years
2. Medium of Instruction : English
3. First class with distinction (FCD) : Not less than 70% of the aggregate marks in first attempt
4. First class (FC) : Less than 70% but not less than 60% of the aggregate marks in first attempt
5. Second class (SC) : Less than 60% of the aggregate marks in first attempt

| SUBJECTS | Hours Per Week Lecture | Hours Per Week Drawing/Practical | Marks Obtained | Max. Marks |
|---|---|---|---|---|
| **I Semester** | | | | |
| 1 Engg. Mathematics-I | 4 | | 74 | 125 |
| 2 Engg. Physics | 4 | | 69 | 125 |
| 3 Elements of Civil Engg | 4 | | 86 | 125 |
| 4 Mechanical Engg. Science | 4 | | 77 | 125 |
| 5 Electrical Science | 4 | | 65 | 125 |
| 6 Workshop Practice | | | 108 | 125 |
| 7 Engg. Physics Laboratory | | | 72 | 125 |
| First Attempt Total: 569 /875 ; Class : RC ; # : II | | | | |
| **II Semester** | | | | |
| 1 Engineering Mathematics - II | 4 | | 62 | 125 |
| 2 Engineering Chemistry | 4 | | 63 | 125 |
| 3 Strength of Materials | 4 | | 63 | 125 |
| 4 Computer Concepts & C Programming | 3 | | 102 | 125 |
| 5 Basic Electronics | 4 | | 62 | 125 |
| 6 Engineering Graphics | 4 | | 79 | 125 |
| 7 Computer Programming Laboratory | | 3 | 103 | 125 |
| 8 Engineering Chemistry Laboratory | | 3 | 101 | 125 |
| First Attempt Total: 587 /1000 ; Class: SC ; # : 2 | | | | |
| **III Semester** | | | | |
| 1 Engg. Mathematics -III | 4 | | 70 | 125 |
| 2 Network Analysis | 4 | | 57 | 125 |
| 3 Transducers & Instrumentation | 4 | | 62 | 125 |
| 4 Electronic Circuits - I | 3 | | 79 | 125 |
| 5 Digital Electronic Fundamentals | 4 | | 76 | 125 |
| 6 Signals and Systems | 4 | | 64 | 125 |
| 7 Electronic Circuits Lab-I | | 3 | 93 | 125 |
| 8 IC Lab - I | | 3 | 103 | 125 |
| First Attempt Total: 554 /1000 ; Class : SC ; # : 2 | | | | |
| **IV Semester** | | | | |
| 1 Engg. Mathematics - IV | 4 | | 59 | 125 |
| 2 Electronic Circuits-II | 4 | | 79 | 125 |
| 3 Linear ICs & Applications | 4 | | 60 | 125 |
| 4 Digital ICs & Applications | 3 | | 71 | 125 |
| 5 Analog Communications | 4 | | 63 | 125 |
| 6 Fields & Waves | 4 | | 57 | 125 |
| 7 Electronic Circuits Lab-II | | 3 | 83 | 125 |
| 8 IC Lab - II | | 3 | 96 | 125 |
| First Attempt Total: 549 /1000 ; Class : SC ; # : 3 | | | | |

| SUBJECTS | Hours Per Week Lecture | Hours Per Week Drawing/Practical | Marks Obtained | Max. Marks |
|---|---|---|---|---|
| **V Semester** | | | | |
| 1 Control Engineering | 4 | | 55 | 125 |
| 2 Digital Signal Processing | 4 | | 50 | 125 |
| 3 Microprocessor | 4 | | 67 | 125 |
| 4 Microwave Circuits & Devices | 4 | | 62 | 125 |
| 5 Microcontroller and DSP Lab | | | 64 | 125 |
| 6 Communication Lab | | 3 | 95 | 125 |
| 7 Biomedical Engineering | 4 | | 61 | 125 |
| 8 Object Oriented Programming | 4 | | 60 | 125 |
| First Attempt Total: 472 /1000 ; Class: SC ; # : 2 | | | | |
| **VI Semester** | | | | |
| 1 Information Theory & Coding | 4 | | 84 | 125 |
| 2 Digital Communications | 4 | | 55 | 125 |
| 3 Advanced Microprocessor & Microcontroller | 4 | | 73 | 125 |
| 4 Project Work - I | | 3 | 109 | 125 |
| 5 Advanced Communication Lab | | 3 | 108 | 125 |
| 6 Adv. Microprocessor & Microcontroller Lab | | 3 | 96 | 125 |
| 7 VHDL | | | 93 | 125 |
| 8 JAVA Programming | | | 84 | 125 |
| First Attempt Total: 636 /1000 ; Class: RC ; # : 3 | | | | |
| **VII Semester** | | | | |
| 1 VLSI Design | 4 | | 68 | 125 |
| 2 Computer Communication Networks | 4 | | 69 | 125 |
| 3 Antenna & Wave Propagation | 4 | | 65 | 125 |
| 4 Power Electronics | 4 | | 64 | 125 |
| 5 Power Electronics and Controls Lab | | 3 | 93 | 125 |
| 6 CCN Lab | | 3 | 77 | 125 |
| 7 ISDN | 4 | | 80 | 125 |
| 8 Operating Systems | 4 | | 55 | 125 |
| First Attempt Total: 571 /1000 ; Class: SC ; # : 1 | | | | |
| **VIII Semester** | | | | |
| 1 Seminar | | | 45 | 50 |
| 2 Project Work - II | | 15 | 179 | 200 |
| 3 RDBMS | 4 | | 63 | 125 |
| First Attempt Total: 272 /375 ; Class: FCD ; # : 2 | | | | |

Grand Total of V to VIII Semester:     1951     out of 3375 (max.)

Class of the Degree :    Second Class


BELGAUM

**AUTHENTIC**

Registrar (Evaluation)

*Based on First Attempt Marks of V to VIII Semesters     # Number of Attempts taken to clear the semester

CA 0111

CA 0112

043232-012    BChin Jean

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| LIN1822950617 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 08/27/2018 | **Priority Date** | **Petitioner** CURRICULUM ASSOCIATES LLC. |
| **Notice Date** 08/31/2018 | **Page** 1 of 2 | **Beneficiary** A206 820 537 SAMPRATHI, SOWMYA |

| | |
|---|---|
| CURRICULUM ASSOCIATES LLC<br>c/o BARBARA CHIN<br>MINTZ<br>ONE FINANCIAL CENTER FLR 40<br>BOSTON MA 02111 | **Notice Type:** Approval Notice<br>Class: H1B<br>Valid from 12/30/2018 to 12/29/2021 |

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

| Detach This Half for Personal Records | 806133195 30 |
|---|---|
| **Receipt#** LIN1822950617<br>**I-94#** 806133195 30<br>**NAME** SAMPRATHI, SOWMYA<br>**CLASS** H1B<br>**VALID FROM** 12/30/2018 **UNTIL** 01/08/2022 | **Receipt Number** LIN1822950617<br>**US Citizenship and Immigration Services** |

**PETITIONER**
CURRICULUM ASSOCIATES LLC,
153 RANGEWAY RD
NORTH BILLERICA MA 01862

**I94 Departure Record**
**Petitioner:** CURRICULUM ASSOCIATES LLC

| 14. Family Name SAMPRATHI | |
|---|---|
| 15. First (Given) Name SOWMYA | 16. Date of Birth 08/09/1984 |
| 17. Country of Citizenship INDIA | |

FORM I-797A [REV. 08/01/16]

CA 0113

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| LIN1822950617 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date 08/27/2018 | Priority Date | Petitioner CURRICULUM ASSOCIATES LLC, |
| Notice Date 08/31/2018 | Page 2 of 2 | Beneficiary  A206 820 537 SAMPRATHI, SOWMYA |

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| VOID | VOID | VOID |
|---|---|---|
| Receipt VOID | VOID | VOID |
| I-94# | | |
| NAME VOID | VOID | VOID |
| CLASS | | |
| VALID FROM UNTIL VOID | VOID | VOID |
| PETITIONER VOID | VOID | VOID |
| VOID | VOID | VOID |
| VOID | VOID | VOID |

| VOID | VOID | VOID |
|---|---|---|
| Receipt Number VOID | VOID | VOID |
| US Citizenship and Immigration Services | | |
| VOID | VOID | VOID |
| I94 Departure Record | | |
| Petitioner VOID | VOID | VOID |

| 14. Family Name | | |
|---|---|---|
| VOID | VOID | VOID |
| 15. First (Given) Name | | 16. Date of Birth |
| VOID | VOID | VOID |
| 17. Country of Citizenship | | |
| VOID | VOID | VOID |

FORM I-797A [REV. 08/01/16]

CA 0114



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

## ACADEMIC EQUIVALENCY EVALUATION

Date:               December 28, 2015

Name:               **SAMPRATHI, Sowmya**
Country:            India

Degree:             Bachelor of Engineering
Institution:        Visveswaraiah Technological University, Belgaum
Dates:              2001-2005
Date of Completion: July, 2005

Educational Equivalent in the United States:

### BACHELOR OF SCIENCE DEGREE IN COMPUTER ENGINEERING

The following is an analysis and advisory evaluation of the academic credentials of Ms. Sowmya Samprathi. As discussed herein, Ms. Samprathi completed a four-year bachelor's-level program in Information Science and Engineering at Visveswaraiah Technological University, Belgaum, in India. Based on the foregoing academic credentials, I find that Ms. Samprathi attained the foreign equivalent of a four-year Bachelor of Science Degree in Computer Engineering from an accredited US college or university based on the single source of the Bachelor of Engineering program completed by the candidate at Visveswaraiah Technological University, Belgaum.

In 2001, Ms. Samprathi commenced post-secondary studies in a four-year Bachelor of Engineering program at Visveswaraiah Technological University, Belgaum, in India. Visveswaraiah Technological University, Belgaum is an institution of higher education in India recognized by the University Grants Commission (UGC). Admission to the bachelor's-level programs offered by Visveswaraiah Technological University, Belgaum is based on the completion of secondary-level studies and competitive entrance examinations.

Ms. Samprathi completed the general studies and specialized studies which lead to a Bachelor of Engineering Degree. The general studies included entry-level courses which are a requisite component of a bachelor's degree from an institution of higher education in the United States. Based on the subject matter and credit hours of these courses, most such courses would qualify as equivalent to courses in US colleges and universities.

CA 0115



Additionally, from 2001 through 2005, Ms. Samprathi completed four years of advanced bachelor's-level coursework in her major area of concentration, Information Science and Engineering. The curriculum of the program in Information Science and Engineering at the University typically includes classes and examinations in Data Structures and Programming Methodology, Discrete Structures, Computer Organization, Computer Architecture, Database Systems, Systems Programming, Operating Systems, Microprocessors, Systems Software, Automata Theory, and related subjects. Following her completion of the required classes and examinations, in July, 2005, Ms. Samprathi was awarded a four-year Bachelor of Engineering Degree by Visveswaraiah Technological University, Belgaum. The nature of the courses and the credit hours involved indicate that she attained the foreign equivalent of a four-year Bachelor of Science Degree in Computer Engineering from an accredited US college or university.

I note that this finding has been confirmed by the Electronic Database for Global Education (EDGE) of the American Association of Collegiate Registrars and Admission Officers (AACRAO). According to EDGE, a Bachelor of Engineering Degree awarded by an Indian university "represents attainment of a level of education comparable to a bachelor's degree in the United States."

Accordingly, based on the reputation of the academic programs offered by Visveswaraiah Technological University, Belgaum, the number of years of coursework, the nature of the coursework, the grades attained in the courses, and the hours of academic coursework, it is the judgment of The Trustforte Corporation that Ms. Sowmya Samprathi attained the foreign equivalent of a four-year Bachelor of Science Degree in Computer Engineering from an accredited college or university in the United States based on the single source of the Bachelor of Engineering program completed by the candidate at Visveswaraiah Technological University, Belgaum.

This evaluation is based on copies of the original documents provided by Ms. Sowmya Samprathi and represented to be authentic and true copies of the original documents. We have no reason to doubt the authenticity and accuracy of these documents. This is a true and correct evaluation to the best of our knowledge and belief, pursuant to requirements of the United States Citizenship and Immigration Services of the United States Department of Homeland Security ("USCIS"). The Trustforte Corporation is a credentials evaluation service and academic advisory firm specializing in the evaluation of foreign educational credentials. Past academic equivalency evaluations of The Trustforte Corporation have been accepted regularly by the USCIS and various US educational institutions.

Corporate Seal

Natalie J. Araujo, M.A., Evaluator; Member, NAFSA: Association of International Educators and National Association for College Admission Counseling (NACAC); Corporate Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO) and National Association of Graduate Admissions Professionals (NAGAP).
*For detailed statement of qualifications and experience of evaluator, see attached resume.*

CA 0116



References:  1.  AACRAO EDGE. *AACRAO Electronic Database for Global Education (EDGE)*. Online database. v.1.0. 2004-2006. AACRAO. August 19, 2008. www.aacraoedge.org.

2.  Central Intelligence Agency (CIA). *The World Factbook 2008*. Dulles, Virginia: Potomac Books, Inc., December 1, 2007.

3.  International Association of Universities. *International Handbook of Universities*. 19th ed. Paris, France: UNESCO House, 1 Rue Miollis, October 16, 2007.

4.  Association of Indian Universities. *Universities Handbook*. 31st ed. New Delhi, India: AIU House, 16 Kotla Marg, 2006.

5.  The American Council on Education's College Credit Recommendation Service (CREDIT). *2004-2005 National Guide to Education Credit for Training Programs*. Westport, CT: Greenwood Publishing Group, Inc., August 30, 2004.

6.  Feagles, Shelley, ed. *A Guide to Educational Systems Around the World*. CD. Washington, DC: NAFSA: Association of International Educators. 1999-2008.

CA 0117



Home  Contact  Logout  My Account  User Guide

AACRAO Electronic
Database for Global        Search ¹                                    Go  Select Country
Education

## Asia : India : Credential

Print Country Details

Overview    Educational Ladders    Grading System    Credentials    Institutions    Resources    Author    Glossary

**Bachelor of Engineering/Technology**                                                         Feedback

Bachelor of Engineering/Technology

📖 Sample Documents

### Credential Description
Awarded upon completion of four years of tertiary study beyond the Higher Secondary Certificate (or equivalent).

### Credential Advice
The Bachelor of Engineering/Technology represents attainment of a level of education comparable to a bachelor's degree in the United States.

### Credential Author Notes
No author notes available.
Entrance requirement: Completion of Higher Secondary Certificate or equivalent
Leads to: Further tertiary education

The AACRAO Electronic Database for Global Education (EDGE) is a dynamic database and credential advice is subject to change. Credential advice is modified when new studies of foreign countries' education systems have been undertaken. Based upon the research collected and analyzed, new placement recommendations are reviewed and approved by an acknowledged group of experts. If you have any questions, please contact edge@aacrao.org.

Copyright © 2004 - 2015 American Association of Collegiate Registrars and Admissions Officers

CA 0118

# NATALIE ARAUJO

## EXPERIENCE

2007 -
**The Trustforte Corporation**
*Evaluator and Vice President of Operations and Client Services*

Perform evaluations of foreign educational credentials; assess foreign credentials and educational systems; provide expert opinions on comparative educational credentials, direct research on foreign universities and educational systems; full-service client support and customer relations management

2004-2007
**The Trustforte Corporation**
*Junior Evaluator and Manager of Client Services*

Conduct research on foreign educational credentials equivalencies; provide analyses with respect to evaluation and education issues; assist clients with equivalency issues; facilitate client relationships.

2002-2004
**Clark University, English Department**
*Teaching Assistant*

Assisted professors with class preparation and correction of essays and exams; taught classes on British Literature, Drama of the Western Tradition, and Communications and Culture; tutored students in writing and composition

2003-2004
**Clark University, Professor Vaughan**
*Research Assistant*

Conducted library and internet research on 16th century British drama; compiled extensive bibliographies

## EDUCATION

May, 2004
Clark University, Worcester, MA
M.A. English, concentration in American Literature

1999-2002
Johannes Gutenberg-University, Mainz, Germany
Intermediate Degree in American Studies, December 2001
Major: American Studies \ Minors: British Studies and Media Studies

2002-2004
Awarded prestigious scholarship by the German Academic Exchange Service (DAAD) for 2002/2003 and 2003/2004

CA 0119

ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ, ಬೆಳಗಾವಿ
VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM
KARNATAKA, INDIA



## Certifies that

*SAMPRATI SOWMYA*

ಬ್ಯಾಚಲರ್ ಆಫ್ ಇಂಜಿನಿಯರಿಂಗ್
ಪದವಿಗೆ ಆಗತ್ಯವಾದ ಅರ್ಹತೆಗಳನ್ನು ಹೈವರೆಂದು ಪರಿಗಣಿತವಾಗಿರುವ ಕಾರಣ
ಮೇಲೆ ಕಾಣಿಸಿದ ಪದವಿಗೆ ಅವರನ್ನು ಅಂಗೀಕರಿಸಲಾಗಿದೆ.

*has been duly admitted to the Degree of*

# Bachelor of Engineering

*in recognition of the fulfilment of requirements*

*for the said degree*



ಪರೀಕ್ಷಾ ಕ್ರಮ ಸಂಖ್ಯೆ
University Seal Number  :  *1AT01IS028*

ವಿಷಯ
Subject             :  *Information Science & Engineering*

ಶ್ರೇಣಿ
Class               :  *First Class with Distinction*

No. 06018

ವಿಶ್ವವಿದ್ಯಾಲಯದ ಮುದ್ರೆಯೊಂದಿಗೆ ಕೊಡಲ್ಪಟ್ಟಿದೆ
Given under the seal of the University

ಬೆಳಗಾವಿ
Belgaum

ದಿನಾಂಕ
Date :   *FEB 13, 2006*

ಕುಲಪತಿ
VICE CHANCELLOR

CA 0120



ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ , ಬೆಳಗಾವಿ

## VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM
### KARNATAKA, INDIA
### STATEMENT OF MARKS
BE First Semester January 2002
Information Science

ER Verified by

స 490150

Name of the Student      :  SAMPRATI SOWMYA

Father's / Mother's Name  :  S R SANXAR          Seat No. :   1AT01IS028

Name of the College       :  Alfa Institute Of Technology, Anand Nagar, Bangalore.

| SL No. | Code | Subject Title | Examination Marks | | | Internal Assessment Marks | | | Total Marks | | | Subject Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Max. | Min. | Obtained | Max. | Min. | Obtained | Max. | Min. | Obtained | |
| 1 | MAT101 | Engg. Mathematics-I | 100 | 35 | 73 | 25 | - | 25 | 125 | 50 | 98 | Pass |
| 2 | PHY102 | Engg. Physics | 100 | 35 | 35 | 25 | - | 25 | 125 | 50 | 60 | Pass |
| 3 | CIV103 | Elements of Civil Engg. | 100 | 35 | 68 | 25 | - | 20 | 125 | 50 | 88 | Pass |
| 4 | MES104 | Mechanical Engg. Science | 100 | 35 | 73 | 25 | - | 20 | 125 | 50 | 93 | Pass |
| 5 | ELE105 | Electrical Sciences | 100 | 35 | 52 | 25 | - | 19 | 125 | 50 | 71 | Pass |
| 6 | WSL107 | Workshop Practice | 100 | 40 | 79 | 25 | 12 | 23 | 125 | 52 | 102 | Pass |
| 7. | PHYL108 | Engg. Physics Laboratory | 100 | 40 | 86 | 25 | 12 | 22 | 125 | 52 | 108 | Pass |
| | | | | | | | GRAND TOTAL | | 875 | 354 | 620 | |

Total Marks Obtained (In words)  :    SIX HUNDRED AND TWENTY  ONLY
Result of the Semester          :    FIRST CLASS WITH DISTINCTION

DATE   :  APR 06,2002

M·K.  _____
Registrar (Evaluation)

A - Absent    NE - Not eligible



ER
Unified by

ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ , ಬೆಳಗಾವಿ

VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM

KARNATAKA, INDIA

STATEMENT OF MARKS
BE Second Semester July 2002
Information Science

⩾ 616392

Name of the Student      : SAMPRATI SOWMYA

Father's / Mother's Name  : S R SANKAR                                          Seat No. :   1AT01IS028

Name of the College      : ATRIA INSTITUTE OF TECHNOLOGY, ANAND NAGAR, BANGALORE

| Sl. No. | | Subject | Examination Marks | | | Internal Assessment Marks | | | Total Marks | | | Subject Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Code | Title | Max. | Min. | Obtained | Max. | Min. | Obtained | Max. | Min. | Obtained | |
| 1 | MAT201 | Engineering Mathematics - II | 100 | 35 | 70 | 25 | - | 24 | 125 | 90 | 94 | Pass |
| 2 | CHE202 | Engineering Chemistry | 100 | 35 | 35 | 25 | - | 22 | 125 | 50 | 57 | Pass |
| 3 | SOM203 | Strength of Materials | 100 | 35 | 59 | 25 | - | 20 | 125 | 50 | 79 | Pass |
| 4 | CCP204 | Computer Concepts & C - Programming | 100 | 35 | 69 | 25 | - | 22 | 125 | 50 | 91 | Pass |
| 5 | ELN205 | Basic Electronics | 100 | 35 | 68 | 25 | - | 25 | 125 | 50 | 93 | Pass |
| 6 | GRA206 | Engineering Graphics | 100 | 35 | 64 | 25 | - | 23 | 125 | 50 | 87 | Pass |
| 7 | CPL207 | Computer Programming Laboratory | 100 | 40 | 84 | 25 | 12 | 24 | 125 | 52 | 108 | Pass |
| 8 | CHEL208 | Engineering Chemistry Laboratory | 100 | 40 | 94 | 25 | 12 | 24 | 125 | 52 | 118 | Pass |
| | | | | | | | GRAND TOTAL | | 1000 | 404 | 727 | |

Total Marks Obtained (in words)  :    SEVEN HUNDRED AND TWENTY SEVEN ONLY
Result of the Semester           :    FIRST CLASS WITH DISTINCTION

DATE   :  SEP 02,2002

A - Absent    NE - Not eligible



V.C.I.C

Registrar (Evaluation)

CA 0122



ER
Verified by

ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ, ಬೆಳಗಾವಿ
VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM
KARNATAKA, INDIA
STATEMENT OF MARKS
BE Third Semester January 2003
Information Science

№ 824196

Name of the Student        : SAMPRATI SOWMYA

Father's / Mother's Name   : S R SANKAR

Seat No. :  1A7U11SU28

Name of the College        : ATRIA INSTITUTE OF TECHNOLOGY, ANAND NAGAR, BANGALORE

| Sl. No. | Subject | | Examination Marks | | | Internal Assessment Marks | | | Total Marks | | | Subject Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Code | Title | Max. | Min. | Obtained | Max. | Min. | Obtained | Max. | Min. | Obtained | |
| 1 | AITCS131 | Applied Mathematics - I | 100 | 35 | 48 | 25 | | 15 | 125 | 50 | 63 | Pass |
| 2 | CS132 | Discrete Mathematical Structures | 100 | 35 | 54 | 25 | | 21 | 125 | 50 | 75 | Pass |
| 3 | CS133 | Data Structures with 'C' | 100 | 35 | 40 | 25 | | 24 | 125 | 50 | 64 | Pass |
| 4 | CS134 | Logic Design | 100 | 25 | 46 | 25 | | 20 | 125 | 50 | 66 | Pass |
| 5 | ISE35 | Structured Cobol Programming | 100 | 35 | 46 | 25 | | 21 | 125 | 50 | | Pass |
| 6 | CSIL36 | Data Structures Lab | 100 | 40 | 40 | 25 | 12 | 17 | 125 | 52 | 57 | Pass |
| 7 | CSIL37 | Logic Design Lab | 100 | 40 | 85 | 25 | 12 | 23 | 125 | 52 | 108 | Pass |
| 8 | ISEL38 | Data Processing Lab | 100 | 40 | 66 | 25 | 12 | 23 | 125 | 52 | 89 | Pass |
| | | | | | | | GRAND TOTAL | | 1000 | 406 | 589 | |

Total Marks Obtained (in words) :    FIVE HUNDRED AND EIGHTY NINE ONLY
Result of the Semester        :    SECOND CLASS

DATE    :  MAY 05 2003

M.K. C. Mulgatina
Registrar (Evaluation)

A - Absent    NE - Not eligible

CA 0123



ER
Verified by

ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ, ಬೆಳಗಾವಿ

## VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM

KARNATAKA, INDIA
STATEMENT OF MARKS
BE Fourth Semester July 2003
Information Science

A 48700

Name of the Student      :    SAMPRATI SOWMYA

Father's / Mother's Name :    S R SANKAR

Seat No. :   1ATB1IS028

Name of the College      :    ATRIA INSTITUTE OF TECHNOLOGY, ANAND NAGAR, BANGALORE

| Sl. No. | | Subject | Examination Marks | | | Internal Assessment Marks | | | Total Marks | | | Subject Result |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Code | Title | Max. | Min. | Obtained | Max. | Min. | Obtained | Max. | Min. | Obtained | |
| 1 | MTCSI41 | Applied Mathematics - II | 100 | 35 | 79 | 25 | - | 25 | 125 | 50 | 104 | Pass |
| 2 | CSI42 | Object Oriented Programming with C++ | 100 | 35 | 55 | 25 | - | 20 | 125 | 50 | 75 | Pass |
| 3 | CSI43 | Computer Systems Design & Architecture | 100 | 35 | 46 | 25 | - | 24 | 125 | 50 | 70 | Pass |
| 4 | CSI44 | Microprocessors | 100 | 35 | 59 | 25 | - | 20 | 125 | 50 | 79 | Pass |
| 5 | CSI45 | Finite Automata & Formal Languages | 100 | 35 | 55 | 25 | - | 25 | 125 | 50 | 60 | Pass |
| 6 | CSIL46 | OOP with C++ lab | 100 | 40 | 48 | 25 | 12 | 21 | 125 | 52 | 69 | Pass |
| 7 | CSIL47 | Microprocessor lab | 100 | 40 | 50 | 25 | 12 | 22 | 125 | 52 | 72 | Pass |
| 8 | CSIL48 | Basic Computer Skills Lab | 100 | 40 | 87 | 25 | 12 | 23 | 125 | 52 | 110 | Pass |
| | | | | | | | | GRAND TOTAL | 1000 | 406 | 659 | |

Total Marks Obtained (in words)  :  SIX HUNDRED AND FIFTY NINE ONLY

Result of the Semester  :  FIRST CLASS

M.K. Chulatha

DATE  :  OCT 18.2003

Registrar (Evaluation)

A - Absent    NE - Not Eligible



ER
Verified by

ವಿಶ್ವೇಶ್ವರಯ್ಯ ತಾಂತ್ರಿಕ ವಿಶ್ವವಿದ್ಯಾಲಯ, ಬೆಳಗಾವಿ

VISVESWARAIAH TECHNOLOGICAL UNIVERSITY, BELGAUM
KARNATAKA, INDIA
STATEMENT OF MARKS
BE Fifth Semester January 2004
Information Science

190288

Name of the Student : SAMPRATI SOWMYA

Father's / Mother's Name : S R SANKAR

Seat No. : 1ATO1IS028

Name of the College : ATRIA INSTITUTE OF TECHNOLOGY, ANAND NAGAR, BANGALORE

| Sl. No. | Subject | | Examination Marks | | | Internal Assessment Marks | | | Total Marks | | | Subject Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Code | Title | Max. | Min. | Obtained | Max. | Min. | Obtained | Max. | Min. | Obtained | |
| 1 | IS5T1 | Analysis & Design of Algorithms | 100 | 35 | 73 | 25 | - | 21 | 125 | 50 | 94 | Pass |
| 2 | IS5T2 | Introduction to Unix | 100 | 35 | 48 | 25 | - | 21 | 125 | 50 | 70 | Pass |
| 3 | IS5T3 | Object Oriented Systems Development | 100 | 35 | 57 | 25 | - | 23 | 125 | 50 | 80 | Pass |
| 4 | IS5T4 | File Structures | 100 | 35 | 45 | 25 | - | 23 | 125 | 50 | 68 | Pass |
| 5 | IS5L5 | Algorithms Lab | 100 | 40 | 81 | 25 | 12 | 23 | 125 | 52 | 104 | Pass |
| 6 | IS5L6 | Unix Programming Lab | 100 | 40 | 84 | 25 | 12 | 23 | 125 | 52 | 107 | Pass |
| 7 | IS5A4 | Operating Systems | 100 | 35 | 65 | 25 | - | 22 | 125 | 50 | 87 | Pass |
| 8 | IS5B4 | System Software | 100 | 35 | 60 | 25 | - | 23 | 125 | 50 | 83 | Pass |
| | | | | | | | GRAND TOTAL | | 1000 | 404 | 693 | |

Total Marks Obtained (in words) : SIX HUNDRED AND NINETY THREE ONLY

Result of the Semester : FIRST CLASS

DATE : JUN 17 2004

A - Absent    RE - Not Eligible

Registrar (Evaluation)

CA 0125

CA 0126

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| EAC1709952436 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Receipt Date 02/24/2017 | Priority Date | Petitioner CURRICULUM ASSOCIATES LLC, |
| Notice Date 03/14/2017 | Page 1 of 2 | Beneficiary A206 921 817 MANTRI, ARCHANA SUBHASH |

CURRICULUM ASSOCIATES LLC
c/o BARBARA CHIN
MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO PC
ONE FINANCIAL CENTER FLR 40TH
BOSTON MA 02111

Notice Type:   Approval Notice
Class: H1B
Valid from 02/28/2017 to 02/19/2020

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary and final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt# EAC1709952436
I-94# 903955829 30
NAME MANTRI, ARCHANA SUBHASH
CLASS H1B
VALID FROM 02/28/2017 UNTIL 02/19/2020

PETITIONER
CURRICULUM ASSOCIATES LLC,
153 RANGEWAY RD
NORTH BILLERICA MA 018620901

903955829 30

Receipt Number EAC1709952436
US Citizenship and Immigration Services

I94 Departure Record
Petitioner: CURRICULUM ASSOCIATES LLC

| 14. Family Name MANTRI | |
|---|---|
| 15. First (Given) Name ARCHANA | 16. Date of Birth 02/14/1980 |
| 17. Country of Citizenship INDIA | |



FORM I-797A (REV. 08/01/16)

CA 0127

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| EAC1709052436 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Receipt Date | Priority Date | Petitioner |
|---|---|---|
| 02/24/2017 | | CURRICULUM ASSOCIATES LLC. |

| Notice Date | Page | Beneficiary: A206 921 817 |
|---|---|---|
| 03/14/2017 | 2 of 2 | MANTRI, ARCHANA SUBHASH |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Rece VOID   VOID   VOID | Rec VOID number   VOID   VOID |
|---|---|
| I-94# | US Citizenship and Immigration Services |
| NAME VOID   VOID   VOID | VOID   VOID   VOID |
| CLASS | I94 Departure Record |
| VALID FROM   UN VOID   VOID | Pet VOID   VOID   VOID |
| | 14. Family Name |
| PETITIONER VOID   VOID   VOID | VOID   VOID   VOID |
| | 15. First (Given) Name   16. Date of Birth |
| VOID   VOID   VOID | VOID   VOID   VOID |
| | 17. Country of Citizenship |
| VOID   VOID   VOID | VOID   VOID   VOID |

FORM I-797A (REV. 08/01/16)

CA 0128

Don't Litigate - Mediate! - America's Top Rated Civil Mediators - Bios and Calendars online for free...  Ad



**Archana Mantri**

Senior SQA Engineer

Greater Boston Area

**Connect**    ***

Curriculum Associates

Indian Institute of Cost and
Management Studies and
Research Indsearch, Law C...

See contact info

223 connections

Promoted

Need
Are me
case? Ti

41 Nei
41 new
attorne

Misse
Never r
24/7/3€

People Also View

Sivan L
Manage
Instructi
Associat

Kathlee
Informai
Professic

Stephe
Senior C
Associat

Prachi
Manage

Shalak;
QA Anal

Senthil
Functior

Anjing
Director
(Quality;

Vijayal;
Sr. Man;
Solution

Dipti G
Sr Consi

Matt H
VP Softv
Associat

• Automation development in
ROBOT framework
• In depth experience in API testing, Functional testing,
Regression testing, User Acceptance Test (UAT) in DevOps, Cloud Server
Management and Data Center Automation enterprise level products
• Experience
in leading testing effort and automation development for new features
• Well
versed with agile methodologies. Actively participated in various agile
ceremonies like Scrum, Release planning, Sprint planning, product demos with
Product Owner and Retrospectives.
• Good understanding of Continuous
integration and Continuous Delivery.
• Customer Engagements. Implementation
of the product and troubleshooting issues in customer's environments. Guiding
the customers from the technical standpoint
• Expertise in creating test
Plans, test cases and test reports for Manual and Automation testing
• Gap
Analysis / Root Cause Analysis: Analysis of customer reported defects,
understanding root-cause and enhancing test plan to incorporate Customer Use
Cases

Show less ∧

## Experience

Senior Quality Engineer

Messaging

CA 0129

Archana Mantri | LinkedIn

Curriculum Associates
Jul 2016 – Present · 2 yrs 9 mos
North Billerica, Massachusetts



### Staff Specialist SQA Engineer

BMC Software
Oct 2011 – Jun 2016 · 4 yrs 9 mos
Lexington, MA

- Lead testing effort and automation development for new features
- Design, implement automation framework UI using ROBOT framework
- Developed automation for REST endpoints
- Code Review for automated test cases and check-in process... See more



### Sustenance QA Engineer with BMC Software

Compu Info
Oct 2008 – Sep 2011 · 3 yrs
Lexington, MA

- Troubleshoot customer escalations by re-creating customer environments internally
- Run regression test around the fixes which were included in Hot-fix and Service Packs
- Release back to back time critical hot-fixes
- Help functional team to analyze the root cause of the customer escalations and include them in current release testing sc... See more



### Software Quality Engineer

BladeLogic
Jan 2007 – Feb 2008 · 1 yr 2 mos



### Associate Project Manager

Aptech Learning Services
Jun 2006 – Dec 2006 · 7 mos

Show 1 more experience ⌄

## Education



### Indian Institute of Cost and Management Studies and Research Indsearch, Law College Road, Erandawana, Pune 411004

MCM, Computers
2000 – 2002

### Progressive Education Societys Modern College of Arts, Science and Commerce, Shivajinagar, Pune 411005

B.COM, Commerce
1995 – 2000

## Skills & Endorsements

Agile Methodologies · 6

Endorsed by Mark Hutchins, who is highly skilled at this

Endorsed by 3 of Archana's colle Software

Messaging

Learn the skills A

 F F V

 A C V

 F I V

See more courses

Promoted



Don't Litigate
Mediate!
America's Top Rate
Mediators - Bios
Calendars online fo

Learn more

CA 0130



Quality Assurance · 6

> Endorsed by **2 of Archana's colleagues** at BMC Software

Requirements Analysis · 4

> Endorsed by **2 of Archana's colleagues** at BMC Software

Show more ⌄

## Recommendations

Received (1)    Given (0)

**Vandit Goyal**
Founder | Head, Business
Development (N. America) at
DelphianLogic
June 1, 2010, Vandit managed
Archana directly

Archana was very dependable and lively. Her ability to get the work done with a smile was phenomenal. Very good in adaptation and meticulous in execution. Overall an asset in managing the team.

## Accomplishments

**2** Certifications ⌄
Certified Scrum Master • OCA Level 1- IZ0-007 Introduction to Oracle 9i SQL (2008)

**2** Languages ⌄
English • Hindi

## Interests

**Software Quality Group of New En...**
1,461 members

**Progressive Education Societys Mo...**
1,886 followers

**Indian Institute of Cost and Manag...**
507 followers

**Curriculum Associates**
8,893 followers

**Linked** in

Questions?

Select Language

English (English)

⚙ Manage your account and privacy.

Messaging

CA 0131



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

## ACADEMIC EQUIVALENCY EVALUATION

Date:               June 28, 2007

Name:               MANTRI, Archana Subhash
Country:            India

Degree:             Bachelor of Commerce
Institution:        University of Pune
Date of Completion: May, 2000

Degree:             Master of Computer Management
Institution:        University of Pune
Date of Completion: April, 2002

Educational Equivalent in the United States:

### BACHELOR OF SCIENCE DEGREE
### Dual Major: Computer Information Systems and Business Administration

---

The following is an analysis and advisory evaluation of the academic credentials of Mr. Archana Subhash Mantri. As discussed herein, Mr. Mantri completed a Bachelor of Commerce program at the University of Pune, in India. Additionally, he completed a Master of Computer Management program at the University of Pune, in India. Based on the foregoing academic credentials, I find that Mr. Mantri attained the equivalent of a Bachelor of Science Degree, with a dual major in Computer Information Systems and Business Administration, from an accredited US college or university.

Following his completion of secondary-level studies, Mr. Mantri completed a Bachelor of Commerce program at the University of Pune. The University is an accredited institution of higher education in India. Admission to the bachelor's programs offered by the University of Pune is based on the completion of secondary-level academic studies and competitive entrance examinations.

Mr. Mantri completed general studies and specialized studies leading to a bachelor's-level diploma from the University of Pune. The general studies included entry-level courses in the social sciences, mathematics, and the sciences, which are a requisite component of a bachelor's degree from an institution of higher education in the United States. Based on the subject matter

THIS COPY WITH ITS ORIGINAL
IT IS A TRUE AND COMPLETE COPY,
SIMIN H. SYED ATTORNEY AT LAW
ADMITTED TO PRACTICE
IN THE STATE OF NEW YORK

CA 0132



and credit hours of these courses, most such courses would qualify as equivalent to courses in US institutions.

Additionally, Mr. Mantri completed specialized studies in his area of concentration, Business Administration. Following his completion of the required academic classes and examinations, in May, 2000, Mr. Mantri was awarded a Diploma for a Bachelor of Commerce Degree by the University of Pune. The nature of the courses and the credit hours involved indicate that he completed the equivalent of three years of academic studies toward a Bachelor of Business Administration Degree at an accredited college or university in the United States.

Thereafter, Mr. Mantri completed a Master of Computer Management program at the University of Pune. Admission to the master's programs of the University of Pune is based on the completion of bachelor's-level academic studies. At the University of Pune, Mr. Mantri completed advanced bachelor's- and graduate-level studies, with a concentration in Computer Management. Following his completion of the required academic studies and examinations, in April, 2002, Mr. Mantri was awarded a Diploma for a Master of Computer Management Degree by the University of Pune. The completion by Mr. Mantri of the Master of Computer Management program at the University of Pune is indicative of his fulfillment of the equivalent of at least a bachelor's-level academic concentration in Computer Information Systems.

By completing a program of master's-level studies in Computer Management at the University of Pune, following his completion of the equivalent of three years of academic studies toward a Bachelor of Business Administration Degree, Mr. Mantri fulfilled the equivalent of at least a bachelor's-level degree, with a concentration in Computer Information Systems. Thus, the nature of the courses and the credit hours involved, considered together with his prior baccalaureate studies, indicate that Mr. Mantri attained the equivalent of a Bachelor of Science Degree, with a dual major in Computer Information Systems and Business Administration, from an accredited US college or university.

Based on the reputation of the University of Pune, the number of years of coursework, the nature of the coursework, the grades attained in the courses, and the hours of academic coursework, it is the judgment of The Trustforte Corporation that Mr. Archana Subhash Mantri attained the equivalent of a Bachelor of Science Degree, with a dual major in Computer Information Systems and Business Administration, from an accredited college or university in the United States.

This evaluation is based on copies of the original documents provided by Mr. Mantri and represented to be authentic and true copies of the original documents. We have no reason to doubt the authenticity and accuracy of these documents. This is a true and correct evaluation to the best of our knowledge and belief, pursuant to requirements of the United States Citizenship and Immigration Services ("USCIS") of the United States Department of Homeland Security. The Trustforte Corporation is a credentials evaluation service and academic advisory service specializing in the evaluation of foreign educational credentials. Past academic experiences and evaluations of

DOCUMENT THAT I HAVE COMPARED. THIS COPY WITH ITS ORIGINAL AND IT IS A TRUE AND COMPLETE COPY. SIMIN H. SHER ATTORNEY AT LAW ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

CA 0133



The Trustforte Corporation have been accepted regularly by the USCIS and various US educational institutions.

Corporate Seal

Barry S. Silberzweig, B.A., J.D., M.B.A., Evaluator; Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO), NAFSA: Association of International Educators, and National Association of Graduate Admissions Professionals (NAGAP).
*For detailed statement of qualifications and experience of evaluator, see attached resume.*

References:
1. International Academic Credentials Handbook, Volume I, Washington, D.C.: AACRAO/NAFSA, 1988.
2. Taylor, Ann [ed.]. *International Handbook of Universities and Other Institutions of Higher Education*, 12th ed. New York: Stockton Press, 1991.
3. U.S. Department of Education, National Center for Education Statistics. *Degrees and Other Awards Conferred by Degree-Granting Institutions: 1995-96.* Washington, D.C.: U.S. Government Printing Office, 1998.
4. Peterson's Register of Higher Education, 1994. 7th ed. Princeton, New Jersey: Peterson's Guides, 1994.
5. *Universities Handbook*, Association of Indian Universities, 26th ed., AIU House, 16 Kotla Marg, New Delhi, India, 1995.

I CERTIFY THAT I HAVE COMPARED THIS COPY WITH ITS ORIGINAL IT IS A TRUE AND COMPLETE COPY, SIMIN M. SYED ATTORNEY AT LAW ADMITTED TO PRACTICE IN THE STATE OF NEW YORK

CA 0134

Case 1:20-cv-10456-PBS    Document 1-1    Filed 03/06/20    Page 136 of 211

CA 0135



NO.: 07 - 0030481



# UNIVERSITY OF PUNE
### GANESHKHIND, PUNE 411 007.



**DUPLICATE**

M.C.M. (PATTERN 20/80) EXAMINATION

STATEMENT OF MARKS FOR

OCTOBER 2001

SEAT NO. 3453

PREM.REG.NO. 0420010807

NAME : MANTRI ARCHANA SUBHASH

COLLEGE 429    CENTRE 001

| TERM | COURSE NAME | TYPE | INT | EXT | TOT |
|---|---|---|---|---|---|
| 1 | | | | | |
| | ELEMENTS OF INFORMATION TECHNOLOGY (EIT) | P | 12 | 33 | 45 |
| | FOXPRO | | 12 | 34 | P 46 |
| | C PROGRAMMING (CP) | | 12 | 45 | P 57 |
| | SOFTWARE ENGINEERING (SE) | | 12 | 32 | P 44 |
| | DATA BASE MANAGEMENT SYSTEMS (DBMS) | | 11 | 39 | P 50 |
| | ORACLE AND VISUAL BASIC (I) | | | | P 44 |
| | PRACTICALS/SEMINARS ASSIGNMENTS (I) | | | | P 87 |

GRAND TOTAL = 373/700    RESULT : PASSES

CA 0136

# UNIVERSITY OF PUNE
### GANESHKHIND, PUNE 411 007.



STATEMENT OF MARKS FOR

NO.: 01 - 0074769

MASTER IN COMPUTER MANAGEMENT
(PATTERN 20/80)

SEAT NO. 3786

PRN  0420010807

NAME   MANTRI ARCHANA SUBHASH

CENTRE  001                    INSTITUTE/COLLEGE 429 INDSEARCH PUNE 4

| YEAR  APRIL 2002 | COURSE NAME PASSING/OUT OF | MARKS OBTAINED | | |
|---|---|---|---|---|
| | | 8/20 INT. | 32/80 EXT. | 40/100 TOT |
| 101 | ELEMENTS OF INFORMATION TECHNOLOGY (EIT) | 12 | 33 | P 45 |
| 102 | FOXPRO | 12 | 34 | P 46 |
| 103 | "C" PROGRAMMING (CP) | 12 | 45 | P 57 |
| 104 | SOFTWARE ENGINEERING (SE) | 12 | 32 | P 44 |
| 105 | DATA BASE MANAGEMENT SYSTEMS (DBMS) | 11 | 39 | P 50 |
| 106# | ORACLE AND VISUAL BASIC (I) | | | P 44 |
| 114# | PRACTICALS/SEMINARS ASSIGNMENTS (I) | | | P 87 |
| 201 | DATA STRUCTURES AND UNIX | 16 | 39 | * 55 |
| 202 | MANAGEMENT INFORMATION SYSTEMS & PRACTICE OF MANAGEMENT | 17 | 41 | * 58 |
| 203 | BUSINESS APPLICATIONS (BA) | 17 | 32 | * 49 |
| 204 | SOFTWARE PROJECT MANAGEMENT & EDP MANAGEMENT (SPMEDPM) | 17 | 35 | * 52 |
| 205 | CLIENT SERVER TECHNOLOGY AND NETWORKING | 16 | 34 | * 50 |
| 209 | OBJECT ORIENTED PROGRAMMING AND C++ | 15 | 32 | * 47 |
| 211# | PRACTICAL ASSIGNMENTS (I) | | | * 87 |
| 212 | PROJECT WORK & VIVA | 78 | 85 | *163 |

(PASSING/OUT OF : PROJECT 32/80  VIVA 48/120)
(                    TOTAL 80/200                    )

(1 : 373) (2 : 561)          GRAND TOTAL (OUT OF 1600)    934

HIGHER SECOND CLASS

* * CONGRATULATIONS * *
# - Passing : 40, Out of : 100 (Fully Internal)
* - Appearing  P - Previous  $ - Ordinance
Standard of passing : 40%

CONTROLLER OF EXAMINATIONS    STATEMENT NO          DATE   21 JUNE 2002

CA 0137

# University Of Pune

(Formerly University of Poona)



We, the Chancellor, the Vice Chancellor and the Members of the Management Council and the Academic Council of the University of Pune certify that *Mantri Archana Subhash*

of *Modern College of Arts, Science & Commerce, Pune*

having been examined in *Marketing, Salesmanship & Publicity and Business Entrepreneurship* as the optional subjects and found duly qualified for the degree of

## Bachelor of Commerce

and placed in the *Higher Second Class* in *April 2000*. The said degree has been conferred on her. In testimony whereof is set the seal of the said University.

20th December 2007

BC 12215

Vice-Chancellor

CA 0138

NO.: 07 - 0030436

 

# UNIVERSITY OF PUNE
### GANESHKHIND, PUNE 411 007.

STATEMENT OF MARKS FOR

DUPLICATE                                        F.Y.B.COM. EXAMINATION OCTOBER 1998

SEAT NO. : 02559          CENTRE : 001          PREM REG.NO. : 29810884E

NAME : MANTRI ARCHANA SUBHASH

COLLEGE : 070                          BRANCH CODE :

| TERM | COURSE NAME | | MARKS | | |
|---|---|---|---|---|---|
| | | TYPE | 20 | 80 | 100 |
| 1. | | | | | |
| | ENGLISH | | | | 061 |
| | ACCOUNTANCY | | | | 052 |
| | BUSINESS ECONOMICS (MICRO) | | | | 040 |
| | * OFFICE MANAGEMENT | | | | 041 |
| | COMMERCIAL ARITHMATIC & STATISTICS | | | | 062 |
| | MARKETING, SALESMANSHIP & PUBLICITY 1 | | 13 | 37 | 050 |
| | ADDITIONAL ENGLISH | | | | 053 |

GRAND TOTAL = 359                    RESULT : SECOND CLASS

CA 0139

NO.: 07 - 0008480



# UNIVERSITY OF PUNE
## GANESHKHIND, PUNE 411 007.

STATEMENT OF MARKS FOR

DUPLICATE



S.Y.B.COM. ((NEW COURSE) EXAMINATION
APRIL 1999

SEAT NO :-   12000          CENTRE :-   001          PREM REG NO. :- 29810884E

NAME :-   MANTRI ARCHANA SUBHASH

COLLEGE   070          BRANCH CODE :-

| TERM | COURSE NAME | MARKS | | |
|---|---|---|---|---|
| | | TYPE | 20 | 80 | 100 |
| 2 | | | | | |
| | * BUSINESS COMMUNICATION | | | | 048 |
| | * ADVANCED ACCOUNTANCY | | | | 073 |
| | * BUSINESS ECONOMICS(MACRO) | | | | 041 |
| | * ORGANISATION AND MANAGEMENT | | | | 050 |
| | * MARKETING , SALESMENSHIP AND PUBLICTY II | | 15 | 34 | 049 |
| | * BUSINESS ENTREPRENEURSHIP | | 17 | 48 | 065 |

GRAND TOTAL =   326                    RESULT :   PASSES

CA 0140

# UNIVERSITY OF PUNE
### GANESHKHIND, PUNE 411 007.



STATEMENT OF MARKS FOR
B. COM. EXAM
(55 PATTERN NON-SEM.)
APR/MAY 2000

NO.: 00- 0087082

SEAT NO. 28367          CENTRE       001    PERM.REG.NO.        298108842
NAME     MANTRI ARCHANA SUBHASH
COLLEGE  070

| YEAR | COURSE NAME | PP | UEX | TOT |
|------|-------------|----|-----|-----|
| 2 | BUSINESS COMMUNICATION | - | - | 048 |
|   | ADVANCED ACCOUNTANCY | - | - | 073 |
|   | BUSINESS ECONOMICS(MACRO.) | | - | 041 |
|   | ORGANISATION & MANAGEMENT | - | - | 050 |
|   | MARKETING,SALESMANSHIP & PUBLICITY-II | 15 | 34 | 049 |
|   | BUSINESS ENTREPRENEURSHIP-I | 17 | 48 | 065 |
| 3 * | MERCANTILE & INDUSTRIAL LAW | - | - | 046 |
| * | ADVANCED ACCOUNTANCY - II | - | - | 051 |
| * | ECONOMICS OF DEVELOPMENT | - | - | 060 |
| * | MARKETING,SALESMANSHIP & PUBLICITY-III | 16 | 42 | 058 |
| * | BUSINESS ENTREPRENEURSHIP-II | 18 | 49 | 067 |
| * | BUSINESS ENTREPRENEURSHIP-III | 14 | 49 | 063 |

GRAND TOTAL :    671              RESULT:  HIGHER SECOND CLASS

CONTROLLER OF EXAMINATIONS    STATEMENT NO. :   12420    DATE    14 JUNE 2000

AA - ABSENT  EE - EXTERNAL  PFC - FAIL IN COURSE  TEX - TERM END EXAMINATION  UEX - UNIVERSITY EXAMINATION  PP - PRACTICAL EXAMINATION

CA 0141

CA 0142

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797A, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number<br>EAC1709950622 | | Case Type<br>I129 - PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| Receipt Date<br>02/24/2017 | Priority Date | Petitioner<br>CURRICULUM ASSOCIATES LLC, |
| Notice Date<br>03/07/2017 | Page<br>1 of 2 | Beneficiary<br>AKELLA, KAMESWARA RAO SRIN |

CURRICULUM ASSOCIATES LLC
c/o BARBARA CHIN
MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO PC
ONE FINANCIAL CTR 40TH FL
BOSTON MA 02111

Notice Type:   Approval Notice
Class: H1B
Valid from 03/06/2017 to 02/19/2020

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary and final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt# EAC1709950622
I-94# 125775183 85
NAME AKELLA, KAMESWARA RAO SRIN
CLASS H1B
VALID FROM 03/06/2017 UNTIL 02/19/2020

PETITIONER
CURRICULUM ASSOCIATES LLC,
153 RANGEWAY RD
NORTH BILLERICA MA 018620901

125775183 85
Receipt Number EAC1709950622
US Citizenship and Immigration Services

I94 Departure Record
Petitioner: CURRICULUM ASSOCIATES LLC

| 14. Family Name<br>AKELLA | |
|---|---|
| 15. First (Given) Name<br>KAMESWARA RAO SRIN | 16. Date of Birth<br>12/13/1986 |
| 17. Country of Citizenship<br>INDIA | |

Form I-797A (Rev. 10/31/05) N

**CA 0143**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**



| Receipt Number | | Case Type |
| --- | --- | --- |
| EAC1709950622 | | I129 – PETITION FOR A NONIMMIGRANT WORKER |
| Receipt Date | Priority Date | Petitioner |
| 02/24/2017 | | CURRICULUM ASSOCIATES LLC. |
| Notice Date | Page | Beneficiary |
| 03/07/2017 | 2 of 2 | AKELLA, KAMESWARA RAO SRIN |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Receipt VOID | VOID | VOID |
| --- | --- | --- |
| I-94# | | |
| NAME VOID | VOID | VOID |
| CLASS | | |
| VALID FROM UNVOID | VOID | |
| PETITIONER VOID | VOID | VOID |
| VOID | VOID | VOID |
| VOID | VOID | VOID |

Receipt Number VOID    VOID

US Citizenship and Immigration Services

VOID    VOID    VOID

I94 Departure Record

Petitioner VOID    VOID    VOID

14. Family Name

VOID    VOID    VOID

15. First (Given) Name          16. Date of Birth

VOID    VOID    VOID

17. Country of Citizenship VOID    VOID

VOID    VOID    VOID

Form I-797A (Rev. 10/31/05) N

CA 0144



AKELLA-198144-WEV-MK-1E5BB

## EVALUATION OF ACADEMIC QUALIFICATIONS AND EXPERIENCE

450 7th Ave, 8th Floor, New York, NY 10123  tel 212-213-1015  fax 212-213-1025  www.myde.com

Morningside Evaluations and Consulting

March 14, 2013

Name: **AKELLA, KAMESWARA RAO SRINIVASA POLESWARA**

Institution: Jawaharlal Nehru Technological University
Country: India
Degree: Bachelor of Technology
Length of Program: Four years
Date of Qualification: 2008

Years of Qualifying Experience: More than four years
Field of Work Experience: Computer Information Systems

Degree Equivalent Based on Academic Qualifications Alone
### BACHELOR OF SCIENCE IN MECHANICAL ENGINEERING

Degree Equivalent Based on Academic Qualifications and Professional Experience
### BACHELOR OF SCIENCE IN COMPUTER INFORMATION SYSTEMS

The text below is an academic and experiential evaluation of the degrees and work experience attained by Kameswara Rao Srinivasa Poleswara Akella during the course of academic and professional careers which is based upon the Bachelor of Technology degree from Jawaharlal Nehru Technological University and employment history as represented in letters from employers and a curriculum vitae.

## ACADEMIC QUALIFICATIONS

Graduation from high school and competitive entrance examination scores are requirements for admission and enrollment in Jawaharlal Nehru Technological University, an accredited institution of higher learning in India. After enrolling and completing *four years of* academic coursework and examinations at the University, Kameswara Rao Srinivasa Poleswara Akella qualified for the Bachelor of Technology degree in 2008. The diploma demonstrates that Kameswara Rao Srinivasa Poleswara Akella completed the course of studies at Jawaharlal Nehru Technological University.

Kameswara Rao Srinivasa Poleswara Akella completed coursework in general studies, including coursework in English, the social sciences, mathematics and the sciences. Additionally, Kameswara Rao Srinivasa Poleswara Akella completed specialized courses in the respective major, Mechanical Engineering, and other related courses. Coursework in the above-mentioned areas, coupled with other specialized studies, comprise the required curriculum for a candidate seeking a university degree from an accredited institution of higher education in the United States.

CA 0145



Considering Kameswara Rao Srinivasa Poleswara Akella's completion of a Bachelor of Technology degree from Jawaharlal Nehru Technological University, Kameswara Rao Srinivasa Poleswara Akella has satisfied equivalent requirements to the completion of a Bachelor of Science degree in Mechanical Engineering from an accredited institution of higher education in the United States.

## PROFESSIONAL EXPERIENCE

In addition to academic studies, Kameswara Rao Srinivasa Poleswara Akella has worked for more than four years in Computer Information Systems and related fields. During this period Kameswara Rao Srinivasa Poleswara Akella served in progressively sophisticated and responsible positions, together with peers, in both non-managerial and managerial capacities, at a level of work experience equal to Bachelor's-level training.

From August 2008 to September 2010, Kameswara Rao Srinivasa Poleswara Akella worked for Accenture Services Private Limited as a Senior Programmer. This position had responsibilities that included application deployment, test design and planning, and requirements analysis. From September 2010 to June 2012, Kameswara Rao Srinivasa Poleswara Akella worked for Manhattan Associates Pvt Ltd as a Quality Assurance Analyst. This position entailed test automation, creation of an automation framework, and analyzing developer feedback.

Kameswara Rao Srinivasa Poleswara Akella has been employed by Happiest Minds Technologies Pvt Ltd since June 2012 as a Module Lead. In this role, Kameswara Rao Srinivasa Poleswara Akella has responsibilities that include leading automation strategy, test design, and test execution.

The foregoing is a summary of Kameswara Rao Srinivasa Poleswara Akella's professional experience and itemizes Kameswara Rao Srinivasa Poleswara Akella responsibilities during a period of more than four years of employment experience and training in the field of Computer Information Systems. The responsibilities handled throughout Kameswara Rao Srinivasa Poleswara Akella's career are indicative of Bachelor's-level coursework in Computer Information Systems and related subjects.

Considering the equivalency ratio mandated by the United States Citizenship and Immigration Services of three years of work experience for one year of college training, Kameswara Rao Srinivasa Poleswara Akella's more than four years reflect the time equivalent of not less than one additional year of Bachelor's-level academic training in Computer Information Systems. On the basis of the concentrated nature of work experience and training in Computer Information Systems, we hereby affirm that Kameswara Rao Srinivasa Poleswara Akella's experiential qualifications are comparable to university-level training in Computer Information Systems.

## SUMMARY

On the basis of the credibility of Jawaharlal Nehru Technological University, and its higher education program, and considering the more than four years of work experience and professional training in Computer Information Systems, it is the judgment of Morningside Evaluations and Consulting that Kameswara Rao Srinivasa Poleswara Akella has attained the equivalent of *a U.S. Bachelor of Science degree in Computer Information Systems* from an accredited institution of higher education in the United States.

CA 0146

AKELLA-198144-WEV-MK-1E508    3/14/2013
Page 3 of 4



This evaluation relies upon copies of the original documents provided by Kameswara Rao Srinivasa Poleswara Akella and represented by Kameswara Rao Srinivasa Poleswara Akella to be authentic and true copies of those documents. There are no apparent grounds for us to disbelieve the authenticity and accuracy of the documentation presented to Morningside Evaluations and Consulting on behalf of Kameswara Rao Srinivasa Poleswara Akella. We represent the foregoing to be an accurate and correct evaluation to the best of our knowledge and belief, pursuant to requirements of United States Citizenship and Immigration Services of the United States Department of Homeland Security.

Morningside Evaluations and Consulting evaluates academic and experiential credentials and specializes in the evaluation of foreign educational credentials.

The foregoing evaluation of Kameswara Rao Srinivasa Poleswara Akella has been prepared and certified by me this *fourteenth day of March 2013*. Because of the position I hold at Parsons The New School of Design, I have the authority to grant college-level credit for training, and/or courses taken at other U.S. or international universities. As part of my position at Parsons The New School of Design, I am responsible for the evaluation of foreign credentials for transfer credit and/or undergraduate and graduate admission. This evaluation is my personal advisory opinion based upon standards and practices that are common in the evaluation of foreign credentials. Parsons The New School of Design has their own internal admission policies and standards that may differ from the methodologies utilized in this evaluation.

Jonatan Jelen

Dr. Jonatan Jelen, Assistant Professor & Director of Graduate Program MS Strategic Design and Management, School of Design Strategies, Parsons The New School of Design, Lead Faculty, College of Business and Faculty, College of Information Systems, the University of Phoenix, Jersey City Campus; Adjunct Assistant Professor, Management Department, Zicklin School of Business at Baruch College of CUNY; Adjunct Associate Professor, Department of Economics and Business Administration, The City College of New York of CUNY; Adjunct Assistant Professor, Department of Technology Management, NYU-Poly; Adjunct Assistant Professor, Department of Management, Tobin School of Business, St. John's University; Senior Evaluator, Morningside Evaluations and Consulting; Member, National Association of Graduate Admissions Professionals NAGAP; Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO); Member NAFSA Association of International Educators.

*For detailed statement of qualifications and experience of evaluator, see attached resume.*

References:

- *World Higher Education Database 2007/8. CD-ROM. New York, New York: Palgrave Macmillan Ltd. 2008.*
- College Credit Recommendation Service. 2004 National Guide to Educational Credit for Training Programs. Washington D.C.: American Council on Education, 2004.
- Central Intelligence Agency. *The World Factbook 2008*. Washington D.C.: Central Intelligence Agency, 2008.
- Association of Commonwealth Universities. *Commonwealth Universities Yearbook, 2007*. 81st ed. New York, New York, 2007.

CA 0147



CA 0148



**JAWAHARLAL NEHRU TECHNOLOGICAL UNIVERSITY**

CC 292028

HYDERABAD, ANDHRA PRADESH, INDIA

College Code: 95 (I A E, SECUNDERABAD)

Mr. Akella S P Kameswara Rao

S/o Mr. A V S S Partha Sarathy

having fulfilled the academic requirements and passed the examination

held during *May - 2008* in *First Class With Distinction*

has this day been admitted by the Executive Council to the Degree of

*Bachelor of Technology*

*Mechanical Engineering*

Given under the Seal of the University

H. T. No: 04951A0319

Date: 27-11-2009

Director of Evaluation

Registrar

Case 1:20-cv-10456-PBS   Document 1-1   Filed 03/06/20   Page 151 of 211

# JAWAHARLAL NEHRU TECHNOLOGICAL UNIVERSITY
## HYDERABAD - 500 072
### ANDHRA PRADESH, INDIA
**MEMORANDUM OF MARKS**

MEMO NO. A 1086170

S.No. 77A2139

EXAMINATION: I YEAR B.Tech I (RR) Reg

HALL TICKET NO.: 04951A0319

BRANCH: MECHANICAL ENGINEERING

MONTH & YEAR OF EXAM: June 2005

NAME: AKELLA S PURANESWARA RAO

INSTITUTION: I A E, SECUNDERABAD

| S.No. | SUBJECT CODE | SUBJECT TITLE | Internal Marks | End Exam. | Total Marks | Result | Credits |
|-------|-------------|---------------|----------------|-----------|-------------|--------|---------|
| 1 | A9901 | ENGLISH | 11 | 63 | 74 | P | 4 |
| 2 | A9902 | MATHEMATICS - I | 13 | 59 | 72 | P | 6 |
| 3 | A9903 | ENGINEERING PHYSICS | 16 | 75 | 91 | P | 4 |
| 4 | A9911 | ENGINEERING CHEMISTRY | 19 | 61 | 80 | P | 4 |
| 5 | A9912 | ENGINEERING MECHANICS | 17 | 74 | 91 | P | 4 |
| 6 | A9904 | INTRODUCTIONS TO COMPUTERS | 17 | 40 | 57 | P | 6 |
| 7 | A9905 | ENGINEERING GRAPHICS | 18 | 28 | 43 | P | 8 |
| 8 | A9301 | ENGINEERING PHYSICS (LAB) | 24 | 47 | 71 | P | 2 |
| 9 | A9302 | FUELS & LUBRICANTS (LAB) | 19 | 43 | 62 | P | 2 |
| 10 | A9303 | COMPUTER (LAB) | 23 | 37 | 60 | P | 8 |
| 11 | A9304 | WORK SHOP | 23 | 43 | 66 | P | 4 |

| SUBJECTS REGISTERED | 11 | APPEARED | 11 | PASSED | 11 | TOTAL | 197 | 570 | 767 | | 56 |

AGGREGATE (IN WORDS): *** Seven Six Seven ***

P: PASS
F: FAIL
AB: ABSENT

DATE: 10-09-2005    VERIFIED BY:

CONTROLLER OF EXAMINATIONS

INSTRUCTIONS:

| | MAXIMUM MARKS | | | MINIMUM FOR PASS | |
|---|---|---|---|---|---|
| | Internal | End Exam | Total of Int. & End | End Exam | Total of Int. & End |
| THEORY/DRAWING/DESIGN SUBJECTS | 20 | 80 | 100 | 28 | 40 |
| PRACTICAL SUBJECTS | 25 | 50 | 75 | 18 | 30 |

Note: The application for the recounting of marks with prescribed fee should be submitted within 15 days from the date of publication of results.

CA 0150

Case 1:20-cv-10456-PBS    Document 1-1    Filed 03/06/20    Page 152 of 211



HYDERABAD - 500 072
ANDHRA PRADESH, INDIA
**MEMORANDUM OF MARKS**

MEMO NO. A 1281761

S.No. 102400AE

EXAMINATION: II B.Tech. I Sem. (RR) Reg          HALL TICKET NO: 049S1A0019

BRANCH: MECHANICAL ENGINEERING          MONTH & YEAR OF EXAM: November, 2005

NAME: AKELLA S P KAMESWARA RAO          INSTITUTION: I A E SECUNDERABAD

| S.No. | SUBJECT CODE | SUBJECT TITLE | Internal Marks | End Exam. | Total Marks | Result | Credits |
|---|---|---|---|---|---|---|---|
| 1 | B9901 | MATHEMATICS — II | 17 | 44 | 61 | P | 4 |
| 2 | B9704 | DATA STRUCTURES THROUGH C | 14 | 47 | 61 | P | 4 |
| 3 | B9905 | ELECTRICAL ENGINEERING | 13 | 49 | 62 | P | 4 |
| 4 | B9906 | BASIC ELECTRONICS | 13 | 44 | 57 | P | 4 |
| 5 | B0301 | THERMODYNAMICS | 8 | 44 | 52 | P | 4 |
| 6 | B9907 | MACHINE DRAWING | 15 | 66 | 81 | P | 4 |
| 7 | B0302 | DATA STRUCTURES (LAB) | 17 | 24 | 41 | F | 2 |
| 8 | B0303 | ELECTRICAL & ELECTRONICS (LAB) | 15 | 29 | 44 | P | 2 |

| SUBJECTS REGISTERED 8 | APPEARED 8 | PASSED 8 | TOTAL | 112 | 347 | 459 | | 28 |

AGGREGATE (IN WORDS): *** Four Five Nine ***

P : PASS
F : FAIL
AB : ABSENT

DATE: 29-12-2005          VERIFIED BY

CONTROLLER OF EXAMINATIONS

INSTRUCTIONS:

| | MAXIMUM MARKS Internal End Exam Total of Int. & End | | | MINIMUM FOR PASS End Exam Total of Int. & End | |
|---|---|---|---|---|---|
| THEORY/DRAWING/DESIGN SUBJECTS | 20 | 80 | 100 | 05 | 40 |
| PRACTICAL SUBJECTS | 25 | 50 | 75 | 18 | 30 |

Note: The application for the recounting of marks with prescribed fee should be submitted within 15 days from the date of publication of results.

CA 0151



CA 0152



## JAWAHARLAL NEHRU TECHNOLOGICAL UNIVERSITY
### HYDERABAD - 500 072, ANDHRA PRADESH, INDIA

MEMO NO.: B 0454173

### MEMORANDUM OF MARKS

Sl No: 12539271

EXAMINATION: III B.Tech. I Sem. (RR) Reg.     HALL TICKET NO: 0495160319

BRANCH: MECHANICAL ENGINEERING     MONTH & YEAR OF EXAM: November, 2006

NAME: AKELLA S P KAMESWARA RAO     INSTITUTION: I A E, SECUNDERABAD

| S.No. | SUBJECT CODE | SUBJECT TITLE | Internal Marks | End Exam | Total Marks | Result | Credits |
|---|---|---|---|---|---|---|---|
| 1 | D9901 | MANAGERIAL ECON.&FINANCIAL ANA. | 16 | 41 | 57 | P | 4 |
| 2 | D0301 | HYDRAULIC MACHINERY & SYS. | 12 | 63 | 75 | P | 4 |
| 3 | D0302 | PRODUCTION TECHNOLOGY | 13 | 59 | 72 | P | 4 |
| 4 | D9904 | KINEMATIC OF MACHINES | 18 | 78 | 96 | P | 4 |
| 5 | D9905 | DESIGN OF MACHINE MEMBERS-I | 14 | 59 | 73 | P | 4 |
| 6 | D0304 | THERMAL ENGINEERING - II | 9 | 58 | 67 | P | 4 |
| 7 | D0305 | MECH.OF SOLIDS,MECH.OF H.M.(LAB) | 21 | 42 | 63 | P | 2 |
| 8 | D0306 | PRODUCTION TECHNOLOGY (LAB) | 20 | 44 | 64 | P | 2 |

SUBJECTS REGISTERED: 8     APPEARED: 8     PASSED: 8     TOTAL 123 | 444 | 567 | | 28

AGGREGATE (IN WORDS):     *** Five Six Seven ***

DATE: 18-12-2006     VERIFIED BY:     CONTROLLER OF EXAMINATIONS

INSTRUCTIONS:

| | MAXIMUM MARKS | | | MINIMUM FOR PASS | |
|---|---|---|---|---|---|
| | Internal | End Exam | Total of Int. & End | End Exam | Total of Int. & End |
| THEORY/DRAWING/DESIGN SUBJECTS | 20 | 80 | 100 | 28 | 40 |
| PRACTICAL SUBJECTS | 25 | 50 | 75 | 18 | 30 |

P-PASS     F-FAIL     AB-ABSENT

CA 0153



CA 0154



CA 0155



JAWAHARLAL NEHRU TECHNOLOGICAL UNIVERSITY
HYDERABAD - 500 072, ANDHRA PRADESH, INDIA

MEMO NO.: B 1547611

MEMORANDUM OF MARKS

S.No. 19125778

EXAMINATION: IV B.Tech. II Sem. (RR) Reg.     HALL TICKET NO: 04931A0319

BRANCH: MECHANICAL ENGINEERING     MONTH & YEAR OF EXAM: May - 2008

NAME: AKELLA S P KAMESWARA RAO     INSTITUTION: I A E, SECUNDERABAD

| S.No. | SUBJECT CODE | SUBJECT TITLE | Internal Marks | End Exam | Total Marks | Result | Credits |
|---|---|---|---|---|---|---|---|
| 1 | G9902 | MECHANICAL HANDLING EQUIPMENT | 15 | 53 | 68 | P | 4 |
| 2 | G9905 | ROBOTICS | 13 | 60 | 73 | P | 4 |
| 3 | G0302 | PROJECT B | 40 | 150 | 190 | P | 6 |

SUBJECTS REGISTERED: 3     APPEARED: 3     PASSED: 3     TOTAL: 68 | 263 | 331 | | 14

AGGREGATE (IN WORDS): *** Three Three Seven ***

DATE: 16-05-2008     VERIFIED BY:     CONTROLLER OF EXAMINATIONS

INSTRUCTIONS:

| | MAXIMUM MARKS | | | MINIMUM FOR PASS | |
|---|---|---|---|---|---|
| | Internal | End Exam. | Total of Int. & End | End Exam | Total of Int. & End |
| THEORY/DRAWING/DESIGN SUBJECTS | 20 | 80 | 100 | 28 | 40 |
| PRACTICAL SUBJECTS Project | 40 | 160 | 200 | 56 | 80 |

P: PASS     F: FAIL     AB: ABSENT

CA 0156

Kameswararao Akella – SDET Lead

## Kameswara Rao Akella
Kamesh.asp@gmail.com
617-971-7820(USA)

*Test Lead in Happiest Minds Technologies Pvt. Ltd.*

---

### Profile Summary

- Currently handling responsibilities as a **Test Lead** with over **8 Years 4 Months** of experience in Software Testing, Test Automation and Successful delivery of software projects with Reputed software companies
- Consistently recognized for technical troubleshooting skills used to rapidly and cost-effectively resolve challenging technical issues and used various Testing Techniques to improve the quality and time taken for testing a software product.
- Quickly learn and master new technology; equally successful in both team and self-directed settings; and proficient in a range of computer systems, languages, tools and testing methodologies.
- Professional Visa Status –**US-H1B**

---

### Technical Experience Summary

- Experience in Automation tool components such as **Selenium Webdriver, Core Java, Python 2.x, Rest Assured** Libraries to facilitate Automation at different layers of the application UI, API, DB, Non-Functional.
- Good understanding of OOPS and develop patterns in Java, **strong in Builder & Factory patterns**.
- I have knowledge on **multi-thread** runs without **memory leaks and reduce space and time complexity** in Java
- Big Data testing in **Hadoop Eco system**, have exposure in using tools like **Kafka, Storm etc.,** on a Cloud Storage **(Amazon Web Services)** & I have **created utilities** for accelerating the Big Data Testing at multiple components by mimicking Data source and reducing the dependency on the Source for faster turn-around on issues
- Security testing using **OWASP** guidelines and **ZAP proxy, Burp Suite** etc.,
- **Accessibility Automation** on Web applications using **WCAG2.0 guidelines**
- Strong Knowledge in implementation of the JUnit/TestNG frameworks and Integrate them Database to store the generated reports. Continuous reporting through Extent reports, Test Result Analyzer in the CI systems, to give informative and interactive reports to take informed decisions.
- **Continuous Integration** of Selenium with **Jenkins, Ant, Sonar, Git** and Continuous quality improvement of code using the Code Coverage tools such as **JaCoCo, Sonar Qube, Fish Eye** etc.,
- Parallel execution of test scripts to cut down the time of execution using **Sauce labs, Selenium Grid** etc.,
- Selenium expert with over 7+ Years of on hand experience in Software Quality Assurance and Product Delivery Methods. Over 3 years of experience in handling QTP related product Automation.
- Consistently recognized for technical troubleshooting skills used to rapidly and cost-effectively resolve
- challenging technical issues and used various Testing Techniques to improve the quality and time taken for testing a software product.
- Quickly learn and master new technology; equally successful in both team and self-directed settings and proficient in a range of computer systems, languages, tools and testing methodologies.

Page 1 of 6

CA 0157

Kameswararao Akella – SDET Lead

---

## Skills Summary

| | |
|---|---|
| **Certifications:** | HP QTP 9.2 Certified Professional |
| **Test Tools:** | Selenium Web Driver, Selenium RC, Selenium Grid 1.0.8 , HP Quality Center 9.2; HP QTP 9.2,QTP 10.0,QTP 11.0; Rational CC 7, Rational CQ 7, Red Mine |
| **Object Locator Tools:** | Fire path0.9.7, Fire Bug1.7, X-pather1.4.5 |
| **Databases:** | SQL Server 2008, Big Data(Hadoop) |
| **Languages:** | Visual Basic Script, Java(SE), SQL, HTML |
| **Software:** | MS Office, MS Publisher |
| **Operating Sys:** | Windows, UNIX |
| **Frameworks:** | KWD/DD/Hybrid in QTP, JUnit/TestNG/DD in Selenium |
| **Intgr. Tool:** | Selenium-Hudson Server 2.2.0 |

---

## Education Summary

**JNTU(H) – Institute of Aeronautical Engineering**

B.Tech in Mechanical Engineering                    • 72.72%

**Board of Intermediate Education**

12th Standard (Math's, Physics, Chemistry)          • 94.4%

---

## Professional Experience – Current and Previous Organizations

**Happiest Minds Technologies Pvt. Ltd. (Current Employer)**

Role: Test Lead

Overall Experience with Happiest Minds: 4 Years 5 Months (June 2012 – till date)

**Manhattan Associates Pvt Ltd**

Role: Quality Assurance Analyst

Overall Experience with Manhattan Associates: 1 Year 10 Months (Sep 2010 – June 2012)

**Accenture Services Pvt Ltd**

Role: Senior Programmer

Overall Experience with Accenture Services Pvt Ltd: 2 Years 1 Month (Aug 2008 – Sep 2010)

---

## Interests

**Table Tennis**

**Volley Ball**

**Coding in Python**

**Learning about Earth and Cosmos**

**Teaching**

Page 2 of 6

CA 0158

Kameswararao Akella – SDET Lead

---

<div align="center">Tech Project Experience</div>

**Project Experience 1:**

1.  LMS-Realize, NB, Realize Reader - Pearson    Bangalore/Denver/Boston    Jan '16 – Till Date

**Jan '16 – Till Date with LMS Products – Pearson as Test Lead**
**Responsibilities**

- Lead a team of about 11 people and lead on-shore and off-shore activities and run through 4 scrums on a daily basis and handled about 4 major releases in a calendar year and 4 sub-releases with less than 2% of total Prod Issues
- Testing the crown-jewel of an LMS product integrated with various Integration points with multiple systems and back-bone services
- Abundant experience in testing complex integration points supporting Adaptive Learning, Adaptive Analytics in LMS domain
- API Testing of REST web services and automating them using Request Builder
- Creation of Automation framework using Selenium Webdriver and Maven
- Automation of Admin Dashboard application using the Unified Selenium Framework
- Test Design and Planning: Involved in creation of Test Plans & data files as per the requirement
- Analyzing and defining client's requirements in the functional and regression testing of Migrated Project.
- Responsible for planning, conducting and analyzing the complex business problems and processes.
- Responsible for preparing comprehensive test plans and thorough functional testing after the Product
- Functional Testing: Creating/Reviewing Test scripts
- Test Execution, Test scripts creation, Test requirement creation, Defect tracking, Requirement coverage mapping.
- Prepare defect data and test data daily basis.
- Investigation of Failures/Defects.
- Daily communication/report to client.
- Analyze developer feedback and provides tester comment accordingly.

**Additional Initiatives:**

- Trained client side 4 team members on Java and Selenium Framework used by the team

- Orthogonal Array implementation on one of the initiatives to reduce the test execution effort by 30%

- Created best practices documents which have been distributed within the team

**Project Experience 2**

2.  LMS-Analytics - Pearson    Bangalore/Denver/Boston    Jan '13 – Jan '16

**Jan '13 – Jan '16 with Enterprise Analytics – Pearson as Test Lead**
**Responsibilities**

- API Testing of REST web services and automating them using Request Builder
- Big Data testing of live data stream on a Distributed System
- Integration testing of multiple products for a NRT streaming using Apache Storm on AWS Cloud storage services
- Creation of Automation framework using Selenium Webdriver and Maven
- Automation of Admin Dashboard application using the Unified Selenium Framework
- Test Design and Planning: Involved in creation of Test Plans & data files as per the requirement
- Analyzing and defining client's requirements in the functional and regression testing of Migrated Project.
- Responsible for planning, conducting and analyzing the complex business problems and processes.
- Responsible for preparing comprehensive test plans and thorough functional testing after the Product
- Functional Testing: Creating/Reviewing Test scripts
- Test Execution, Test scripts creation, Test requirement creation, Defect tracking, Requirement coverage mapping.
- Prepare defect data and test data daily basis.
- Investigation of Failures/Defects.
- Daily communication/report to client.
- Analyze developer feedback and provides tester comment accordingly.

CA 0159

Kameswararao Akella – SDET Lead

**Additional Initiatives:**

- Part of the Big Data testing team and experience with complete Big Data workflow testing and validations
- Trained team members in Selenium and Java basics for a specific project and also taken up an initiative to train onshor team members on Java and Selenium Framework used by the team
- Orthogonal Array implementation on one of the initiatives to reduce the test execution effort by 30%
- Created best practices documents which have been distributed within the team

**Project Experience 3**

3.  Toshiba – Digital Safe Deposit Box                    Bangalore                    Jun 12 – Dec 12

**Aug 12 – Dec 12 with Toshiba – Digital Safe Deposit Box as Module Lead**
**Responsibilities**

- Test Design and Planning: Involved in creation of Test Plans & data files as per the requirement
- Analyzing and defining client's requirements in the functional and regression testing of Migrated Project.
- Responsible for planning, conducting and analyzing the complex business problems and processes.
- Responsible for preparing comprehensive test plans and thorough functional testing after the Product
- Functional Testing: Creating/Reviewing Test scripts
- Test Execution, Test scripts creation, Test requirement creation, Defect tracking, Requirement coverage mapping.
- Generation of Automation Test scripts for the Toshiba Digital Safe Deposit box website for functional testing using Selenium Web Driver
- Execution of the Automation Test scripts using JUnit framework and save the generated reports into a DB
- Prepare defect data and test data daily basis.
- Investigation of Failures/Defects.
- Daily communication/report to client.
- Analyze developer feedback and provides tester comment accordingly.

**Additional Responsibilities**

- Performed performance testing on the windows 8 metro style application using the Windows Performance Analyzer tool and Manual Test scripts

- Feasibility study on different Cloud Storage services in par with the product for the client to have a broader perspective of the comparison of features and thus help them make right product design and functional decisions

- As part of the Automation CoE in Happiest Minds created a framework for Automation of Toshiba Digital Safe Deposit box using Selenium Web Driver

    o   I have written automation scripts using selenium tool in java
    o   I have created generic work flow functions for reusability against any web application with little amount of rework
    o   I have generated Test NG, XML reports and parsing them into the DB

Page 4 of 6

CA 0160

Kameswararao Akella – SDET Lead

**Manhattan Associates Pvt. Ltd.**

Role: QA Analyst

Overall Experience with Manhattan Associates: 1 Year 10 Months (Sep '10 – Jun '12)

**Project Experience 5**

| | | | |
|---|---|---|---|
| 4. | Total Cost to Serve | Bangalore | Sep 10 – Jun 12 |

**Sep '10 – Jun '12 with Total Cost to Serve as Quality Assurance Analyst**

**Responsibilities**

- Build Deployment, Installation and Deployment of Application.
- Test Automation and Creation of Automation Framework using QTP and Selenium Web Driver
- Test Design and Planning: Involved in creation of Test Plans & data files as per the requirement
- Analyzing and defining client's requirements in the functional and regression testing of Migrated Project.
- Responsible for planning, conducting and analyzing the complex business problems and processes.
- Responsible for preparing comprehensive test plans and thorough functional testing after the Product
- Functional Testing: Creating/Reviewing Test scripts
- Test Execution, Test scripts creation, Test requirement creation, Defect tracking, Requirement coverage linking, uploading scripts in Quality Centre.
- Prepare defect data and test data daily basis.
- Investigation of Failures/Defects.
- Daily communication/report to client.
- Analyze developer feedback and provides tester comment accordingly.

**Additional Responsibilities**

- Part of CoE for Quality Assurance team, I have lead and participated in the below activities as part of that group in my current Organization
- Feasibility study on different Test Management Tools in the market and submitted the report to Senior Management
- I was part of the Automation CoE team, in which we have done a POC for Selenium Web Driver, in which we have created a framework for on the product and do a ROI analysis against the existing tool QTP and submitted our recommendations to the senior management
- Leading the QA Lab Set-Up team in my Organization
- I Have performed Installation Testing on different Technical Stacks for Installation and Deployment Of our Application
- Developed and Automation Framework to Automate the Low Level Test Cases and CRUD Operations by by-passing Object Repository using HP QTP 10.0
- Learning Model Based Testing which is a new initiative in our QA Team

**Achievements:**

- I have been awarded with Star Performer of Quarter and Spot Bonus Award for my contributions towards the TCS product and India CoE initiatives.

CA 0161

Kameswararao Akella – SDET Lead

## Accenture Services Private Limited

Role: Senior Programmer

Overall Experience with Accenture Serivces Pvt Ltd: 2 Years ( Aug '08 – Sep '10)

### Project Experience(s)

| | | | |
|---|---|---|---|
| 1. | Bank of America Project | Bangalore | Apr 09 – Sep 10 |
| 2. | BMW Project | Hyderabad | Dec 08 – Apr 09 |
| 3. | Accenture Greenfield Testing Training | Hyderabad | Aug 08 – Dec 08 |

### Apr '09 – Sep '10 with a Reputed Client as Senior Programmer

| | | |
|---|---|---|
| Project title | : | Dotcom |
| Client | : | Bank of America Project |
| Team Size | : | 6 |

### Responsibilities:
- Build Deployment, Installation and Deployment of Application.
- Test Design and Planning: Involved in creation of Test Plans & data files as per the requirement
- Analyzing and defining client's requirements in the functional and regression testing of Migrated Project.
- Responsible for planning, conducting and analyzing the complex business problems and processes.
- Responsible for preparing comprehensive test plans and thorough functional testing after the Product
- Functional Testing: Creating/Reviewing Test scripts
- Test Execution, Test scripts creation, Test requirement creation, Defect tracking, Requirement coverage linking, uploading scripts in Quality Centre.
- Prepare defect data and test data daily basis.
- Investigation of Failures/Defects.
- Daily communication/report to client.
- Analyze developer feedback and provides tester comment accordingly.

### Additional Responsibilities:
- I have lead the QTP tool training initiative within our Delivery Unit, conducted exams and evaluated the results.
- Prepared re-usable assets with Excel Macros and VB Script for calculating the timesheets in my project
- I was part of Non-Profit Action in creating a school web-site for under privileged children in my Organization
- I have won Table Tennis Championship in my Project

### Achievements:
- Certified in QTP 9.2 from HP.
- Achieved Celebrating Performance Award for quality performance.
- Successfully working towards meeting objective of team as well as project.

### Dec '08 – Apr '09 with a Reputed Client as Programmer

| | | |
|---|---|---|
| Project title | : | BMW SAO |
| Client | : | BMW |
| Team Size | : | 12 |

### Responsibilities:
- Test Execution, Test scripts creation
- Test requirement creation, Defect tracking.
- Requirement coverage linking, uploading scripts in Quality Centre.
- Handling Functional, regression testing activities using the functional methodology
- Handing Matrixes Status report, Defect report for a team.
- Ensuring Results Collation and reporting the management.

### Achievements:
- Achieved Celebrating Performance Award for quality performance.
- Successfully worked towards meeting objective of team as well as project.

CA 0162


Associates.

June 27, 2012

## TO WHOMSOEVER IT MAY CONCERN

Subject: Experience Certificate

This is to certify that **Kameswara Rao Akella** was working with us from **September 15, 2010** to **June 27, 2012.** His last title was **Quality Assurance Analyst.**

**For Manhattan Associates (India) Development Centre**

Ashika Muthanna
**Manager – Human Resources.**

Manhattan Associates (India) Development Centre Private Limited  |  172,
LPIP Zone, Phase II,
Whitefield Read,
Bangalore - 560 066, India.  |  main  +91 - 80 - 4041 8080
fax   +91 - 80 - 4041 8090
web   www.manh.com

CA 0163



**Happiest Minds Technologies Pvt. Ltd.**
Block II, Velankani Tech Park, 43 Electronics City
Hosur Road, Bangalore 560100
P: +91 80 332 03333. F: +91 80 332 03000
www.happiestminds.com

Kameswara  Rao Akella                                    26-04-2012
Bangalore

Dear Kameswara,

I am pleased to confirm the following offer for your employment at Happiest Minds Technologies Ltd.

Designation          :     Module Lead
Business Unit         :     SPE
Compensation          :     INR 7,80,000.00

| Basic | 21,552.00 |
|---|---|
| Flexible Expense Plan | 32,328.00 |
| Sub Total | 53,879.00 |
| Provident Fund | 2,586.00 |
| Gratuity | 1,034.00 |
| Insurance | 1,000.00 |
| Monthly Fixed | 58,500.00 |
| Annual Fixed | 7,02,000.00 |
| Performance Bonus | 78,000.00 |
| Cost To Company | 7,80,000.00 |

ESOP: Opportunity to participate in the Stock Option plan for 3000 options, at the Grant Price applicable on the 1st day of the Quarter following your date of joining.

This constitutes a firm commitment on both sides. The continuation of your employment with us is contingent in you successfully clearing Background verification.

Regards,

Raja Shanmugam
Chief People Officer

CA 0164

 **happiest minds**
The Mindful IT Company

**Happiest Minds Technologies Pvt Ltd**
SJR Equinox, Sy. No. 47/8, Doddathogur Village
Begur Hobli, Electronics City Phase 1, Bengaluru 560100
P: +91 80 332 03333, F: +91 80 332 03000
www.happiestminds.com

KAMESWARA RAO AKELLA
HM0000413
PES

Dear Kameswararao,

Thank you for being an integral part of our growth from 27 June 2012.

We sincerely appreciate your contribution towards the progress and success of Happiest Minds through your dedicated efforts.

We are pleased to promote you from Competency Level **C4** to competency level **C5** to the role of **ASSOCIATE TEST ARCHITECT-PES** with effect from **1 January 2017.** The revised compensation applicable to you in the new role is as per the annexure enclosed.

Please accept our heartiest congratulations!

We wish you a long, successful and happy career with Happiest Minds.

With warm regards,

Raja Shanmugam
Chief People Officer

Company Confidential

**CA 0165**


**happiest minds**
The Mindful IT Company

Happiest Minds Technologies Pvt Ltd
SJR Equinox, Sy. No. 47/8, Doddathogur Village
Begur Hobli, Electronics City Phase I, Bengaluru 560100
P: +91 80 332 03333, F: +91 80 332 03000
www.happiestminds.com

Annexure

Breakup of Compensation - REVISED

KAMESWARA RAO AKELLA
HM0000413
PES

|  | PARTICULARS | Previous (Amount in USD) | New (Amount in USD) |
|---|---|---|---|
| (i) | Annual Fixed Salary | 91,675 | 94,572 |
| (ii) | Annual Variable Pay* | 3,325 | 3,430 |
| (iii) | Cost To Company [ (i) + (ii)] | 95,000 | 98,002 |

*You will be eligible for variable pay in accordance with the Happiest Minds variable pay plan for the corresponding year.

All other terms and conditions of your appointment remain the same.

With warm regards,

Raja Shanmugam
Chief People Officer

Company Confidential

**CA 0166**

Save $600/yr. on Internet - Switch & Save Days: Save $600/yr when you buy 75 Mbps Business Internet  Ad



Promoted

COMCAST
BUSINESS
BEYOND FAST

Save $600/yr.
Internet
Switch & Save Days
$600/yr when you l
Mbps Business Int

Learn more

## KameswaraRao Akella · 3rd

Test Engineer

Greater Boston Area

**Connect**  ...

 Curriculum Associates

 Jawaharlal Nehru
Technological University

See contact info

500+ connections

People Also Viev

 **Bidisha**
Manage

 **Archan**
Senior S

 **RACHII**
Founder

 **Keerthi**
Software

 **Sai Kira**
DevOps
Co.

 **Vasavi**
Salesfor
Solution

 **Nichola**
Software
Co.

 **Sateesh**
MTS at S

 **Tim De**
Derivativ
& Co.

**Ishita P**
Patient (
Urgent I

Experience in Automation
tool components such as Selenium Webdriver, Core Java, Python 2.x, Rest Assured
Libraries to facilitate Automation at different layers of the application UI,
API, DB, Non-Functional.

Good understanding of OOPS and develop patterns
in Java, strong in Builder & Factory patterns.
I have knowledge on
multi-thread runs without memory leaks and reduce space and time complexity in
Java.

Quality Assurance for Big Data based Data platforms in Hadoop Eco
system, have hands-on experience in tools like Kafka, Storm, Kafka Connect,
Debezium, Schema Registry, Spark, Red shift, Aws pipelines,
MemSql.

Security testing using OWASP guidelines and ZAP proxy, Burp Suite
etc.,

Accessibility Testing and Automation on Web applications using
WCAG2.0 guidelines

Strong Knowledge in implementation of the JUnit/TestNG
frameworks and integrate them Database to store the generated
reports

Continuous Integration of Selenium with Jenkins, Ant, Sonar, Git
and Continuous quality improvement of code using the Code Coverage tools such as
JaCoCo, Sonar Qube, Fish Eye etc.,

Learn the skills K

Parallel execution of test scripts to

Messaging

cut down the time of execution using Sauce labs, Selenium Grid etc.,

Continuous reporting through Extent reports, Test Result Analyzer in the CI systems, to give informative and interactive reports to take informed decisions.

Selenium expert with over 7+ Years of on hand experience in Software Quality Assurance and Product Delivery Methods. Over 3 years of experience in handling QTP related product Automation.

Consistently recognized for technical troubleshooting skills used to rapidly and cost-effectively resolve challenging technical issues and used various Testing Techniques to improve the quality and time taken for testing a software product.

Quickly learn and master new technology; equally successful in both team and self-directed settings; and proficient in a range of computer systems, languages, tools and testing methodologies.

Show less ⌃





See more courses

Promoted

COMCAST
BUSINESS
BEYOND FAST

Save $600/yr.
Internet
Switch & Save Day:
$600/yr when you I
Mbps Business Int

Learn more

## Activity
580 followers

 **Senior/Principal Quality Engineer**
KameswaraRao shared this
2 Likes

 If you have a hunger for learning and a passion for technology, Happiest Minds is the place to be in, says Preeti Menon, Vice...
KameswaraRao shared this
1 Like

 We are conducting an exclusive Women Hiring Program on Saturday, 9th March 2019. Watch our page for details of open posi...
KameswaraRao shared this
2 Likes

See all

## Experience

 **Senior Quality Assurance Engineer**
Curriculum Associates
Mar 2017 – Present · 2 yrs 1 mo
Billerica, Massachusetts

Ensuring Quality in Education Software and being part of making a difference!!

- Implementation of Next Gen Data Pipeline with Kafka, S3, Spark, MemSQL
- Contribute to Test Automation framework development
- Part of the Test Framework design forum in Engineering

Messaging

CA 0168

- I enjoy Mentoring and learning from new people, tech and problems.

Contributor to Performance Engineering team at Curriculum Associates.



### Associate Architect in Quality Engineering

Happiest Minds Technologies

Jun 2012 – Mar 2017 · 4 yrs 10 mos

Greater Boston Area, Bangalore

Solutions to Software Quality in various Architectures and Domains
SME in e-learning and LMS domain and Data Standardization
Evangelize Quality as a core parameter in Software Development
UI, API, DB test Automation experience, ability to ramp up tests within timelines and Quality... See more



### Quality Assurance Analyst

Manhattan Associates

Sep 2010 – Jun 2012 · 1 yr 10 mos

Development of Selenium Web Driver framework
Expertise on Cognos Query Studio/Report Studio
Development of QTP Framework
Execution and Reporting Test Suites for Multiple Releases... See more



### Senior Programmer

Accenture

Aug 2008 – Sep 2010 · 2 yrs 2 mos

Bangalore

I have been Part of Bank of America Project and BMW SAO

Responsibilities:
... See more

## Education



### Jawaharlal Nehru Technological University

B.Tech, Mechanical Engineering, 72.7%

2004 – 2008

Studied Mechanical Engineering



### Gayathri Junior College

High School, Maths, Physics, Chemistry, 94.4%

2002 – 2004

Studied 10+2 with Maths, Physics, Chemistry as main stream subjects



### Minverva Public School, Prathipadu

86.5%

1999 – 2002

Completed my 10th Standard

## Volunteer Experience

Messaging

CA 0169

Volunteered for couple of sessions with Teach India initiative in Hyderabad
Teach India Project

**Volunteer**
Code for America
Jan 2019 – Present · 3 mos
Civil Rights and Social Action

## Skills & Endorsements

Python

Apache Spark

Scala

Show more ∨

## Recommendations

Received (1)      Given (3)

**Monica Bowen**
Certified ScrumMaster®
Professional, Certified
Scrum@Scale Practitioner,
Technology Project Manager
December 23, 2016,
KameswaraRao worked with
Monica in the same group

Kamesh is extremely diligent and dedicated to doing excellent work. He is also great to work with. He has worked both offshore and onshore, managing work and helping to maintain good communication between our onshore and offshore teams, helping to support new feature development and major releases.

## Accomplishments

**3** Languages   ∨
English · Hindi · Telugu

**2** Honors & Awards   ∨
Super Star Performer 2015-16 · Super Star Performer 2014-15

**2** Organizations   ∨
Code for Boston · YHAI

**Linked**[in]

Privacy
Community
Have Questions?
Guidelines
Terms Visit our Help Center.

Select Language

English   Messaging   ☑ ⚙

CA 0170

CA 0171

# UNITED STATES OF AMERICA

## I-797B | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>LIN1901750419 | | Case Type<br>I129 - PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| Received Date<br>10/22/2018 | Priority Date | Petitioner<br>CURRICULUM ASSOCIATES LLC |
| Notice Date<br>10/26/2018 | Page<br>1 of 2 | Beneficiary  A215 964 490<br>ATHIAPPAN, MAHENDRAN |

CURRICULUM ASSOCIATES LLC
c/o BARBARA CHIN
MINTZ
ONE FINANCIAL CENTER FLR 40
BOSTON  MA  02111

**Notice Type:**   Approval Notice
Class: H1B
Valid from 10/31/2018 to 10/07/2021
Consulate: MONTREAL

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. **THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized. When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 1

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521
**Customer Service Telephone: (800) 375-5283**

Please tear off portion below and forward it to the alien worker.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: LIN1901750419                Case Type: I129
Notice Date: October 26, 2018          Petitioner: CURRICULUM ASSOCIATES LLC,
Petitioner Validity Dates:  Valid from   10/31/2018 to 10/07/2021   Number of Workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| ATHIAPPAN, MAHENDRAN | 05/06/1978 | INDIA | H1B | MONTREAL | 030 |

FORM I-797B (REV. 02/01/16)

CA 0172

# THE UNITED STATES OF AMERICA

## I-797B | NOTICE OF ACTION

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| LIN1901750419 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 10/22/2018 | **Priority Date** | **Petitioner** CURRICULUM ASSOCIATES LLC |
| **Notice Date** 10/26/2018 | **Page** 2 of 2 | **Beneficiary** A215 964 490 ATHIAPPAN, MAHENDRAN |

| Name ATHIAPPAN, MAHENDRAN | DOB 05/06/1978 | COB INDIA | Class H1B | Consulate/POE MONTREAL | OCC 030 |
|---|---|---|---|---|---|

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521
Customer Service Telephone: (800) 375-5283

Please tear off portion below and forward it to the alien worker.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.



VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID

FORM I-797B (REV. 08/01/16)

CA 0173



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: Info@trustfortecorp.com    www.trustfortecorp.com

## ACADEMIC EQUIVALENCY EVALUATION

Date:                  March 4, 2016

Name:                  ATHIAPPAN, Mahendran
Country:               India

Degree:                Bachelor of Commerce
Institution:           University of Madras
Date of Completion:    April, 2000

Degree:                Master of Computer Applications
Institution:           Periyar University
Date of Completion:    May, 2003

Educational Equivalent in the United States:

### MASTER OF SCIENCE DEGREE IN COMPUTER APPLICATIONS

The following is an analysis and advisory evaluation of the academic credentials of Mr. Mahendran Athiappan. As discussed herein, Mr. Athiappan completed a three-year Bachelor of Commerce program at the University of Madras and a three-year Master of Computer Applications program at Periyar University, both located in India. Based on the foregoing academic credentials, I find that Mr. Athiappan completed the equivalent of six years of post-secondary studies at an accredited US college or university, and attained the foreign equivalent of a Master of Science Degree in Computer Applications from an accredited US university.

Mr. Athiappan completed post-secondary studies in a three-year Bachelor of Commerce program of study at the University of Madras, in India. The University of Madras is an accredited institution of higher education in India. Admission to the bachelors' degree programs offered by the University of Madras is based on the completion of secondary-level studies and competitive entrance examinations.

Mr. Athiappan completed the general studies and specialized studies which lead to a Bachelor of Commerce Degree at the University of Madras. The general studies included entry-level courses which are a requisite component of a bachelor's degree from an institution of higher education in the United States. Based on the subject matter and credit hours of these courses, most such courses would qualify as equivalent to courses in US institutions.

CA 0174



Additionally, Mr. Athiappan completed specialized studies in his area of concentration, Commerce. Following his completion of the required classes and examinations, in April, 2000, Mr. Athiappan was awarded a three-year Bachelor of Commerce Degree by the University of Madras. The nature of the courses and the credit hours involved indicate that he completed the equivalent of three years of academic studies toward a Bachelor's Degree at an accredited US college or university.

I note that this finding has been confirmed by the Electronic Database for Global Education (EDGE) of the American Association of Collegiate Registrars and Admission Officers (AACRAO). According to EDGE, a three-year Bachelor of Commerce Degree awarded by an Indian university "represents attainment of a level of education comparable to...three years of university study in the United States."

Further, Mr. Athiappan commenced studies leading to a three-year Master of Computer Applications Degree at Periyar University, an accredited institution of higher education in India. Admission to the masters' degree programs offered by Periyar University is based on the prior completion of bachelor's studies and competitive entrance examinations. At Periyar University, Mr. Athiappan completed a three-year program comprising graduate-level coursework and research, specializing in Computer Applications. The curriculum of the three-year Master of Computer Applications program at Periyar University typically includes classes and examinations in Algorithms and Data Structures, Software Engineering, Computer Organization, Computer Architecture, Artificial Intelligence, Database Management Systems, Operating Systems, Computer Programming, and related subjects.

Following his completion of the required classes, examinations, and research, in May, 2003, Mr. Athiappan was awarded a three-year Master of Computer Applications Degree by Periyar University. The completion by Mr. Athiappan of the three-year Master of Computer Applications program at Periyar University, following his completion of a Bachelor of Commerce Degree program at the University of Madras, is equivalent to the completion of six years of post-secondary studies, and satisfies the academic requirements for both a four-year bachelor's-level degree and a two-year master's-level degree in the United States. Thus, the nature of the courses and the credit hours involved, considered together with his prior bachelor's studies, indicate that Mr. Athiappan attained the equivalent of a Master of Science Degree in Computer Applications from an accredited US university.

I note that this finding has been confirmed by the Electronic Database for Global Education (EDGE) of the American Association of Collegiate Registrars and Admission Officers (AACRAO). According to EDGE, a Master of Computer Applications Degree awarded by a university in India "represents attainment of a level of education comparable to a master's degree in the United States."

Accordingly, based on the reputations of the academic programs offered by the University of Madras and Periyar University, the number of years of coursework and research,

CA 0175



the nature of the coursework and research, the grades attained in the courses, and the hours of academic coursework and research, it is the judgment of The Trustforte Corporation that Mr. Mahendran Athiappan attained the equivalent of a Master of Science Degree in Computer Applications from an accredited university in the United States.

This evaluation is based on copies of the original documents provided by Mr. Athiappan and represented to be authentic and true copies of the original documents. We have no reason to doubt the authenticity and accuracy of these documents. This is a true and correct evaluation to the best of our knowledge and belief, pursuant to requirements of the United States Citizenship and Immigration Services of the United States Department of Homeland Security ("USCIS"). The Trustforte Corporation is a credentials evaluation service and academic advisory firm specializing in the evaluation of foreign educational credentials. Past academic equivalency evaluations of The Trustforte Corporation have been accepted regularly by the USCIS and various US educational institutions.

Corporate Seal

Natalie J. Araujo, M.A., Evaluator; Member, NAFSA: Association of International Educators and National Association for College Admission Counseling (NACAC); Corporate Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO) and National Association of Graduate Admissions Professionals (NAGAP).
*For detailed statement of qualifications and experience of evaluator, see attached resume.*

References:
1. AACRAO EDGE. *AACRAO Electronic Database for Global Education (EDGE)*. Online database. v.1.0. 2004-2006. AACRAO. August 19, 2008. www.aacraoedge.org.
2. Central Intelligence Agency (CIA). *The World Factbook 2008*. Dulles, Virginia: Potomac Books, Inc., December 1, 2007.
3. International Association of Universities. *International Handbook of Universities*. 19th ed. Paris, France: UNESCO House, 1 Rue Miollis, October 16, 2007.
4. Association of Indian Universities. *Universities Handbook*. 31st ed. New Delhi, India: AIU House, 16 Kotla Marg, 2006.
5. The American Council on Education's College Credit Recommendation Service (CREDIT). *2004-2005 National Guide to Education Credit for Training Programs*. Westport, CT: Greenwood Publishing Group, Inc., August 30, 2004.
6. Feagles, Shelley, ed. *A Guide to Educational Systems Around the World*. CD. Washington, DC: NAFSA: Association of International Educators. 1999-2008.

CA 0176



Home   Contact   Logout   My Account   User Guide

AACRAO Electronic
Database for Global        Search [                    ]        Go [ Select Country                              ▼]
Education

## Asia : India : Credential

[Print_Country_Details]

Overview    Educational Ladders    Grading System    Credentials    Institutions    Resources    Author    Glossary

Bachelor of Arts (B.A.); Bachelor of Commerce (B.Com.); Bachelor of Science (B.Sc.); Bachelor of Computer

Applications (B.C.A.)                                                                                    Feedback

[ Bachelor of Arts (B.A.); Bachelor of Commerce (B.Com.); Bachelor of Science (B.Sc.); Bachelor of Computer Applications (B.C.A.) ▼]

Sample Documents

### Credential Description

Awarded upon completion of two to three years of tertiary study beyond the Higher Secondary Certificate (or equivalent).

### Credential Advice

The Bachelor of Arts/Bachelor of Commerce/Bachelor of Science/Bachelor of Computer Applications represents attainment of a level of education comparable to two to three years of university study in the United States. Credit may be awarded on a course-by-course basis.

### Credential Author Notes

A great majority of the BA, BCom, BSc, BBA and BCA degrees in India are awarded after three years of tertiary study beyond grade twelve. You will occasionally encounter a bachelor awarded after two years of tertiary study. These are generally older degrees that have been phased out in favor of the three-year model. It is important to carefully examine the transcript to determine the number of years of study required to receive the degree.

Entrance requirement: Completion of Higher Secondary Certificate or equivalent

Leads to: Further tertiary education

The AACRAO Electronic Database for Global Education (EDGE) is a dynamic database and credential advice is subject to change. Credential advice is modified when new studies of foreign countries' education systems have been undertaken. Based upon the research collected and analyzed, new placement recommendations are reviewed and approved by an acknowledged group of experts. If you have any questions, please contact edge@aacrao.org.

Copyright © 2004 - 2016 American Association of Collegiate Registrars and Admissions Officers

CA 0177



AACRAO Electronic
Database for Global          Search [                    ]    Go [Select Country            ▼]
Education

## Asia : India : Credential                                    🖨 Print Country Details

Overview   Educational Ladders   Grading System   Credentials   Institutions   Resources   Author   Glossary

Master of Computer Applications                                                        Feedback

[ Master of Computer Applications                                                      ▼ ]

📖 Sample Documents

### Credential Description
Awarded upon completion of three years of study beyond the three-year bachelor's degree.

### Credential Advice
The Master of Computer Applications represents attainment of a level of education comparable to a master's degree in the United States.

### Credential Author Notes
Comparable to a degree in computer application, not computer science.

Entrance requirement: Completion of a three-year bachelor's degree
Leads to: Further tertiary education or employment

The AACRAO Electronic Database for Global Education (EDGE) is a dynamic database and credential advice is subject to change. Credential advice is modified when new studies of foreign countries' education systems have been undertaken. Based upon the research collected and analyzed, new placement recommendations are reviewed and approved by an acknowledged group of experts. If you have any questions, please contact edge@aacrao.org.

Copyright © 2004 - 2016 American Association of Collegiate Registrars and Admissions Officers

CA 0178

# NATALIE ARAUJO

## EXPERIENCE

2007 –    **The Trustforte Corporation**
*Evaluator and Vice President of Operations and Client Services*

Perform evaluations of foreign educational credentials; assess foreign credentials and educational systems; provide expert opinions on comparative educational credentials, direct research on foreign universities and educational systems; full-service client support and customer relations management

2004-2007    **The Trustforte Corporation**
*Junior Evaluator and Manager of Client Services*

Conduct research on foreign educational credentials equivalencies; provide analyses with respect to evaluation and education issues; assist clients with equivalency issues; facilitate client relationships.

2002-2004    **Clark University, English Department**
*Teaching Assistant*

Assisted professors with class preparation and correction of essays and exams; taught classes on British Literature, Drama of the Western Tradition, and Communications and Culture; tutored students in writing and composition

2003-2004    **Clark University, Professor Vaughan**
*Research Assistant*

Conducted library and Internet research on 16th century British drama; compiled extensive bibliographies

## EDUCATION

May, 2004    **Clark University, Worcester, MA**
M.A. English, concentration in American Literature

1999-2002    **Johannes Gutenberg-University, Mainz, Germany**
Intermediate Degree in American Studies, December 2001
Major: American Studies \ Minors: British Studies and Media Studies

2002-2004    Awarded prestigious scholarship by the German Academic Exchange Service
(DAAD) for 2002/2003 and 2003/2004

CA 0179

Reg. No    P141039
Col Code    031 / 127

No. 039810



அறிவியல் புலம்

FACULTY OF SCIENCE

பெரியார் பல்கலைக்கழக ஆட்சிக்குழு 2003 ஆம் ஆண்டு மே மாதம் நடந்த கணிப்பொறிப் பயன்பாட்டியல் தேர்வில் A மகேந்திரன் என்பவர் முதல் வகுப்பில் தேர்ச்சி பெற்றார் என்று தக்க தேர்வாளர்கள் சான்றளித்தபடி கணிப்பொறிப் பயன்பாட்டியல் நிறைஞர் என்னும் பட்டத்தை அவருக்குப் பல்கலைக்கழக இலச்சினையுடன் வழங்குகிறது.

*The Syndicate of the* Perigar University *hereby makes known that* MAHENDRAN A *has been admitted to the* DEGREE OF MASTER OF COMPUTER APPLICATIONS

*he/she having been certified by duly appointed Examiners to be qualified to receive the same and was placed in the* FIRST CLASS *at the Examination held in* MAY 2003

*Given under the seal of this University*



நாள்
Dated 15-09-2004
சேலம் 636011, தமிழ்நாடு, இந்தியா.
Salem 636011, TamilNadu, India.

பதிவாளர்
Registrar

துணைவேந்தர்
Vice-Chancellor

CA 0180

பெரியார் பல்கலைக்கழகம், சேலம் - 636 011
PERIYAR UNIVERSITY, SALEM - 636 011

Page No - 1

c  0003292

## CONSOLIDATED STATEMENT OF MARKS

| NAME OF THE CANDIDATE | DATE OF BIRTH | NAME OF COLLEGE |
|---|---|---|
| MAHENDRAN. S. | 06/06/1978 | SENGUNTHAR ARTS & SCIENCE COLLEGE |

| REGISTER NO. | BRANCH OF STUDY | MONTH & YEAR OF LAST APPEARANCE |
|---|---|---|
| P 141039 | MASTER OF COMPUTER APPLICATIONS | MAY '03 |

| SEM/ YEAR | PAPER CODE | TITLE OF THE PAPER | MONTH & YEAR | INTERNAL ASSESSMENT MARKS SECURED | MAX. MARKS | UNIVERSITY EXAMINATION MARKS SECURED | MAX. MARKS | TOTAL MARKS SECURED | MAX. MARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 99PCA01 | DISCRETE STRUCTURE | NOV '00 | 023 | 025 | 041 | 075 | 064 | 100 |
| 1 | 99PCA02 | DIGITAL COMPUTER FUNDAMENTALS | NOV '00 | 024 | 025 | 044 | 075 | 068 | 100 |
| 1 | 99PCA03 | PROGRAMMING IN COBOL | NOV '00 | 024 | 025 | 042 | 075 | 066 | 100 |
| 1 | 99PCA04 | FINANCIAL ACCOUNTING & ANALYSIS | NOV '00 | 024 | 025 | 065 | 075 | 089 | 100 |
| 1 | 99PCA05 | NUMERICAL METHODS & C | MAY '01 | 025 | 025 | 042 | 075 | 067 | 100 |
| 1 | 99PCAP0 | PRACTICAL - I - PROGRAMMING IN COBOL | NOV '00 | 040 | 040 | 060 | 060 | 100 | 100 |
| 1 | 99PCAP1 | PRACTICAL - II - PROGRAMMING IN C | NOV '00 | 040 | 040 | 060 | 060 | 100 | 100 |
| 2 | 99PCA06 | COMPUTER ORIENTED STATISTICAL METHODS | MAY '01 | 024 | 025 | 038 | 075 | 062 | 100 |
| 2 | 99PCA07 | OBJECT ORIENTED PROGRAMMING AND C++ | NOV '01 | 023 | 025 | 038 | 075 | 061 | 100 |
| 2 | 99PCA08 | COMPUTER ARCHITECTURE | MAY '01 | 020 | 025 | 047 | 075 | 067 | 100 |
| 2 | 99PCA09 | DATA STRUCTURE | MAY '01 | 023 | 025 | 040 | 075 | 063 | 100 |
| 2 | 99PCA10 | MICROPROCESSORS AND APPLICATIONS | MAY '01 | 023 | 025 | 040 | 075 | 063 | 100 |
| 2 | 99PCAP2 | PRACTICAL - III - PROGRAMMING IN C++ | MAY '01 | 039 | 040 | 060 | 060 | 099 | 100 |
| 2 | 99PCAP3 | PRACTICAL - IV - MICROPROCESSOR AND APPLICATIONS | MAY '01 | 040 | 040 | 059 | 060 | 099 | 100 |
| 3 | 99PCA11 | DATABASE MANAGEMENT SYSTEMS | NOV '01 | 023 | 025 | 045 | 075 | 068 | 100 |
| 3 | 99PCA12 | SYSTEMS SOFTWARE | NOV '01 | 024 | 025 | 053 | 075 | 077 | 100 |
| 3 | 99PCA13 | DESIGN AND ANALYSIS OF ALGORITHMS | NOV '01 | 023 | 025 | 041 | 075 | 064 | 100 |
| 3 | 99PCA14 | OPERATION RESEARCH TECHNIQUES | NOV '01 | 020 | 025 | 043 | 075 | 063 | 100 |
| 3 | 99PCA15 | STRUCTURED SYSTEM ANALYSIS AND DESIGN | MAY '02 | 023 | 025 | 043 | 075 | 066 | 100 |
| 3 | 99PCAP4 | PRACTICAL - V - ORACLE LAB WITH DEVELOPER 2000 | NOV '01 | 039 | 040 | 060 | 060 | 099 | 100 |
| 3 | 99PCAP5 | PRACTICAL - VI - OPERATION RESEARCH LAB USING C++ | NOV '01 | 040 | 040 | 058 | 060 | 098 | 100 |
| 4 | 99PCA16 | SOFTWARE ENGINEERING | MAY '02 | 025 | 025 | 047 | 075 | 072 | 100 |
| 4 | 99PCA17 | OPERATING SYSTEMS | MAY '02 | 025 | 025 | 045 | 075 | 068 | 100 |
| 4 | 99PCA18 | INTERNET AND JAVA PROGRAMMING | MAY '02 | 025 | 025 | 041 | 075 | 066 | 100 |
| 4 | 99PCA19 | COMPUTER GRAPHICS | MAY '02 | 024 | 025 | 046 | 075 | 070 | 100 |
| 4 | 99PCA20 | PRINCIPLES OF MANAGEMENT & MARKETING | MAY '02 | 023 | 025 | 050 | 075 | 073 | 100 |
| 4 | 99PCAP6 | PRACTICAL - VII - INTERNET AND JAVA PROGRAMMING | MAY '02 | 039 | 040 | 054 | 060 | 093 | 100 |

Change(s)/Overwriting(s) should bear counter signature of the Periyar University with official seal, else the certificate is invalid.

Continued...2...

CA 0181

பெரியார் பல்கலைக்கழகம், சேலம் - 636 011
PERIYAR UNIVERSITY, SALEM - 636 011

0003292    PageNo - 2

## CONSOLIDATED STATEMENT OF MARKS

| REGISTER NO | DATE OF BIRTH | NAME OF THE CANDIDATE |
|---|---|---|
| 9191039 | 06/08/1978 | MAHENDRAN. A |

| SEM/YEAR | PAPER CODE | TITLE OF THE PAPER | MONTH & YEAR | INTERNAL ASSESSMENT | | UNIVERSITY EXAMINATION | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | MARKS SECURED | MAX MARKS | MARKS SECURED | MAX MARKS | MARKS SECURED | MAX MARKS |
| 2 | 99PCAP7 | PRACTICAL - VIII - OPERATING SYSTEM AND GRAPHICS LAB USING C++ | MAY '02 | 040 | 040 | 060 | 060 | 100 | 100 |
| 5 | 99PCA21 | COMPUTER NETWORKS | NOV '02 | 023 | 025 | 046 | 075 | 069 | 100 |
| 5 | 99PCA22 | MULTIMEDIA AND APPLICATIONS | NOV '02 | 025 | 025 | 048 | 075 | 073 | 100 |
| 5 | 99PCA23 | VISUAL PROGRAMMING | NOV '02 | 025 | 025 | 048 | 075 | 073 | 100 |
| 5 | 99PCA27 | MANAGEMENT INFORMATION SYSTEM | NOV '02 | 025 | 025 | 044 | 075 | 069 | 100 |
| 5 | 99PCA29 | DISTRIBUTED COMPUTING | NOV '02 | 024 | 025 | 045 | 075 | 069 | 100 |
| 5 | 99PCAP8 | PRACTICAL - IX - MULTIMEDIA LAB | NOV '02 | 040 | 040 | 060 | 060 | 100 | 100 |
| 5 | 99PCAP9 | PRACTICAL - X - VISUAL PROGRAMMING LAB | NOV '02 | 040 | 040 | 060 | 060 | 100 | 100 |
| 6 | 99PCAPW | PROJECT AND VIVA VOCE | MAY '03 | 040 | 040 | 059 | 060 | 099 | 100 |

--- END OF THE STATEMENT ---

| | | PART I - | - - - | PART I - | - - - |
|---|---|---|---|---|---|
| TOTAL MARKS : | | PART II - | - - - | CLASS : PART II - | - - - |
| | | PART III - | 2816/3600 | PART III - | FIRST CLASS |

DATE OF ISSUE :    22/11/2003

CONTROLLER OF EXAMINATIONS

Change(s)/Overscription(s) should have component attestation of the Periyar University with official seal, else the certificate is invalid.

CA 0182



வணிகவியல் புலம்
FACULTY OF COMMERCE

The Senate of the University of Madras hereby makes known that MAHENDRAN A has been admitted to the

DEGREE OF BACHELOR OF COMMERCE

he / she having been certified by duly appointed Examiners to be qualified to receive the same and was placed in the FIRST CLASS at the Examination held in

APRIL 2000

Given under the seal of the University



பதிவாளர்
Registrar

திருமணைவேந்தர்
Vice-Chancellor

Dated 6-11-2000

CA 0183



97 0240671

# UNIVERSITY OF MADRAS

B. COM DEGREE    NON-SEMESTER    EXAMINATION    I[st]

## STATEMENT OF MARKS

| NAME OF CANDIDATE | REGISTER NO. ENROLMENT NO. | CENTRE NO. | SERIAL NO. |
|---|---|---|---|
| MAHENDRAN A<br>[06-05-78] | 3702734 | 0929 | 24067 |
| BRANCH DATE | MONTH & YEAR | PUBLICATION CODE AND DATE | |
| C O M M E R C E | APRIL '98 | FAN    29-07-98 | |

| COURSE | PAPER NAME | SUBJECT CODE | MARKS OBTAINED | MAX MARKS | PASS |
|---|---|---|---|---|---|
| FC | PAPER    I – TAMIL | HZA | 064 | 100 | PASS |
| FC | PAPER    II – ENGLISH | HZZ | 053 | 100 | PASS |
| CM | PAPER    III – FINANCIAL ACCOUNTING | PZA | 068 | 100 | PASS |
| CM | PAPER    IV – BUSINESS LAWS | PZB | 064 | 100 | PASS |
| CA | PAPER    V – BUSINESS ECONOMICS | TZD | 045 | 100 | PASS |

\# \# \* END OF STATEMENT \* \# \#

COURSE CODE:  FC - FOUNDATION COURSE        CM - CORE COURSE MAIN
           CA - CORE COURSE ALLIED        AO - APPLICATION ORIENTED COURSE
PASSING MINIMUM 40% MARKS

AAA-AGEURI

UNIVERSITY BUILDINGS
CHENNAI - 600 005.

DR. A. SIVAMURTHY
Controller of Examinations

CA 0184



# UNIVERSITY OF MADRAS

97 029 19

B. COM DEGREE    NON-SEMESTER    EXAMINATION

## STATEMENT OF MARKS

| NAME OF CANDIDATE | REGISTER NO/ APPLICATION | CENTRE No | SERIAL No |
|---|---|---|---|
| MAHENDRAN A<br>[06-05-79] | 3702794 | 0925 | 16017 |
| BRANCH NAME | MONTH & YEAR | PUBLICATION CODE/UP CODE | |
| C O M M E R C E | APRIL '99 | PKV | 07-07-99 |

| CL REG | NAME OF SUBJECT | SUB CODE | REG SCORED | MAX MARKS | RESULT |
|---|---|---|---|---|---|
| CM | PAPER    VI - BANKING AND FINANCIAL SYSTEMS | PZC | 070 | 100 | PASS |
| CM | PAPER VIII - BUSINESS MANAGEMENT | PZE | 058 | 100 | PASS |
| CM | PAPER    IX - CORPORATE ACCOUNTING | PZG | 078 | 100 | PASS |
| CM | PAPER    V - INDIAN ECONOMY | PZN | 058 | 100 | PASS |
| CA | PAPER    X - BUSINESS STATISTICS & OPERATIONS RESEARCH | TZN | 070 | 100 | PASS |

\* \* \* END OF STATEMENT \* \* \*



COURSE CODE :    FC - FOUNDATION COURSE              CM - CORE COURSE MAIN
                 CA - CORE COURSE ALLIED             AO - APPLICATION ORIENTED COURSE
PASSING MINIMUM 40% MARKS

AAA-AGREENT

UNIVERSITY BUILDINGS
CHENNAI - 600 005,

G.   VIJAYAKUMAR

Controller of Examinations

CA 0185



# UNIVERSITY OF MADRAS

B. COM. DEGREE EXAMINATION    [NON-SEMESTER]

STATEMENT OF MARKS    2000/ 0369546

| NAME OF CANDIDATE | REGISTER/ ENROLMENT NO | CODE NO | SERIAL NO |
|---|---|---|---|
| MAHENDRAN A [06-05-78] | 3702734 | 0925 | 08524 |

| BRANCH NAME | MONTH & YEAR | RESULT DATE & RANK |
|---|---|---|
| C O M M E R C E | APR '2000 | KBV 11-07-2000 |

| Course Code | NAME OF SUBJECT | SUBJECT CODE | MARKS SECURED | MAX MARKS | RESULT |
|---|---|---|---|---|---|
| CM PAPER XI - COST ACCOUNTING | | PZH | 098 | 100 | PASS |
| CM PAPER XII - MANAGEMENT ACCOUNTING | | PZK | 083 | 100 | PASS |
| CM PAPER XIII - PRACTICAL AUDITING | | PZL | 056 | 100 | PASS |
| AO PAPER XIV - ADVANCED ACCOUNTING TECHNIQUES | | VZC | 065 | 100 | PASS |
| AO PAPER XV - COMPUTER APPLICATIONS (INCLUDING PRACTICALS) | | VZM | 062 | 100 | PASS |

\* \* \* END OF STATEMENT \* \* \*



Course : FC = Foundation Course    CM - Main
Code    AO - Application Oriented   CA - Core Allied
Passing Minimum 40% Marks
AAA in the mark column indicates "ABSENT"

PROF. C. SHANMUGAM
Controller of Examinations

UNIVERSITY BUILDINGS,
CHENNAI-600 005

CA 0186

# EXHIBIT 4

CA 0187

15-1199.01 - Software Quality Assurance Engineers and Testers                           Page 1 of 4

 **O✦NET OnLine**

## Summary Report for:

Updated 2019

**15-1199.01 - Software Quality Assurance Engineers and Testers**

Develop and execute software test plans in order to identify software problems and their causes.

**Sample of reported job titles:** Product Assurance Engineer, Quality Assurance Analyst (QA Analyst), Quality Assurance Director (QA Director), Quality Assurance Engineer (QA Engineer), Quality Assurance Practice Manager (QA Practice Manager), Quality Assurance Test Program Manager (QA Assurance Test Program Manager), Software Quality Assurance Engineer (SQA Engineer), Software Quality Engineer, Software Test Engineer, Test Engineer

| View report: | Summary | Details | Custom |

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education | Credentials | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment | Job Openings | Additional Information

### Tasks

All 26 displayed

- ○ Design test plans, scenarios, scripts, or procedures.
- ○ Document software defects, using a bug tracking system, and report defects to software developers.
- ○ Identify, analyze, and document problems with program function, output, online screen, or content.
- ○ Develop testing programs that address areas such as database impacts, software scenarios, regression testing, negative testing, error or bug retests, or usability.
- ○ Participate in product design reviews to provide input on functional requirements, product designs, schedules, or potential problems.
- ○ Document test procedures to ensure replicability and compliance with standards.
- ○ Plan test schedules or strategies in accordance with project scope or delivery dates.
- ○ Conduct software compatibility tests with programs, hardware, operating systems, or network environments.
- ○ Test system modifications to prepare for implementation.
- ○ Monitor bug resolution efforts and track successes.
- ○ Review software documentation to ensure technical accuracy, compliance, or completeness, or to mitigate risks.
- ○ Provide feedback and recommendations to developers on software usability and functionality.
- ○ Update automated test scripts to ensure currency.
- ○ Create or maintain databases of known test defects.
- ○ Install, maintain, or use software testing programs.
- ○ Install and configure recreations of software production environments to allow testing of software performance.
- ○ Monitor program performance to ensure efficient and problem-free operations.
- ○ Identify program deviance from standards, and suggest modifications to ensure compliance.
- ○ Develop or specify standards, methods, or procedures to determine product quality or release readiness.
- ○ Design or develop automated testing tools.
- ○ Investigate customer problems referred by technical support.
- ○ Conduct historical analyses of test results.
- ○ Perform initial debugging procedures by reviewing configuration files, logs, or code pieces to determine breakdown source.
- ○ Evaluate or recommend software for testing or bug tracking.
- ○ Coordinate user or third-party testing.
- ○ Collaborate with field staff or customers to evaluate or diagnose problems and recommend possible solutions.

Find occupations related to multiple tasks

back to top

### Technology Skills

5 of 48 displayed   Show 7 tools used

- ○ Data base management system software — Apache Cassandra ✦ ; MongoDB ✦ ; MySQL ✦ ; Teradata Database ✦
- ○ Development environment software — Apache Maven ✦ ; Common business oriented language COBOL ✦ ; Microsoft PowerShell ✦ ; Ruby ✦
- ○ Object or component oriented development software — C++ ✦ ; Microsoft ActiveX; Oracle Java ✦ ; Python ✦
- ○ Program testing software — Hewlett Packard LoadRunner; JUnit ✦ ; Selenium ✦ ; YourKit Java Profiler
- ○ Web platform development software — AJAX ✦ ; Google AngularJS ✦ ; Microsoft ASP.NET ✦ ; React ✦

✦ Hot Technology — a technology requirement frequently included in employer job postings.

back to top

### Knowledge

All 4 displayed

CA 0188

15-1199.01 - Software Quality Assurance Engineers and Testers                    Page 2 of 4

- ⊙ **Computers and Electronics** — Knowledge of circuit boards, processors, chips, electronic equipment, and computer hardware and software, including applications and programming.
- ⊙ **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.
- ⊙ **Engineering and Technology** — Knowledge of the practical application of engineering science and technology. This includes applying principles, techniques, procedures, and equipment to the design and production of various goods and services.
- ⊙ **Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.

back to top

## Skills

5 of 16 displayed

- ⊙ **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- ⊙ **Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.
- ⊙ **Programming** — Writing computer programs for various purposes.
- ⊙ **Speaking** — Talking to others to convey information effectively.
- ⊙ **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.

back to top

## Abilities

5 of 16 displayed

- ⊙ **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.
- ⊙ **Inductive Reasoning** — The ability to combine pieces of information to form general rules or conclusions (includes finding a relationship among seemingly unrelated events).
- ⊙ **Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
- ⊙ **Written Comprehension** — The ability to read and understand information and ideas presented in writing.
- ⊙ **Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).

back to top

## Work Activities

5 of 20 displayed

- ⊙ **Interacting With Computers** — Using computers and computer systems (including hardware and software) to program, write software, set up functions, enter data, or process information.
- ⊙ **Analyzing Data or Information** — Identifying the underlying principles, reasons, or facts of information by breaking down information or data into separate parts.
- ⊙ **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.
- ⊙ **Making Decisions and Solving Problems** — Analyzing information and evaluating results to choose the best solution and solve problems.
- ⊙ **Updating and Using Relevant Knowledge** — Keeping up-to-date technically and applying new knowledge to your job.

back to top

## Detailed Work Activities

5 of 21 displayed

- ⊙ Develop testing routines or procedures.
- ⊙ Document operational activities.
- ⊙ Analyze data to identify or resolve operational problems.
- ⊙ Troubleshoot issues with computer applications or systems.
- ⊙ Collaborate with others to determine design specifications or details.

back to top

## Work Context

5 of 19 displayed

- ⊙ **Electronic Mail** — 96% responded "Every day."
- ⊙ **Face-to-Face Discussions** — 85% responded "Every day."
- ⊙ **Spend Time Sitting** — 77% responded "Continually or almost continually."
- ⊙ **Work With Work Group or Team** — 67% responded "Extremely important."
- ⊙ **Importance of Being Exact or Accurate** — 56% responded "Extremely important."

back to top

CA 0189

15-1199.01 - Software Quality Assurance Engineers and Testers                Page 3 of 4

## Job Zone

| | |
|---|---|
| Title | Job Zone Four: Considerable Preparation Needed |
| Education | Most of these occupations require a four-year bachelor's degree, but some do not. |
| Related Experience | A considerable amount of work-related skill, knowledge, or experience is needed for these occupations. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified. |
| Job Training | Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training. |
| Job Zone Examples | Many of these occupations involve coordinating, supervising, managing, or training others. Examples include accountants, sales managers, database administrators, graphic designers, chemists, art directors, and cost estimators. |
| SVP Range | (7.0 to < 8.0) |

back to top

## Education

| Percentage of Respondents | Education Level Required |
|---|---|
| 70 | Bachelor's degree |
| 15 | Associate's degree |
| 7 | Post-secondary certificate (?) |

back to top

## Credentials



back to top

## Interests

All 3 displayed

Interest code: ICR  Want to discover your interests? Take the O*NET Interest Profiler at My Next Move.

- Investigative — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.
- Conventional — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.
- Realistic — Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

back to top

## Work Styles

5 of 15 displayed

- Attention to Detail — Job requires being careful about detail and thorough in completing work tasks.
- Analytical Thinking — Job requires analyzing information and using logic to address work-related issues and problems.
- Dependability — Job requires being reliable, responsible, and dependable, and fulfilling obligations.
- Adaptability/Flexibility — Job requires being open to change (positive or negative) and to considerable variety in the workplace.
- Integrity — Job requires being honest and ethical.

back to top

## Work Values

All 3 displayed

- Achievement — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.
- Working Conditions — Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.
- Independence — Occupations that satisfy this work value allow employees to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy.

back to top

## Related Occupations

5 of 10 displayed

CA 0190

15-1199.01 - Software Quality Assurance Engineers and Testers                     Page 4 of 4

| | |
|---|---|
| 15-1121.00 | Computer Systems Analysts |
| 15-1132.00 | Software Developers, Applications ☼ |
| 15-1133.00 | Software Developers, Systems Software  ☼ Bright Outlook   ✔ Green |
| 15-1141.00 | Database Administrators ☼ |
| 15-1199.02 | Computer Systems Engineers/Architects |

back to top

## Wages & Employment Trends

Median wages data collected from Computer Occupations, All Other.
Employment data collected from Computer Occupations, All Other.
Industry data collected from Computer Occupations, All Other.

Median wages (2017)  $42.56 hourly, $88,510 annual

State wages   (  )

Employment (2016)  287,000 employees

Projected growth (2016-2026)  ▪▪▷ Average (5% to 9%)

Projected job openings (2016-2026)  22,400

State trends   ( Employment Trends )

Top industries (2016)  Government
Professional, Scientific, and Technical Services

Source: Bureau of Labor Statistics 2017 wage data ⬚ and 2016-2026 employment projections ⬚. "Projected growth" represents the estimated change in total employment over the projections period (2016-2026). "Projected job openings" represent openings due to growth and replacement.

back to top

## Job Openings on the Web

( ▤  Find Jobs )

back to top

## Sources of Additional Information

  All 5 displayed

Disclaimer: Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- American Society for Quality ⬚
- American Software Testing Qualifications Board ⬚
- IEEE ⬚
- Project Management Institute ⬚
- Quality Assurance Institute ⬚

back to top

CA 0191

# EXHIBIT 5

CA 0192

CA 0193

# University of Massachusetts



The Board of Trustees in accordance with the recommendations
of the President of the University and of the Chancellor
and Faculty of the University of Massachusetts Lowell,
hereby confers upon

## Keerthi Kambhampati

the Degree of

## Master of Science

Computer Science

in consideration of the satisfactory completion of the Course of Study
prescribed for that Degree. Given at Lowell        May 14, 2016

CHANCELLOR, LOWELL CAMPUS

PRESIDENT OF THE UNIVERSITY

CHAIRPERSON, BOARD OF TRUSTEES

Case 1:20-cv-10456-PBS   Document 1-1   Filed 03/06/20   Page 195 of 211

# UNIVERSITY OF MASSACHUSETTS LOWELL

Office of the Registrar
220 Pawtucket Street, Suite M10
Lowell, MA 01854

CA 0194

Kerry Donohoe, Registrar
Page 1 of 2

**Official Transcript**

Name:   Keerthi Kambhampati
Student ID:   01450169

University of Massachusetts Lowell

Print Date:   02/03/2017
Send To:   KEERTHI KAMBHAMPATI
,
United States

### Degrees Awarded

Degree:   Master of Science
Confer Date:   05/14/2016
Plan:   Computer Science (MS) Major

---------- Beginning of Graduate Record ----------

### 2014 Fall

Program:   Kennedy College of Sciences
Plan:   Computer Science (MS) Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 91 | 502 | Foundations of CS | 3.00 | 3.00 | A | 11.100 |
| 91 | 515 | Operating Systems I | 3.00 | 3.00 | B | 9.000 |
| 91 | 573 | Data Base I | 3.00 | 3.00 | B | 9.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 3.233 | Term Totals: | 9.00 | 9.00 | 9.00 | 29.100 |
| Cum GPA: | 3.233 | Cum Totals: | 9.00 | 9.00 | 9.00 | 29.100 |

### 2015 Spring

Program:   Kennedy College of Sciences
Plan:   Computer Science (MS) Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 91 | 503 | Algorithms | 3.00 | 3.00 | B | 9.000 |
| 91 | 513 | Internet & Web Systems I | 3.00 | 3.00 | A | 12.000 |
| 91 | 545 | Machine Learning | 3.00 | 3.00 | B+ | 9.900 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 3.433 | Term Totals: | 9.00 | 9.00 | 9.00 | 30.900 |
| Cum GPA: | 3.333 | Cum Totals: | 18.00 | 18.00 | 18.00 | 60.000 |

### 2015 Summer

Program:   Kennedy College of Sciences
Plan:   Computer Science (MS) Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| 91 | 593 | Cooperative Education | 1.00 | 1.00 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 0.000 | Term Totals: | 1.00 | 1.00 | 0.00 | 0.000 |
| Cum GPA: | 3.333 | Cum Totals: | 19.00 | 19.00 | 18.00 | 60.000 |

### 2015 Fall

Program:   Kennedy College of Sciences
Plan:   Computer Science (MS) Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMP | 5300 | Special Topics | 3.00 | 3.00 | A | 12.000 |
| | | Course Topic:   Big Data System Design | | | | |
| COMP | 5440 | Data Mining | 3.00 | 3.00 | B- | 8.100 |
| COMP | 5630 | Data Communications I | 3.00 | 3.00 | B+ | 9.900 |
| COMP | 5930 | Cooperative Education | 1.00 | 1.00 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 3.333 | Term Totals: | 10.00 | 10.00 | 9.00 | 30.000 |
| Cum GPA: | 3.333 | Cum Totals: | 29.00 | 29.00 | 27.00 | 90.000 |

### 2016 Winter

Program:   Kennedy College of Sciences
Plan:   Computer Science (MS) Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMP | 5930 | Cooperative Education | 1.00 | 1.00 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 0.000 | Term Totals: | 1.00 | 1.00 | 0.00 | 0.000 |
| Cum GPA: | 3.333 | Cum Totals: | 30.00 | 30.00 | 27.00 | 90.000 |



CA 0195

# UNIVERSITY OF MASSACHUSETTS LOWELL
Office of the Registrar
220 Pawtucket Street, Suite M10
Lowell, MA 01854

Official Transcript

Kerry Donohoe, Registrar
Page 2 of 2

Name:    Keerthi Kambhampati
Student ID:    01450169

University of Massachusetts Lowell

2016 Spring

Program:    Kennedy College of Sciences
Plan:       Computer Science (MS) Major

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|--|-------------|-----------|--------|-------|--------|
| COMP | 5640 | Data Communications II | 3.00 | 3.00 | B+ | 9.900 |

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Term GPA: | 3.300 | Term Totals: | 3.00 | 3.00 | 3.00 | 9.900 |
| Cum GPA: | 3.330 | Cum Totals: | 33.00 | 33.00 | 30.00 | 99.900 |

Graduate Career Totals

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Cum GPA: | 3.330 | Cum Totals: | 33.00 | 33.00 | 30.00 | 99.900 |

End of Official Transcript

04. Diploma-Bachelors.pdf

CA 0196



# THE TRUSTFORTE CORPORATION

271 Madison Avenue, Third Floor, New York, New York 10016
Tel: 212-481-4870 • Fax: 212-481-4971, 4972
Email: info@trustfortecorp.com    www.trustfortecorp.com

## ACADEMIC EQUIVALENCY EVALUATION

Date:               March 4, 2019

Name:               **KAMBHAMPATI, Keerthi**
Country:            India

Degree:             Bachelor of Technology
Institution:        Jawaharlal Nehru Technological University, Hyderabad
Date of Completion: April, 2012

Educational Equivalent in the United States:

### BACHELOR OF SCIENCE DEGREE IN INFORMATION TECHNOLOGY

The following is an analysis and advisory evaluation of the academic credentials of Keerthi Kambhampati. As discussed herein, Keerthi Kambhampati completed a four-year bachelor's-level program in Information Technology at Jawaharlal Nehru Technological University, Hyderabad, in India. Based on the foregoing academic credentials, I find that Keerthi Kambhampati attained the foreign equivalent degree of a four-year Bachelor of Science Degree in Information Technology from an accredited US college or university based on the single source of the Bachelor of Technology program completed by the candidate at Jawaharlal Nehru Technological University, Hyderabad.

Keerthi Kambhampati completed post-secondary studies in a four-year Bachelor of Technology program in Information Technology at Jawaharlal Nehru Technological University, Hyderabad. The University is an accredited institution of higher education in India. Admission to the bachelor's-level programs of Jawaharlal Nehru Technological University, Hyderabad is based on the completion of secondary-level studies and competitive entrance examinations. Students who gain admission to the Bachelor of Technology Degree program offered by Jawaharlal Nehru Technological University, Hyderabad necessarily have attained the equivalent of a High School Diploma in the United States.

Keerthi Kambhampati completed the general studies and specialized studies which lead to a four-year Bachelor of Technology Degree at the University. The general studies included entry-level courses which are a requisite component of a bachelor's degree from an institution of higher education in the United States. Based on the subject matter and credit hours of these courses, most such courses would qualify as equivalent to courses in US colleges and universities.

**CA 0197**



Additionally, Keerthi Kambhampati completed advanced bachelor's-level coursework, concentrated in Information Technology. The curriculum of the program in Information Technology at the University typically includes classes and examinations in Image Processing, Mobile Computing, Cryptography and Network Security, Multimedia Systems, Computer Network, Computer Graphics, Database Management Systems, Information Systems, Software Project Management, and related subjects. Following the candidate's completion of the required classes and examinations, in April, 2012, Keerthi Kambhampati was awarded a four-year Bachelor of Technology Degree by Jawaharlal Nehru Technological University, Hyderabad. The nature of the courses and the credit hours involved indicate that Keerthi Kambhampati attained the foreign equivalent of a four-year Bachelor of Science Degree in Information Technology from an accredited US college or university.

Accordingly, based on the reputation of the academic programs offered by Jawaharlal Nehru Technological University, Hyderabad, the number of years of coursework, the nature of the coursework, the grades attained in the courses, and the hours of academic coursework, it is the judgment of The Trustforte Corporation that Keerthi Kambhampati attained the foreign equivalent degree of a four-year Bachelor of Science Degree in Information Technology from an accredited college or university in the United States based on the single source of the Bachelor of Technology program completed by the candidate at Jawaharlal Nehru Technological University, Hyderabad.

This evaluation is based on copies of the original documents provided by Keerthi Kambhampati and represented to be authentic and true copies of the original documents. We have no reason to doubt the authenticity and accuracy of these documents. This is a true and correct evaluation to the best of our knowledge and belief, pursuant to requirements of the United States Citizenship and Immigration Services of the United States Department of Homeland Security ("USCIS"). The Trustforte Corporation is a credentials evaluation service and academic advisory firm specializing in the evaluation of foreign educational credentials. Past academic equivalency evaluations of The Trustforte Corporation have been accepted regularly by the USCIS and various US educational institutions.

Corporate Seal

Natalie J. Araujo, M.A., Evaluator; Member, NAFSA: Association of International Educators and National Association for College Admission Counseling (NACAC); Corporate Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO) and National Association of Graduate Admissions Professional (NAGAP).
*For detailed statement of qualifications and experience of evaluator, see attached resume.*

References:  1.   AACRAO EDGE. *AACRAO Electronic Database for Global Education (EDGE)*. Online database. www.aacraoedge.org
2.   Central Intelligence Agency (CIA). *The World Factbook 2008*. Dulles, Virginia: Potomac Books, Inc., December 1, 2007.



3.  International Association of Universities. *International Handbook of Universities*. 19th ed. Paris, France: UNESCO House, 1 Rue Miollis, October 16, 2007.

4.  Association of Indian Universities. *Universities Handbook*. 31st ed. New Delhi, India: AIU House, 16 Kotla Marg, 2006.

5.  The American Council on Education's College Credit Recommendation Service (CREDIT). *2004-2005 National Guide to Education Credit for Training Programs*. Westport, CT: Greenwood Publishing Group, Inc., August 30, 2004.

6.  Feagles, Shelley, ed. *A Guide to Educational Systems Around the World*. CD. Washington, DC: NAFSA: Association of International Educators. 1999-2008.

CA 0199

*Provided to support the attached evaluation*

# NATALIE ARAUJO

## EXPERIENCE

2007 -
**The Trustforte Corporation**
*Evaluator and Vice President of Operations and Client Services*

Perform evaluations of foreign educational credentials; assess foreign credentials and educational systems; provide expert opinions on comparative educational credentials, direct research on foreign universities and educational systems; full-service client support and customer relations management

2004-2007
**The Trustforte Corporation**
*Junior Evaluator and Manager of Client Services*

Conduct research on foreign educational credentials equivalencies; provide analyses with respect to evaluation and education issues; assist clients with equivalency issues; facilitate client relationships.

2002-2004
**Clark University, English Department**
*Teaching Assistant*

Assisted professors with class preparation and correction of essays and exams; taught classes on British Literature, Drama of the Western Tradition, and Communications and Culture; tutored students in writing and composition

2003-2004
**Clark University, Professor Vaughan**
*Research Assistant*

Conducted library and internet research on 16th century British drama; compiled extensive bibliographies

## EDUCATION

May, 2004
**Clark University**, Worcester, MA
M.A. English, concentration in American Literature

1999-2002
**Johannes Gutenberg-University**, Mainz, Germany
Intermediate Degree in American Studies, December 2001
Major: American Studies \ Minors: British Studies and Media Studies

2002-2004
Awarded prestigious scholarship by the German Academic Exchange Service (DAAD) for 2002/2003 and 2003/2004

CA 0200

# JAWAHARLAL NEHRU TECHNOLOGICAL UNIVERSITY HYDERABAD
### HYDERABAD - 500 085,  ANDHRA PRADESH, INDIA

21046018827

**RF 520614**

31046018792







440104616875    College Code: E3 ( M I S T, BANDLAGUDA KHALSA )

*Ms. Kambhampati Keerthi*

*D/o Mr. K Venkateswarlu*

having fulfilled the  academic  requirements and passed   the  examination

held during   *April - 2012*   in    *First Class With Distinction*

has  this  day been admitted by the  Executive Council  to  the Degree of

*Bachelor of Technology*

*Information Technology*

Given under the Seal of the University

H.T.No:08E31A1223

Date:  10-04-2014

DIRECTOR OF EVALUATION            REGISTRAR            VICE-CHANCELLOR

0ABJNT0174177

CA 0201

**PLEASE DO NOT BEND THE CERTIFICATE
KEEP AWAY FROM DIRECT EXPOSURE TO HEAT**

| | | |
|---|---|---|
| **69.5 % and above** | : | **FIRST CLASS WITH DISTINCTION** |
| **59.5% & above and below 69.5%** | : | **FIRST CLASS** |
| **49.5% & above and below 59.5%** | : | **SECOND CLASS** |
| **Below 49.5%** | : | **PASS CLASS** |



Hall Ticket No.  :  08E31A1223

Verified by  :

**Controller of Examinations**

This Certificate is tamper proof with embedded RFID Chip.
For Verification of this RFID certificate, please logon to www.jntuh.ac.in

CA 0202

# JAWAHARLAL NEHRU TECHNOLOGICAL UNIVERSITY HYDERABAD
## HYDERABAD - 500 085, ANDHRA PRADESH, INDIA
### CONSOLIDATED MARKS MEMO / CREDIT SHEET
BACHELOR OF TECHNOLOGY- INFORMATION TECHNOLOGY

CMM. No. : **C 0343605**

Serial No. : 21046018827

Name : KAMBHAMPATI KEERTHI

Hall Ticket No. : 08E31A1223      Year of Admission : 2008-2009

Name of the College : E3-M I S T,BANDLAGUDA KHALSA

Month & Year of Final Exam : April,2012

Class Awarded : FIRST CLASS WITH DISTINCTION



| S.No | SUBJECT TITLE — Maximum Marks in Theory | INT MARKS 20 | EXT MARKS 80 | TOTAL 100 | CREDITS | S.No | SUBJECT TITLE — Maximum Marks in Lab | INT MARKS 25 | EXT MARKS 50 | TOTAL 75 | CREDITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **I YEAR** | | | | | | | |
| 1 | ENGLISH | 18 | 61 | 79 | 4 | 2 | ELECTRICAL & ELECTRONICS LAB | 22 | 19 | 41 | 4 |
| 3 | ENGLISH LANG.COMM.SKILLS LAB | 22 | 48 | 70 | 4 | 4 | IT WORKSHOP | 22 | 48 | 70 | 4 |
| 5 | MATHEMATICS - I | 17 | 66 | 83 | 6 | 6 | MATHEMATICAL METHODS | 17 | 40 | 57 | 6 |
| 7 | APPLIED PHYSICS | 18 | 49 | 67 | 4 | 8 | C PRG.& DATA STRUCTURES | 17 | 45 | 62 | 6 |
| 9 | BASIC ELECTRICAL ENGG. | 16 | 30 | 46* | 4 | 10 | ELECTRONIC DEVICES & CKTS. | 19 | 28 | 47 | 6 |
| 11 | E1-ENGINEERING DRAWING | 20 | 51 | 71 | 4 | 12 | COMPUTER PROGRAMMING LAB | 21 | 50 | 71 | 4 |

| S.No | I SEMESTER — SUBJECT TITLE | INT | EXT | TOTAL | CREDITS | S.No | II SEMESTER — SUBJECT TITLE | INT | EXT | TOTAL | CREDITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **II YEAR** | | | | | | | |
| 1 | PROBABILITY & STATISTICS | 20 | 46 | 66 | 4 | 1 | OBJECT ORIENTED PROGRAMMING | 19 | 58 | 77 | 4 |
| 2 | MATHEMATICAL FOUNDATIONS OF COMP. SC. | 20 | 46 | 66 | 4 | 2 | COMPUTER ORGANIZATION | 16 | 63 | 79 | 4 |
| 3 | ADV. DATA STRUCTURES & ALGORITHMS | 19 | 40 | 59 | 4 | 3 | DATABASE MANAGEMENT SYSTEMS | 18 | 51 | 69 | 4 |
| 4 | DIGITAL LOGIC DESIGN | 16 | 53 | 69 | 4 | 4 | OPERATING SYSTEMS | 12 | 67 | 79 | 4 |
| 5 | UNIX AND SHELL PROGRAMMING | 17 | 42 | 59 | 4 | 5 | ENVIRONMENTAL STUDIES | 20 | 52 | 72 | 4 |
| 6 | MANAGERIAL ECO. & FINANCIAL ANALYSIS | 16 | 62 | 78 | 4 | 6 | SOFTWARE ENGINEERING | 18 | 56 | 74 | 4 |
| 7 | ADV. DATA STRUCRUES & ALGORITHMS (LAB) | 23 | 46 | 69 | 2 | 7 | OBJECT ORIENTED PROGRAMMING (LAB) | 24 | 46 | 70 | 2 |
| 8 | UNIX & SHELL PROGRAMMING (LAB) | 23 | 42 | 65 | 2 | 8 | DATABASE MANAGEMENT SYSTEMS (LAB) | 23 | 49 | 72 | 2 |

| S.No | I SEMESTER — SUBJECT TITLE | INT | EXT | TOTAL | CREDITS | S.No | II SEMESTER — SUBJECT TITLE | INT | EXT | TOTAL | CREDITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **III YEAR** | | | | | | | |
| 1 | AUTOMATA AND COMPILER DESIGN | 17 | 57 | 74 | 4 | 1 | COMPUTER NETWORKS | 12 | 61 | 73 | 4 |
| 2 | DATA COMMUNICATION SYSTEMS | 17 | 42 | 59 | 4 | 2 | WEB TECHONOLOGIES | 18 | 48 | 66 | 4 |
| 3 | MICROPROCESSOR AND INTERFACING | 16 | 60 | 76 | 4 | 3 | E-COMMERCE | 18 | 32 | 50 | 4 |
| 4 | COMPUTER GRAPHICS | 16 | 50 | 66 | 4 | 4 | MIDDLEWARE TECHNOLOGYS | 15 | 40 | 55 | 4 |
| 5 | DISTRIBUTED DATABASES | 16 | 30 | 46* | 4 | 5 | DATA WAREHOUSING AND DATA MINING | 18 | 39 | 57 | 4 |
| 6 | SOFTWARE TESTING METHODOLOGIES | 16 | 60 | 76 | 4 | 6 | OBJECT ORIENTED ANALYSIS AND DESIGN | 18 | 39 | 57 | 4 |
| 7 | ADV. ENGLISH COMMUNICATION SKILLS LAB | 24 | 47 | 71 | 2 | 7 | COMPUTER NET WORKS AND CASE TOOLS (LAB) | 24 | 41 | 65 | 2 |
| 8 | MICROPROCESSORS AND INTERFACING LAB | 21 | 46 | 67 | 2 | 8 | WEB TECHONOLOGIES (LAB) | 23 | 44 | 67 | 2 |

| S.No | I SEMESTER — SUBJECT TITLE | INT | EXT | TOTAL | CREDITS | S.No | II SEMESTER — SUBJECT TITLE | INT | EXT | TOTAL | CREDITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **IV YEAR** | | | | | | | |
| 1 | MULTIMEDIA AND APPLICATION DEVELOPMENT | 18 | 38 | 56 | 4 | 1 | MANAGEMENT SCIENCE | 19 | 51 | 70 | 4 |
| 2 | NETWORK PROGRAMMING (LAB) | 24 | 49 | 73 | 2 | 2 | PROJECT WORK# | 39 | 153 | 192 | 10 |
| 3 | MULTIMEDIA AND APPLICATION DEVELOPMENT (LAB) | 22 | 48 | 70 | 2 | 3 | COMPREHANSIVE VIVA | -- | 100 | 100 | 2 |
| 4 | EMBEDDED SYSTEMS | 18 | 28 | 46 | 4 | 4 | BIOMETRICS | 20 | 49 | 69 | 4 |
| 5 | NETWORK PROGRAMMING | 16 | 63 | 79 | 4 | 5 | DESIGN PATTERNS | 20 | 44 | 64 | 4 |
| 6 | MOBILE COMPUTING | 15 | 31 | 46 | 4 | 6 | INDUSTRY ORIENTED MINI PROJECT | - | 48 | 48 | 2 |
| 7 | HUMAN COMPUTER INTERACTION | 19 | 44 | 63 | 4 | 7 | SEMINAR | 49 | - | 49 | 2 |
| 8 | SOFTWARE PROJECT MANAGEMENT | 18 | 45 | 63 | 4 | | (# Project Internal=40 , External=160 ) | | | | |

Number of Credits registered for : 224    Aggregate Marks Secured for both : 216

Aggregate Marks Secured : 3908 OUT OF 5350 (73.05%)

Date of Issue : January 23, 2014
(see overleaf for Rules concerned to award of class)

A indicates 'ABSENT'

(*Courses registered but not counted for calculation of aggregate)

CONTROLLER OF EXAMINATIONS

CA 0203

# EXHIBIT 6

CA 0204

OMB Approval: 1205-0310
Expiration Date:  10/31/2021

### Labor Condition Application for Nonimmigrant Workers
### Form ETA- 9035 & 9035E
### U.S. Department of Labor



*Please read and review the filing instructions carefully before completing the Form ETA- 9035 or 9035E.  A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/.  In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor (DOL).  For all submissions, both electronic (Form ETA- 9035E) or paper (Form ETA- Form 9035 where the employer has notified DOL that it will submit this form non-electronically due to a disability or received permission from DOL to file non-electronically due to lack of Internet access), ALL required fields/items containing an asterisk (\*) must be completed as well as any fields/items where a response is conditional as indicated by the section (§) symbol.*

### A.  Employment-Based Nonimmigrant Visa Information

| 1.  Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-1B |
|---|---|

### B.  Temporary Need Information

**1.  Job Title ***  SENIOR QUALITY ASSURANCE ENGINEER

| 2.  SOC (ONET/OES) code *<br>15-1199 | 3.  SOC (ONET/OES) occupation title *<br>COMPUTER OCCUPATIONS, ALL OTHER |
|---|---|

| 4.  Is this a full-time position? * | Period of Intended Employment | |
|---|---|---|
| ☑ Yes   ☐ No | 5.  Begin Date *<br>*(mm/dd/yyyy)*  09/02/2019 | 6.  End Date *<br>*(mm/dd/yyyy)*  09/01/2022 |

7.  Worker positions needed/basis for the visa classification supported by this application

| 1 | Total Worker Positions Being Requested for Certification * |
|---|---|

Basis for the visa classification supported by this application
*(indicate total workers in each applicable category)*

| 1 | a.  New employment * | | 0 | d.  New concurrent employment * |
|---|---|---|---|---|
| 0 | b.  Continuation of previously approved employment without change with the same employer* | | 0 | e.  Change in employer * |
| 0 | c.  Change in previously approved employment * | | 0 | f.  Amended petition * |

### C.  Employer Information

| 1.  Legal business name *<br>CURRICULUM ASSOCIATES, LLC | | |
|---|---|---|
| 2.  Trade name/Doing Business As (DBA), if applicable<br>N/A | | |
| 3.  Address 1 *<br>153 RANGEWAY RD. | | |
| 4.  Address 2<br>N/A | | |
| 5.  City *<br>NORTH BILLERICA | 6.  State *<br>MA | 7.  Postal code *<br>01862 |
| 8.  Country *<br>UNITED STATES OF AMERICA | 9.  Province<br>N/A | |
| 10.  Telephone number *<br>9786678000 | 11.  Extension<br>N/A | |
| 12.  Federal Employer Identification Number (FEIN from IRS) *<br>263954988 | 13.  NAICS code (must be at least 4-digits) *<br>51119 | |

---

CA 0205

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

## Labor Condition Application for Nonimmigrant Workers
## Form ETA 9035 & 9035E
## U.S. Department of Labor



### D. Employer Point of Contact Information

Important Note: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| 1. Contact's last (family) name * | 2. First (given) name * | 3. Middle name(s) |
|---|---|---|
| BRADFORD | JILL | N/A |
| 4. Contact's job title * <br> VP, GENERAL COUNSEL | | |
| 5. Address 1 * <br> 153 RANGEWAY RD. | | |
| 6. Address 2 <br> N/A | | |
| 7. City * <br> NORTH BILLERICA | 8. State * <br> MA | 9. Postal code * <br> 01862 |
| 10. Country * <br> UNITED STATES OF AMERICA | 11. Province <br> N/A | |

| 12. Telephone number * | 13. Extension | 14. E-Mail address |
|---|---|---|
| 9783394388 | N/A | JBRADFORD@CAINC.COM |

### E. Attorney or Agent Information (If applicable)

Important Note: The employer authorizes the attorney or agent identified in this section to act on its behalf in connection with the filing of this application.

| 1. Is the employer represented by an attorney or agent in the filing of this application? * <br> If "Yes," complete the remainder of Section E below. | | ☑Yes  ☐No |
|---|---|---|
| 2. Attorney or Agent's last (family) name § | 3. First (given) name § | 4. Middle name(s) |
| CHIN | BARBARA | N/A |
| 5. Address 1 § <br> ONE FINANCIAL CENTER | | |
| 6. Address 2 <br> 40TH FLOOR | | |
| 7. City § <br> BOSTON | 8. State § <br> MA | 9. Postal code § <br> 02111 |
| 10. Country § <br> UNITED STATES OF AMERICA | 11. Province <br> N/A | |

| 12. Telephone number § | 13. Extension | 14. E-Mail address |
|---|---|---|
| 6173484405 | N/A | JISULLIVAN@MINTZ.COM |

| 15. Law firm/Business name § | 16. Law firm/Business FEIN § |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC | 042718459 |
| 17. State Bar number (only if attorney) § | 18. State of highest court where attorney is in good standing (only if attorney) § |
| 082500 | MA |
| 19. Name of the highest State court where attorney is in good standing (only if attorney) § <br><br> SUPREME JUDICIAL COURT | |

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

**Labor Condition Application for Nonimmigrant Workers**
**Form ETA 9035 & 9035E**
**U.S. Department of Labor**



## F. Employment and Wage Information

Important Note: The employer must define the intended place(s) of employment with as much geographic specificity as possible. Each intended place(s) of employment listed below must be the worksite or physical location where the work will actually be performed and cannot be a P.O. Box. The employer must identify all intended places of employment, including those of short duration, on the LCA. 20 CFR 655.730(c)(5). If the employer is submitting this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section. An employer has the option to use either a single Form ETA-9035/9035E or multiple forms to disclose all intended places of employment. If the employer has more than ten (10) intended places of employment at the time of filing this application, the employer must file as many additional LCAs as are necessary to list all intended places of employment. See the form instructions for further information about identifying all intended places of employment.

### a. Place of Employment Information 1

| | |
|---|---|
| 1. Enter the estimated number of workers that will perform work at this place of employment under the LCA.* | 1 |
| 2. Indicate whether the worker(s) subject to this LCA will be placed with a secondary entity at this place of employment. * | ☐Yes  ☑No |

3. If "Yes" to question 2, provide the legal business name of the secondary entity. §

N/A

4. Address 1 *
153 Rangeway Rd.

5. Address 2
N/A

| 6. City *<br>North Billerica | 7. County *<br>Middlesex |
|---|---|
| 8. State/District/Territory *<br>MA | 9. Postal code *<br>01862 |

| 10. Wage Rate Paid to Nonimmigrant Workers * | 10a. Per: (Choose only one)* |
|---|---|
| From* :$  109233.97      To:$ N/A | ☐ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☑ Year |

| 11. Prevailing Wage Rate * | 11a. Per: (Choose only one)* |
|---|---|
| $  93621.00 | ☐ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☑ Year |

**Questions 12-14. Identify the source used for the prevailing wage (PW) (check and fully complete only one): ***

| 12.<br>☐ | A Prevailing Wage Determination (PWD) issued by the Department of Labor | a. PWD tracking number §<br>N/A |
|---|---|---|
| 13.<br>☑ | A PW obtained independently from the Occupational Employment Statistics (OES) Program | |
| | a. Wage Level (check one): §<br>☐ I    ☑ II    ☐ III    ☐ IV    ☐ N/A | b. Source Year §<br>2019 |
| 14.<br>☐ | A PW obtained using another legitimate source (other than OES) or an independent authoritative source | |
| | a. Source Type (check one): §<br>☐ CBA    ☐ DBA    ☐ SCA    ☐ Other/ PW Survey | b. Source Year §<br>N/A |
| | c. If responded "Other/ PW Survey" in question 14.a, enter the name of the survey producer or publisher §<br><br>N/A | |
| | d. If responded "Other/ PW Survey" in question 14.a, enter the title or name of the PW survey §<br><br>N/A | |

---

Form ETA-9035/9035E

**FOR DEPARTMENT OF LABOR USE ONLY**

Page 3 of 6

Case Number: I-200-19075-576481    Case Status: CERTIFIED    Period of Employment: 09/02/2019 to 09/01/2022

CA 0207

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

**Labor Condition Application for Nonimmigrant Workers**
**Form ETA 9035 & 9035E**
**U.S. Department of Labor**



## G. Employer Labor Condition Statements

*Important Note:* In order for your application to be processed, you MUST read Section G of the Form ETA-9035CP - General Instructions for the 9035 & 9035E under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

(1) **Wages:** The employer shall pay nonimmigrant workers at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. The employer shall offer nonimmigrant workers benefits and eligibility for benefits provided as compensation for services on the same basis as the employer offers to U.S. workers. The employer shall not make deductions to recoup a business expense(s) of the employer including attorney fees and other costs connected to the performance of H-1B, H-1B1, or E-3 program functions which are required to be performed by the employer. This includes expenses related to the preparation and filing of this LCA and related visa petition information. 20 CFR 655.731;

(2) **Working Conditions:** The employer shall provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed. The employer's obligation regarding working conditions shall extend for the duration of the validity period of the certified LCA or the period during which the worker(s) working pursuant to this LCA is employed by the employer, whichever is longer. 20 CFR 655.732;

(3) **Strike, Lockout, or Work Stoppage:** At the time of filing this LCA, the employer is not involved in a strike, lockout, or work stoppage in the course of a labor dispute in the occupational classification in the area(s) of intended employment. The employer will notify the Department of Labor within 3 days of the occurrence of a strike or lockout in the occupation, and in that event the LCA will not be used to support a petition filing with the U.S. Citizenship and Immigration Services (USCIS) until the DOL Employment and Training Administration (ETA) determines that the strike or lockout has ended. 20 CFR 655.733; and

(4) **Notice:** Notice of the LCA filing was provided no more than 30 days before the filing of this LCA or will be provided on the day this LCA is filed to the bargaining representative in the occupation and area of intended employment, or if there is no bargaining representative, to workers in the occupation at the place(s) of employment either by electronic or physical posting. This notice was or will be posted for a total period of 10 days, except that if employees are provided individual direct notice by e-mail, notification need only be given once. A copy of the notice documentation will be maintained in the employer's public access file. A copy of this LCA will be provided to each nonimmigrant worker employed pursuant to the LCA. The employer shall, no later than the date the worker(s) report to work at the place(s) of employment, provide a signed copy of the certified LCA to the worker(s) working pursuant to this LCA. 20 CFR 655.734.

| | |
|---|---|
| 1. **I have read and agree to** Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section G of the Form ETA-9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. * | ☑Yes  ☐No |

## H. Additional Employer Labor Condition Statements – H-1B Employers ONLY

*Important Note:* In order for your H-1B application to be processed, you MUST read Section H – Subsection 1 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

### a. Subsection 1

| | |
|---|---|
| 1. At the time of filing this LCA, is the employer H-1B dependent? § | ☐Yes  ☑No |
| 2. At the time of filing this LCA, is the employer a willful violator? § | ☐Yes  ☑No |
| 3. If "Yes" is marked in questions H.1 and/or H.2, you must answer "Yes" or "No" regarding whether the employer will use this application ONLY to support H-1B petitions or extensions of status for exempt H-1B nonimmigrant workers? § | ☐Yes  ☐No |
| 4. If "Yes" is marked in question H.3, identify the statutory basis for the exemption of the H-1B nonimmigrant workers associated with this LCA. § | ☐ $60,000 or higher annual wage ☐ Master's Degree or higher in related specialty ☐ Both |
| **H-1B Dependent or Willful Violator Employers - Master's Degree or Higher Exemptions ONLY** | |
| 5. Indicate whether a completed Appendix A is attached to this LCA covering any H-1B nonimmigrant worker for whom the statutory exemption will be based ONLY on attainment of a Master's Degree or higher in related specialty. § | ☐Yes  ☐No  ☐N/A |

| Form ETA- 9035/9035E | FOR DEPARTMENT OF LABOR USE ONLY | | | Page 4 of 6 |
|---|---|---|---|---|
| Case Number: I-200-19075-576481 | Case Status: CERTIFIED | Period of Employment: 09/02/2019 | to 09/01/2022 | |

CA 0208

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

### Labor Condition Application for Nonimmigrant Workers
### Form ETA 9035 & 9035E
### U.S. Department of Labor



If you marked "Yes" to questions H.a.1 (H-1B dependent) and/or H.a.2 (H-1B willful violator) and "No" to question H.a.3 (exempt H-1B nonimmigrant workers), you **MUST** read Section H – Subsection 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.

*b. Subsection 2*

A. **Displacement:** An H-1B dependent or willful violator employer is prohibited from displacing a U.S. worker in its own workforce within the period beginning 90 days before and ending 90 days after the date of filing of the visa petition. 20 CFR 655.738(c);

B. **Secondary Displacement:** An H-1B dependent or willful violator employer is prohibited from placing an H-1B nonimmigrant worker(s) with another/secondary employer where there are indicia of an employment relationship between the nonimmigrant worker(s) and that other/secondary employer (thus possibly affecting the jobs of U.S. workers employed by that other employer), unless and until the employer subject to this LCA makes the inquiries and/or receives the information set forth in 20 CFR 655.738(d)(5) concerning that other/secondary employer's displacement of similarly employed U.S. workers in its workforce within the period beginning 90 days before and ending 90 days after the date of such placement. 20 CFR 655.738(d). Even if the required inquiry of the secondary employer is made, the H-1B dependent or willful violator employer will be subject to a finding of a violation of the secondary displacement prohibition if the secondary employer, in fact, displaces any U.S. worker(s) during the applicable time period; and

C. **Recruitment and Hiring:** Prior to filing this LCA or any petition or request for extension of status for nonimmigrant worker(s) supported by this LCA, the H-1B dependent or willful violator employer must take good faith steps to recruit U.S. workers for the job(s) using procedures that meet industry-wide standards and offer compensation that is at least as great as the required wage to be paid to the nonimmigrant worker(s) pursuant to 20 CFR 655.731(a). The employer must offer the job(s) to any U.S. worker who applies and is equally or better qualified for the job than the nonimmigrant worker. 20 CFR 655.739.

| 6. <u>I have read and agree</u> to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section H – Subsections 1 and 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. § | ☐ Yes   ☐ No |
|---|---|

### I. Public Disclosure Information

/ Important Note: You **must** select one or both of the options listed in this Section.

| 1. Public disclosure information in the United States will be kept at: * | ☑ Employer's principal place of business<br>☐ Place of employment |
|---|---|

### J. Notice of Obligations

A. Upon receipt of the certified LCA, the employer must take the following actions:

 o  Print and sign a hard copy of the LCA if filing electronically (20 CFR 655.730(c)(3));
 o  Maintain the original signed and certified LCA in the employer's files (20 CFR 655.705(c)(2); 20 CFR 655.730(c)(3); and 20 CFR 655.760); and
 o  Make a copy of the LCA, as well as necessary supporting documentation required by the Department of Labor regulations, available for public examination in a public access file at the employer's principal place of business in the U.S. or at the place of employment within one working day after the date on which the LCA is filed with the Department of Labor (20 CFR 655.705(c)(2) and 20 CFR 655.760).

B. The employer must develop sufficient documentation to meet its burden of proof with respect to the validity of the statements made in its LCA and the accuracy of information provided, in the event that such statement or information is challenged (20 CFR 655.705(c)(5) and 20 CFR 655.700(d)(4)(iv)).

C. The employer must make this LCA, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act (20 CFR 655.760 and 20 CFR 655 Subpart I).

*I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge, the information contained therein is true and accurate. I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both(18 U.S.C. 2, 1001,1546,1621).*

| 1. Last (family) name of hiring or designated official * | 2. First (given) name of hiring or designated official * | 3. Middle initial § |
|---|---|---|
| BRADFORD | JILL | N/A |

| 4. Hiring or designated official title * |
|---|
| VICE PRESIDENT, GENERAL COUNSEL |

| 5. Signature * | 6. Date signed * |
|---|---|
|  | 3/26/2019 |

---

Form ETA- 9035/9035E     **FOR DEPARTMENT OF LABOR USE ONLY**     Page 5 of 6

Case Number: I-200-19075-576481     Case Status: CERTIFIED     Period of Employment: 09/02/2019 to 09/01/2022

CA 0209

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

Labor Condition Application for Nonimmigrant Workers
Form ETA 9035 & 9035E
U.S. Department of Labor



### K. LCA Preparer

Important Note: Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1.  Last (family) name § | 2. First (given) name § | 3. Middle initial |
|---|---|---|
| SULLIVAN | JEAN | N/A |
| 4.  Firm/Business name §  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C. | | |
| 5.  E-Mail address §  JISULLIVAN@MINTZ.COM | | |

### L. U.S. Government Agency Use (ONLY)

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from 09/02/2019 _____ to 09/01/2022 _____.

_Certifying Officer_

_____
Department of Labor, Office of Foreign Labor Certification

03/22/2019
_____
Certification Date (date signed)

I-200-19075-576481
_____
Case number

CERTIFIED
_____
Case Status

_The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA._

### M. Signature Notification and Complaints

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically.  If the application is submitted electronically, any resulting certification **MUST** be signed _immediately upon receipt_ from DOL before it can be submitted to USCIS for final processing.

Complaints alleging misrepresentation of material facts in the LCA and/or failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, U.S. Department of Labor.  A listing of the Wage and Hour Division offices can be obtained at www.dol.gov/whd.  Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section, 950 Pennsylvania Avenue, NW, # IER, NYA 9000, Washington, DC, 20530, and additional information can be obtained at www.justice.gov.  Please note that complaints should be filed with the Civil Rights Division, Immigrant and Employee Rights Section at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

### N. OMB Paperwork Reduction Act (1205-0310)

These reporting instructions have been approved under the Paperwork Reduction Act of 1995.  Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.  Your response is required to receive the benefit of consideration of your application. (Immigration and Nationality Act, Section 212(n) and (t) and 214(c)).  Public reporting burden for this collection of information, which is to assist with program management and to meet Congressional and statutory requirements, is estimated to average 75 minutes per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information.

Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Foreign Labor Certification, 200 Constitution Ave., NW, Box PPII 12-200, Washington, DC, 20210.  (Paperwork Reduction Project OMB 1205-0310.)  **Do NOT send the completed application to this address.**

| Form ETA- 9035/9035E | FOR DEPARTMENT OF LABOR USE ONLY | | Page 6 of 6 |
|---|---|---|---|
| Case Number: I-200-19075-576481 | Case Status: CERTIFIED | Period of Employment: 09/02/2019 to 09/01/2022 | |

**CA 0210**